| | |
|---|---|
| 1 | Paul J. Andre (State Bar No. 196585) |
| 2 | Lisa Kobialka (State Bar No. 191404) |
| 3 | PERKINS COIE LLP |
| | 101 Jefferson Drive |
| 4 | Menlo Park, California 94065 |
| 5 | Telephone: (650) 838-4300 |
| | Facsimile: (650) 838-4350 |
| 6 | |
| 7 | Attorneys for PharmaStem Therapeutics, Inc. |

ORIGINAL

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | Civil Action No.: SACV04-921 GLT (ANx) |
| Plaintiff, | |
| v. | NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS |
| CURESOURCE, INC., a South Carolina corporation, MONICA ASZLERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual, | [LOCAL RULE 83-1.4] |
| Defendants. | |

RECEIVED MAY 1 2 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE



DOCKETED ON CM AUG 1 0 2004

-1-  NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

## NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

Pursuant to Local Rule 83-1.4, plaintiff PharmaStem Therapeutics, Inc. ("PharmaStem") hereby submits this Notice of Pendency of Other Actions or Proceedings. On February 22, 2002, PharmaStem filed a patent litigation action against eight defendants in the United States District Court for the District of Delaware, asserting two patents. The case, entitled *PharmaStem Therapeutics, Inc. v. ViaCell, Inc. et al.*, Case No. 02-148 GMS (the "Delaware Action"), proceeded to trial against four defendants, including Cryo-Cell International, Inc., CorCell, Inc., ViaCell, Inc. and Cord Blood Registry, Inc. The jury in the Delaware Action returned a verdict of willful infringement, no invalidity, and no enforceability, which was filed on October 30, 2003. A copy of the judgment is attached hereto as Exhibit 1.

On July 28, 2004, PharmaStem filed a patent litigation action against defendants Cryo-Cell International, Inc. and Bruce Zafran, MD in the United States District Court for the Middle District Florida Tampa Division, Case No. 8:04-CV-1740-T-30TGW (the "Florida Action") asserting U.S. Patent Nos. 6,461,645 B1 and 6,569,427 B1.

On July 28, 2004, PharmaStem filed a patent litigation action against defendants CorCell, Inc., Molly McBride, MD and Carlo M. Croce, MD in the

United States District Court for the Eastern District of Pennsylvania (the "Pennsylvania Action") asserting U.S. Patent Nos. 6,461,645 B1 and 6,569,427 B1.

On July 28, 2004, PharmaStem filed a patent litigation action against defendants ViaCell, Inc., Obstetrical and Gynecological Associates, P.A. and FemPartners, Inc. in the United States District Court for the District of Massachusetts, Case No. 04 CV 11673 RWZ (the "Massachusetts Action") asserting U.S. Patent Nos. 6,461,645 B1 and 6,569,427 B1.

On July 28, 2004, PharmaStem filed a patent litigation action against defendants Cord Blood Registry, Inc. and Sutter Health, Inc. in the United States District Court for the Northern District of California San Francisco Division, Case No. C 04 3072 PVT (the "California Action") asserting U.S. Patent Nos. 6,461,645 B1 and 6,569,427 B1.

The above-referenced case involves all or a material part of the same subject matter of these actions because (1) U.S. Patent No. 5,004,681, asserted in the Delaware Action, is asserted in the above-referenced case, and (2) U.S. Patent Nos. 6,461,645 B1 and 6,569,427 B1, asserted in the above-referenced case, are asserted in the Florida Action, the Massachusetts Action, the Pennsylvania Action and the California Action.

| | |
|---|---|
| DATED: August 4, 2004 | PERKINS COIE LLP<br><br>By: /s/ Paul Andre<br>Paul Andre<br>Attorneys for Plaintiff<br>PharmaStem Therapeutics, Inc. |