```
 1  Paul J. Andre (State Bar No. 196585)
 2  Lisa Kobialka (State Bar No. 191404)
    PERKINS COIE LLP
 3  101 Jefferson Drive
 4  Menlo Park, California 94065
    Telephone: (650) 838-4300
 5  Facsimile:  (650) 838-4350
 6
    Attorneys for PharmaStem Therapeutics, Inc.
 7
```





UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,
            Plaintiff,
     v.
CURESOURCE, INC., a South Carolina corporation, MONICA ASZLERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual,
            Defendants.

SACV04-921 GLT (ANx)

Civil Action No.:

CERTIFICATION AS TO INTERESTED PARTIES

[LOCAL RULE 7.1-1]

### CERTIFICATION AS TO INTERESTED PARTIES

Pursuant to F.R.C.P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for plaintiff, PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, certifies that PHARMASTEM THERAPEUTICS, INC. does not have a

080404/1223[Document5]

| | |
|---|---|
| 1 | corporation, certifies that PHARMASTEM THERAPEUTICS, INC. does not have a |
| 2 | |
| 3 | parent company and that there is no publicly held corporation that owns ten percent |
| 4 | (10%) or more of its stock. |

DATED: August 4, 2004                           PERKINS COIE LLP

                                                By: /s/ Paul Andre
                                                Paul Andre
                                                Attorneys for Plaintiff
                                                PharmaStem Therapeutics, Inc.

080404/1203[BY042170.022]
40923-0007                          2

CERTIFICATION AS TO INTERESTED PARTIES