1  Paul J. Andre (State Bar No. 196585)
2  Lisa Kobialka (State Bar No. 191404)
   PERKINS COIE LLP
3  101 Jefferson Drive
   Menlo Park, California 94065
4  Telephone: (650) 838-4300
5  Facsimile: (650) 838-4350
6
   Attorneys for PharmaStem Therapeutics, Inc.
7



8            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
9
10 PHARMASTEM THERAPEUTICS,
   INC., a Delaware corporation,
11                  Plaintiff,               Civil Action No.: CV-04-921 GLT
12       v.                                  (ANX)
13 CURESOURCE, INC., a South Carolina
   corporation, MONICA ASZLERBAUM,          REQUEST AND [PROPOSED]
   an individual, ANDREW CASSIDENTI,        ORDER TO DISMISS WITH
14 an individual, EUNICE U. LEE, an         PREJUDICE DEFENDANT
15 individual, CARLA WELLS, an              ELIOT ROMERO
   individual, ANITA YORK, an
16 individual, ELIOT ROMERO, an
17 individual, KATHY ANDERSON, an           Priority
   individual, NASRIN FARBAKHSH, an         Send     X
18 individual, BRUCE A. HAGADORN, an        Enter
19 individual, RAJASREE T. SESHADRI,        Closed
   an individual, ARTHUR GOLDSTEIN,         JS-5/JS-6
20 an individual, and CHARLES W.            JS-2/JS-3
   MONIAK, an individual,                   Scan Only
21
22              Defendants.



   REQUEST AND [PROPOSED] ORDER TO DISMISS
   WITH PREJUDICE DEFENDANT ELIOT ROMERO

1  Plaintiff PharmaStem Therapeutics, Inc., having entered into an agreement
2  with Defendant Eliot Romero, hereby requests that the Court dismiss with prejudice
3
4  any and all causes of action or claims against Eliot Romero in the above-captioned
5  action.

DATED: August 13, 3004

PERKINS COIE LLP

By: _____
Paul J. Andre
Attorneys for Plaintiff
PharmaStem Therapeutics, Inc.

**IT IS SO ORDERED**

DATED: Aug 16, 2004

By: _____
HONORABLE JEFFREY S. WHITE
United States District Judge
GARY L. TAYLOR

2

REQUEST AND [PROPOSED] ORDER TO DISMISS
WITH PREJUDICE DEFENDANT ELIOT ROMERO