

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): <br> PERKINS COIE LLP <br> PAUL J. ANDRE, SBN 196585 <br> 101 JEFFERSON DRIVE <br> MENLO PARK, CA 94025 | TELEPHONE NO.: (650) 838-4300    FOR COURT USE ONLY |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. 40923-0007 |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
411 WEST FOURTH STREET
SANTA ANA, CA 92701-4593

FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

PLAINTIFF:
PHARMASTEM THERAPEUTICS, INC., a Delaware corporation

DEFENDANT:
CURESOURCE, INC., a South Carolina corporation, et.al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: SACV04-921 GLT (ANx) |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**SEE ATTACHMENT**

ON: **ARTHUR GOLDSTEIN, an individual**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

1441 AVOCADO AVE
NEWPORT BEACH, CA 92660
(BUSINESS)

ON: August 16, 2004
AT: 11:30 am



RECEIVED
MAY 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Manner of service** in compliance with Federal Code of Civil Procedure.



DOCKETED ON CM
AUG 30 2004
BY  ym   037

Fee for Service: $
Registered California process server.
County: **ORANGE COUNTY**
Registration No.: **1803**
**FIRST LEGAL SUPPORT SERVICES**
**245 11th STREET, 3RD FLOOR**
**SAN FRANCISCO, CA 94103**
**(415) 626-3111**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 16, 2004** at **SANTA ANA**, California.

Signature: _____
TIMOTHY BERCOVITZ

## PROOF OF SERVICE

Order#: 6190508/BPProof37

## ATTACHMENT

1. SUMMONS;
2. COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL;
3. NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS [Local Rule 83-1.4];
4. CERTIFICATION AS TO INTERESTED PARTIES [Local Rule 7.1-1];
5. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK;
6. CIVIL COVER SHEET;
7. NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;
8. NOTICE TO COUNSEL.