PERKINS COIE LLP  
PAUL J. ANDRE, SBN 196585  
101 JEFFERSON DRIVE  
MENLO PARK, CA 94025  

TELEPHONE NO.: (650) 838-4300  
ATTORNEY FOR (Name): Plaintiff  
Ref. No. or File No.: 40923-0007  

FOR COURT USE ONLY  
FILED CLERK, U.S. DISTRICT COURT  
AUG 25 2004  
CENTRAL DISTRICT OF CALIFORNIA  
BY _____ DEPUTY  

Insert name of court, judicial district or branch court, if any:  
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA  
411 WEST FOURTH STREET  
SANTA ANA, CA 92701-4593  

PLAINTIFF: PHARMASTEM THERAPEUTICS, INC., a Delaware corporation  
DEFENDANT: CURESOURCE, INC., a South Carolina corporation  

**PROOF OF SERVICE**  
DATE:  TIME:  DEPT/DIV:  CASE NUMBER: SACV04-921 GLT (ANx)

---

**UNITED STATES DISTRICT COURT**  
**DECLARATION OF SERVICE**

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**SEE ATTACHMENT**

ON: **CARLA WELLS, an individual**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

4050 BARRANCA PKWY  
IRVINE, CA 92605  
(BUSINESS)

ON: August 11, 2004  
AT: 11:37 am

RECEIVED MAY 12 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Manner of service in compliance with Federal Code of Civil Procedure.

DOCKETED ON CM  
AUG 30 2004  
BY _____ 037

Fee for Service: $  
Process Server  
County: **ORANGE**  
Registration No.: 1573  
**FIRST LEGAL SUPPORT SERVICES**  
245 11th STREET, 3RD FLOOR  
SAN FRANCISCO, CA 94103  
(415) 626-3111

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on August 13, 2004 at SANTA ANA, California.



Signature: _____  
PHILLIP THOMAS

**PROOF OF SERVICE**

## ATTACHMENT

1. SUMMONS;
2. COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL;
3. NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS [Local Rule 83-1.4];
4. CERTIFICATION AS TO INTERESTED PARTIES [Local Rule 7.1-1];
5. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK;
6. CIVIL COVER SHEET;
7. NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;
8. NOTICE TO COUNSEL.