

PERKINS COIE LLP
PAUL J. ANDRE, SBN 196585
101 JEFFERSON DRIVE
MENLO PARK, CA 94025
TELEPHONE NO.: (650) 838-4300
ATTORNEY FOR (Name): Plaintiff
Ref. No. or File No. 40923-0007

FOR COURT USE ONLY
FILED
CLERK, U.S. DISTRICT COURT
AUG 25 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
411 WEST FOURTH STREET
SANTA ANA, CA 92701-4593

PLAINTIFF:
PHARMASTEM THERAPEUTICS, INC., a Delaware corporation

DEFENDANT:
CURESOURCE, INC., a South Carolina corporation, et.al.

PROOF OF SERVICE

CASE NUMBER: SACV04-921 GLT (ANx)

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SEE ATTCHMENT

ON: RAJASREE T. SESHADRI, an individual

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

16300 SAND CANYON AVE
EAST IRVINE, CA 92618
(BUSINESS)

ON: August 11, 2004
AT: 11:40 am



RECEIVED
MAY 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Manner of service   In compliance with Federal Code of Civil Procedure.

DOCKETED ON CM
AUG 30 2004
BY ____ 037

Fee for Service: $
Process Server
County: ORANGE
Registration No.: 1573
FIRST LEGAL SUPPORT SERVICES
245 11th STREET, 3RD FLOOR
SAN FRANCISCO, CA 94103
(415) 626-3111

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on August 13, 2004 at SANTA ANA, California.

Signature: _____
PHILLIP THOMAS

PROOF OF SERVICE

Order#: 6190504/BProof27

## ATTACHMENT

1. SUMMONS;
2. COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL;
3. NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS [Local Rule 83-1.4];
4. CERTIFICATION AS TO INTERESTED PARTIES [Local Rule 7.1-1];
5. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK;
6. CIVIL COVER SHEET;
7. NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;
8. NOTICE TO COUNSEL.