| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Add.) | | TELEPHONE NO.: (650) 838-4300 | FOR COURT USE ONLY |
|---|---|---|---|
| PERKINS COIE LLP<br>PAUL J. ANDRE, SBN 196585<br>101 JEFFERSON DRIVE<br>MENLO PARK, CA  94025 | | | FILED<br>CLERK, U.S. DISTRICT COURT<br><br>AUG 25 2004 10:19<br><br>CENTRAL DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name):   Plaintiff | Ref. No. or File No.<br>40923-0007 | | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
411 WEST FOURTH STREET
SANTA ANA, CA  92701-4593

1 5 2

PLAINTIFF:

PHARMASTEM THERAPEUTICS, INC., a Delaware corporation

DEFENDANT:

CURESOURCE, INC., a South Carolina corporation, et.al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>SACV04-921 GLT (ANx) |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION.  I SERVED THE:

**SEE ATTACHMENT**

ON: **ELIOT ROMERO, an individual**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**999 N. TUSTIN AVE
SANTA ANA, CA 92705
(BUSINESS)**

RECEIVED
MAY 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ON: **August 10, 2004**
AT: **11:45 am**

**Manner of service**  in compliance with Federal Code of Civil Procedure.

DOCKETED ON CM
AUG 3 0 2004
BY ____ m ____ 037

Fee for Service:  **$**
   Process Server
   County: **ORANGE**
   Registration No.: **1573**
   **FIRST LEGAL SUPPORT SERVICES
   245 11th STREET, 3RD FLOOR
   SAN FRANCISCO, CA 94103
   (415) 626-3111**



I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 17, 2004** at **SANTA ANA,** California.

Signature: _____ (15)

**PHILLIP THOMAS**

**PROOF OF SERVICE**

## ATTACHMENT

1. SUMMONS;
2. COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL;
3. NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS [Local Rule 83-1.4];
4. CERTIFICATION AS TO INTERESTED PARTIES [Local Rule 7.1-1];
5. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK;
6. CIVIL COVER SHEET;
7. NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;
8. NOTICE TO COUNSEL.