| | | |
|---|---|---|
| PERKINS COIE LLP<br>PAUL J. ANDRE, SBN 196585<br>101 JEFFERSON DRIVE<br>MENLO PARK, CA 94025 | TELEPHONE NO.:<br>(650) 838-4300 | FOR COURT USE ONLY<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>AUG 25 2004<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ____ DEPUTY |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>40923-0007 | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>411 WEST FOURTH STREET<br>SANTA ANA, CA 92701-4593 | | |
| PLAINTIFF:<br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation | | |
| DEFENDANT:<br>CURESOURCE, INC., a South Carolina corporation, et.al. | | |
| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>SACV04-921 GTL (ANx) |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**SEE ATTACHMENT**

ON: **CHARLES MONIAK, an individual**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**320 Superior Ave**
**NEWPORT BEACH, CA 92660**
**(BUSINESS)**

ON: **August 13, 2004**
AT: **09:41 am**

RECEIVED
MAY 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Manner of service in compliance with Federal Code of Civil Procedure.



DOCKETED ON CM
AUG 30 2004
BY ____ 037

Fee for Service: $
Registered California process server.
County: **ORANGE COUNTY**
Registration No.: **1803**
**FIRST LEGAL SUPPORT SERVICES**
**245 11th STREET, 3RD FLOOR**
**SAN FRANCISCO, CA 94103**
**(415) 626-3111**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 13, 2004** at **SANTA ANA**, California.

Signature: _____
TIMOTHY BERCOVITZ

**PROOF OF SERVICE**

Order # 6190507/BProof37

## ATTACHMENT

1. SUMMONS;
2. COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL;
3. NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS [Local Rule 83-1.4];
4. CERTIFICATION AS TO INTERESTED PARTIES [Local Rule 7.1-1];
5. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK;
6. CIVIL COVER SHEET;
7. NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;
8. NOTICE TO COUNSEL.