1  Paul J. Andre (State Bar No. 196585)
2  Lisa Kobialka (State Bar No. 191404)
   PERKINS COIE LLP
3  101 Jefferson Drive
4  Menlo Park, California 94025
   Telephone: (650) 838-4300
5  Facsimile: (650) 838-4350



FILED
AUG 3 0 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

6  Attorneys for PharmaStem Therapeutics, Inc.

7

Send

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8

9

10  PHARMASTEM THERAPEUTICS,          5 - 152
    INC., a Delaware corporation,
11                      Plaintiff,     **Civil Action No.: SACV-04-921**
                                       **GLT (ANX)**
12          v.

13  CURESOURCE, INC., a South Carolina
    corporation, MONICA ASZLERBAUM,   **REQUEST AND [PROPOSED]**
14  an individual, ANDREW CASSIDENTI, **ORDER TO DISMISS WITH**
    an individual, EUNICE U. LEE, an  **PREJUDICE DEFENDANT**
15  individual, CARLA WELLS, an       **CHARLES MONIAK**
    individual, ANITA YORK, an
16  individual, ELIOT ROMERO, an
    individual, KATHY ANDERSON, an
17  individual, NASRIN FARBAKHSH, an
18  individual, BRUCE A. HAGADORN, an
    individual, RAJASREE T. SESHADRI,
19  an individual, ARTHUR GOLDSTEIN,
20  an individual, and CHARLES W.
    MONIAK, an individual,
21                      Defendants.

22



RECEIVED
MAY 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

23

24

25  

    DOCKETED ON CM
    AUG 31 2004
    BY _____ 040

26

27

28

---

REQUEST AND [PROPOSED] ORDER TO DISMISS
WITH PREJUDICE DEFENDANT CHARLES MONIAK

1    Plaintiff PharmaStem Therapeutics, Inc., having entered into an agreement

2    with Defendant Charles Moniak, hereby requests that the Court dismiss with

3

4    prejudice any and all causes of action or claims against Charles Moniak in the

5    above-captioned action.

6

7

8    DATED:    August 25, 3004

PERKINS COIE LLP

9

10   By: _____

11   Paul J. Andre
     Attorneys for Plaintiff
12   PharmaStem Therapeutics, Inc.

13   **IT IS SO ORDERED**

14

15

16   DATED: _August 30_ , 2004

17   By: _____
     Honorable Gary L. Taylor
18   United States District Judge

19

20

21

22

23

24

25

26

27

28   _____
                    2
     **REQUEST AND [PROPOSED] ORDER TO DISMISS
     WITH PREJUDICE DEFENDANT CHARLES MONIAK**