1 Paul J. Andre (State Bar No. 196585)
2 Lisa Kobialka (State Bar No. 191404)
  PERKINS COIE LLP
3 101 Jefferson Drive
  Menlo Park, California 94025
4 Telephone: (650) 838-4300
5 Facsimile: (650) 838-4350

6 Attorneys for PharmaStem Therapeutics, Inc.



FILED
AUG 3 0 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,
         Plaintiff,
   v.
CURESOURCE, INC., a South Carolina corporation, MONICA ASZLERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual,
         Defendants.

Civil Action No.: SACV-04-921 GLT (ANX)

05   152

**REQUEST AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO DISMISS WITH PREJUDICE DEFENDANT KATHY M. ANDERSON**



RECEIVED
MAY 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



DOCKETED ON CM
AUG 3 1 2004
BY _____ 040

REQUEST AND [PROPOSED] ORDER TO DISMISS
WITH PREJUDICE DEFENDANT KATHY M. ANDERSON

1  Plaintiff PharmaStem Therapeutics, Inc., having entered into an agreement
2  with Defendant Kathy M. Anderson, hereby requests that the Court dismiss with
3
4  prejudice any and all causes of action or claims against Kathy M. Anderson in the
5  above-captioned action.
6
7
8  DATED:   August 25, 3004

   PERKINS COIE LLP

10 By: _____
        Paul J. Andre
11      Attorneys for Plaintiff
        PharmaStem Therapeutics, Inc.
12

**IT IS SO ORDERED**
13
14
15
16 DATED: August 30, 2004

   By: _____
17      Honorable Gary L. Taylor
        United States District Judge
18

2

REQUEST AND [PROPOSED] ORDER TO DISMISS
WITH PREJUDICE DEFENDANT KATHY M. ANDERSON