| | |
|---|---|
| 1 | Paul J. Andre (State Bar No. 196585) |
| 2 | Lisa Kobialka (State Bar No. 191404) |
|   | PERKINS COIE LLP |
| 3 | 101 Jefferson Drive |
|   | Menlo Park, California  94025 |
| 4 | Telephone: (650) 838-4300 |
| 5 | Facsimile:  (650) 838-4350 |
| 6 | |
|   | Attorneys for PharmaStem Therapeutics, Inc. |



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PHARMASTEM THERAPEUTICS,
INC., a Delaware corporation,
           Plaintiff,
    v.
CURESOURCE, INC., a South Carolina corporation, MONICA ASZLERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual,
           Defendants.

Civil Action No.: SACV-04-921 GLT (ANX)

REQUEST AND [~~PROPOSED~~] ORDER TO DISMISS WITH PREJUDICE DEFENDANT CURESOURCE, INC.





REQUEST AND [PROPOSED] ORDER TO DISMISS
WITH PREJUDICE DEFENDANT CURESOURCE, INC.

Plaintiff PharmaStem Therapeutics, Inc., having entered into an agreement with Defendant CureSource, Inc., hereby requests that the Court dismiss with prejudice any and all causes of action or claims against CureSource, Inc. in the above-captioned action.

DATED:   August 25, 3004

PERKINS COIE LLP

By: _____
    Paul J. Andre
    Attorneys for Plaintiff
    PharmaStem Therapeutics, Inc.

**IT IS SO ORDERED**

DATED: August 30, 2004

By: _____
    HONORABLE GARY L. TAYLOR
    United States District Judge

2

REQUEST AND [PROPOSED] ORDER TO DISMISS
WITH PREJUDICE DEFENDANT CURESOURCE, INC.