1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   2475 Hanover Street
3  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
4  Facsimile: (650) 233-4545

5  Attorneys for Defendants
   Monica Aszterbaum, M.D.,
6  Andrew Cassidenti, M.D.,
   Eunice U. Lee, M.D.,
7  Carla Wells, M.D.,
   Anita York, M.D.,
8  Bruce A. Hagadorn, M.D.,
   Rajasree T. Seshadri, M.D. and
9  Arthur Goldstein, M.D.



10              UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12                  SOUTHERN DIVISION                    05 - 152

13

14  PHARMASTEM THERAPEUTICS, INC., a )   Case No. SA-CV-04-921 GLT-(ANx)
    Delaware corporation,            )
15                                   )   **NOTICE OF DEFENDANTS' EX PARTE**
                     Plaintiff,      )   **APPLICATION FOR EXTENSION OF**
16                                   )   **TIME TO FILE A RESPONSIVE**
               vs.                   )   **PLEADING**
17                                   )
    CURESOURCE, INC., a South Carolina )  [Fed. Rule Civ. Proc. 6(b); Civil L.R. 7-19]
18  corporation, MONICA ASZTERBAUM, an )
    individual, ANDREW CASSIDENTI, an  )  Judge: Hon. Gary L. Taylor
19  individual, EUNICE U. LEE, an individual, )  Courtroom No.: 10D
    CARLA WELLS, an individual, ANITA  )  Action Filed: August 4, 2004
20  YORK, an individual, ELIOT ROMERO, an )  Ex Parte Application Filed: August 31, 2004
    individual, KATHY ANDERSON, an     )
21  individual, NASRIN FARBAKHSH, an    )
    individual, BRUCE A. HAGADORN, an   )
22  individual, RAJASREE T. SESHADRI, an )
    individual, ARTHUR GOLDSTEIN, an    )
23  individual, and CHARLES W. MONIAK, an )
    individual,                        )
24                                     )
                     Defendants.       )
25                                     )

26

27

28                                         

                                           NOTICE OF EX PARTE APPLICATION FOR
                                           EXTENSION OF TIME TO FILE A RESPONSIVE
                                           PLEADING
                                           CASE NO.: SA-CV-04-921 GLT-(ANx)

1        TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that defendants Monica Aszterbaum, M.D., Andrew

3 Cassidenti, M.D., Eunice U. Lee, M.D., Carla Wells, M.D., Anita York, M.D., Bruce A.

4 Hagadorn, M.D., Rajasree T. Seshadri, M.D. and Arthur Goldstein, M.D. (collectively

5 "Defendant Doctors"), and each of them, will and hereby do move this court ex parte,

6 pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7-19 of the

7 Local Rules for the United States District Court for the Central District of California, for an

8 order enlarging the time in which Defendant Doctors may serve and file an answer or other

9 responsive pleading to the Complaint served upon them in this action until September 30,

10 2004.

11        Defendant Doctors' ex parte application is based on the pleadings and papers on file

12 in this action, this notice of application and the attached application, the proposed order,

13 and the affidavit of Chang H. Kim, as well as the accompanying memorandum of points

14 /-/-/

15 /-/-/

16 /-/-/

17 /-/-/

18 /-/-/

19 /-/-/

20 /-/-/

21 /-/-/

22 /-/-/

23 /-/-/

24 /-/-/

25 /-/-/

26 /-/-/

27 /-/-/

28 /-/-/

NOTICE OF EX PARTE APPLICATION FOR
EXTENSION OF TIME TO FILE A RESPONSIVE
PLEADING
CASE NO.: SA-CV-04-921 GLT-(ANx)

1  and authorities, and whatever evidence and argument is presented at the hearing of this

2  application.

3       Dated:  August 31, 2004.

4                            PILLSBURY WINTHROP LLP
                          William F. Abrams

5                            Thomas F. Chaffin
                          2475 Hanover Street

6                            Palo Alto, CA 94304-1114

7

8                            By _____

9                            Attorneys for Defendants
                          Monica Aszterbaum, M.D.,

10                           Andrew Cassidenti, M.D.,
                          Eunice U. Lee, M.D.,

11                           Carla Wells, M.D.,
                          Anita York, M.D.,

12                           Bruce A. Hagadorn, M.D.,
                          Rajasree T. Seshadri, M.D. and

13                           Arthur Goldstein, M.D.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF EX PARTE APPLICATION FOR
EXTENSION OF TIME TO FILE A RESPONSIVE
PLEADING
CASE NO.: SA-CV-04-921 GLT-(ANx)

1  *Pharmastem Therapeutics, Inc. v. Curesource, Inc., et al.*
   U.S.D.C., Central District of California, Docket No. SA-CV-04-921 GLT (ANx)

2                          PROOF OF SERVICE

3       I, Patrick Mitchell, the undersigned, hereby state as follows:

4  1.   I am employed in the County of Orange, State of California.

5  2.   I am over the age of 18 years and am not a party to the within proceedings.

