Message                                                                 Page 1 of 3

## Kim, Chang H.

**From:** Kim, Chang H.
**Sent:** Monday, August 30, 2004 2:27 PM
**To:** 'Kobialka, Lisa-MP'
**Subject:** RE: Request for Extension of Time for doctors in CD CA Action

Lisa,

I left you another message this morning and have not heard back from you. Pillsbury now represents the following doctors in the CD CA Action: Dr. Seshadri, Dr. Aszterbaum, Dr. Cassidenti, Dr. Lee, Dr. York, and Dr. Wells. Pillsbury will likely represent other doctors before the end of the day. All contact with these doctors should now be directed to Pillsbury. Please advise your client (PharmaStem and Mr. Didier) that contacts with these doctors without Pillsbury's involvement is inappropriate. We understand that Mr. Didier contacted certain of the doctors this morning.

As you requested, Pillsbury is requesting an extension of time to answer, respond, or otherwise plead to the Complaint to September 27, 2004. Let us know if you are agreeable to such an extension before the end of today.

Chang


-----Original Message-----
**From:** Kim, Chang H.
**Sent:** Friday, August 27, 2004 4:00 PM
**To:** 'Kobialka, Lisa-MP'
**Subject:** RE: Request for Extension of Time for doctors in CD CA Action

Lisa,

Fair enough. I will be in the office rest of today and all day on Monday. I understand that you are currently out of the office. Let's talk when you get a chance.

Chang

-----Original Message-----
**From:** Kobialka, Lisa-MP [mailto:LKobialka@perkinscoie.com]
**Sent:** Friday, August 27, 2004 3:53 PM
**To:** Kim, Chang H.
**Subject:** RE: Request for Extension of Time for doctors in CD CA Action

Chang,

You misunderstood my voicemail message. I stated that in principle, I do not have a problem in granting extensions of time, but I needed to speak with you first. There are numerous reasons why I needed to speak with you before granting any extensions. First, we need to know who wants the extension of time and who their counsel is because I cannot grant blanket extensions of time in the event you might represent some or all of the defendants. Second, I needed to check with my client once I knew who the defendants were to see if my client would agree to such extensions for the identified client. Finally, to the extent any extensions were granted, I needed to speak to you about the scope of the extension.

To be clear, at this point, we have not granted any extensions of time whatsoever until we obtain specific further information and are able to convey this to the client.

8/31/04

Message                                                                                          Page 2 of 3

Lisa

-----Original Message-----
**From:** Kim, Chang H. [mailto:ckim@pillsburywinthrop.com]
**Sent:** Friday, August 27, 2004 3:24 PM
**To:** Kobialka, Lisa-MP
**Subject:** RE: Request for Extension of Time for doctors in CD CA Action

Lisa,

In your voice mail to me this afternoon, you stated that you do not have a problem granting the extension, but would like to know who Pillsbury is representing. At this moment, we are not representing any of the doctors, but expect to represent some or all of them within the next week, if not sooner. If and when the doctors engage Pillsbury to represent them, I will let you know promptly. In the meantime, I believe (and I may be wrong) that some or all of the doctors were served during the week of August 9 and therefore an extension would be needed to provide them with additional time to respond to the Complaint.

Chang

-----Original Message-----
**From:** Kim, Chang H.
**Sent:** Friday, August 27, 2004 1:06 PM
**To:** 'LKobialka@perkinscoie.com'
**Subject:** Request for Extension of Time for doctors in CD CA Action

Lisa,

Per my voice mail, I am requesting an extension of time for the defendant doctors in the CD CA Action (Pharmastem Therapeutics, Inc. v. Curesource, Inc. et al. Case No. SACV04-921 GLT) to respond to the Complaint to September 27, 2004. As I stated, Pillsbury is not currently representing them, but may do so shortly. We can hold off on signing the formal Stipulation until a later date. Thanks.

*Chang H. Kim, ESQ.*
*Pillsbury Winthrop LLP*
*2475 Hanover Street*
*Palo Alto, CA 94304*
*telephone: 650-233-4776*
*office fax: 650-233-4545*
*laptop fax: 866-741-1881*
*email: ckim@pillsburywinthrop.com*
*website: http://pillsburywinthrop.com*

==============================================================
The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are

8/31/04

hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.

===========================================================

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

8/31/04