6  3.   My business address is 650 Town Center Drive, 7th Floor, Costa Mesa, California

7       92626-7122.

8  4.   On August 31, 2004 I served the following:

9

10      *(i)*    *NOTICE OF DEFENDANTS' EX PARTE APPLICATION FOR*

11               *EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING;*

12      *(ii)*   *MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF*

13               *DEFENDANTS' EX PARTE APPLICATION FOR ENLARGEMENT OF*

14               *TIME TO FILE A RESPONSIVE PLEADING;*

15

16      *(iii)*  *DECLARATION OF CHANG H. KIM IN SUPPORT OF*

17               *DEFENDANTS' EX PARTE APPLICATION FOR ENLARGEMENT OF*

18               *TIME TO FILE A RESPONSIVE PLEADING; and*

19      *(iv)*   *[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE*

20               *APPLICATION FOR EXTENSION OF TIME TO FILE A*

21               *RESPONSIVE PLEADING*

22

23 on the interested parties in this action by placing [ ] the original [x] a true copy thereof,

24 enclosed in sealed envelopes addressed as follows:

25
                          **Paul J. Andre, Esq.**
26                        **PERKINS COIE LLP**
                          **101 Jefferson Drive**
27                        **Menlo Park, CA  94025**
                          **FAX:  (650) 838-4350**
28

1   [X]  BY MAIL: I caused each such envelope, with postage thereon fully prepaid, to be

2        placed in the United States mail at Costa Mesa, California. I am readily familiar

3        with the practice for collection and processing of correspondence for mailing, said

4        practice being that in the ordinary course of business, mail is deposited in the United

5        States Postal Service the same day as it is placed for collection.

6   [ ]  BY OVERNIGHT DELIVERY: I am readily familiar with the business practices of

7        this office. I served a true copy of the above-entitled document as indicated on the

8        attached Service List by depositing it/them with an overnight courier service,

9        *OVERNIGHT EXPRESS*.

10  [ ]  BY PERSONAL SERVICE: I am over the age of eighteen years and am not a party

11       to the within entitled proceedings. I am employed in the County of Orange, State of

12       California. I caused to be served a true copy of the above-entitled document as

13       indicated above by 1st Legal.

14
    [X] FACSIMILE TRANSMISSION: I am readily familiar with the business practices
15
        of this office.    The telephone number of the facsimile machine I used was
16
        (714) 436-2800.    This facsimile machine complies with Rule 2003(2) of the
17
        California Rules of Court.    Upon transmission, no error was reported by the
18
        facsimile machine, and a printed copy of the machine's transmission record,
19
        indicating that the transmission was successfully completed, is attached to this
20
        declaration. In addition to the facsimile transmission, a true copy of said document
21
        was placed in a sealed envelope, addressed as indicated on the attached Service List,
22
        and deposited in regularly maintained interoffice mail for collection, postage, and
23
        same-day delivery to the United States Postal Service for delivery to the addressee.
24
        I declare under penalty of perjury under the laws of the State of California that the
25
    foregoing is true and correct.    Executed this 31st day of August, 2004, at Costa Mesa,
26
    California.
27
                                                    _____
28                                                         PATRICK MITCHELL

## Confirmation Report — Memory Send

Page        : 001
Date & Time: 08-31-04   02:29pm
Line 1      :
Line 2      :
Machine ID  :

Job number          :   282

Date                :   08-31   02:20pm

To                  : ☎916508384350

Number of pages     :   034

Start time          :   08-31   02:20pm

End time            :   08-31   02:29pm

Pages sent          :   034

Status              :   OK

Job number      : 282            *** SEND SUCCESSFUL ***



**PILLSBURY WINTHROP**

650 TOWN CENTER DRIVE 7TH FLOOR  COSTA MESA, CA 92626-7122  714.436.6800  F: 714.436.2800

**FACSIMILE**

| | | Total Pages (including cover): | 34 |
|---|---|---|---|
| HOUSTON | | | |
| LONDON | Date: August 31, 2004 | Must Be Sent By: | ASAP |
| LOS ANGELES | To: Paul J. Andres, Esq. | Fax No: | (650) 838-4350 |
| NEW YORK | | | |
| NORTHERN VIRGINIA | Company: Perkins Coie LLP | Phone No: | (650) 555-1212 |
| ORANGE COUNTY | | | |
| SACRAMENTO | From: Rose M. Hartwig | Phone No: | (714) 436-6868 |
| SAN DIEGO | User No: 15563 | C/M No: | 013054-0000008 |
| SAN FRANCISCO | | | |
| SILICON VALLEY | Comments: | | |
| SINGAPORE | | | |
| STAMFORD | **Hard copies will follow via U.S. Postal Service.** | | |
| SYDNEY | | | |
| TOKYO | | | |
| WASHINGTON DC | | | |

**Confidentiality Note:**
The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

If you have not properly received this fax, please call (714) 436-6800. Thank you.
Operator: _____ Time Sent: _____ Batch ID: _____

40158072V1