## Kim, Chang H.

From: Kim, Chang H.
Sent: Friday, August 20, 2004 2:40 PM
To: 'LKobialka@perkinscoie.com'
Subject: Extension of Time for Sutter Health

Lisa,

Thanks for returning my call today. Per our discussion, PharmaStem grants Sutter Health until September 27, 2004, to respond to the Complaint filed in the Northern District of California. Further, I stated that Pillsbury does not currently represent Sutter Health, but may do so shortly. Thus, the parties will hold off on signing the formal Stipulation until a later date.

*Chang H. Kim, ESQ.*
*Pillsbury Winthrop LLP*
*2475 Hanover Street*
*Palo Alto, CA 94304*
*telephone: 650-233-4776*
*office fax: 650-233-4545*
*laptop fax: 866-741-1881*
*email: ckim@pillsburywinthrop.com*
*website: http://pillsburywinthrop.com*

*Pharmastem Therapeutics, Inc. v. Curesource, Inc., et al.*
U.S.D.C., Central District of California, Docket No. SA-CV-04-921 GLT (ANx)

## PROOF OF SERVICE

I, Patrick Mitchell, the undersigned, hereby state as follows:

1. I am employed in the County of Orange, State of California.

2. I am over the age of 18 years and am not a party to the within proceedings.

3. My business address is 650 Town Center Drive, 7th Floor, Costa Mesa, California 92626-7122.

4. On August 31, 2004 I served the following:

   (i) *NOTICE OF DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING;*

   (ii) *MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING;*

   (iii) *DECLARATION OF CHANG H. KIM IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING; and*

   (iv) *[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING*

on the interested parties in this action by placing [ ] the original [x] a true copy thereof, enclosed in sealed envelopes addressed as follows:

**Paul J. Andre, Esq.**
**PERKINS COIE LLP**
**101 Jefferson Drive**
**Menlo Park, CA 94025**
**FAX: (650) 838-4350**

40158071v1                                          - 1 -

1  [X]   BY MAIL: I caused each such envelope, with postage thereon fully prepaid, to be
2        placed in the United States mail at Costa Mesa, California. I am readily familiar
3        with the practice for collection and processing of correspondence for mailing, said
4        practice being that in the ordinary course of business, mail is deposited in the United
5        States Postal Service the same day as it is placed for collection.

6  [ ]   BY OVERNIGHT DELIVERY: I am readily familiar with the business practices of
7        this office. I served a true copy of the above-entitled document as indicated on the
8        attached Service List by depositing it/them with an overnight courier service,
9        ***OVERNIGHT EXPRESS***.

10 [ ]   BY PERSONAL SERVICE: I am over the age of eighteen years and am not a party
11       to the within entitled proceedings. I am employed in the County of Orange, State of
12       California. I caused to be served a true copy of the above-entitled document as
13       indicated above by 1st Legal.

14 [X]   FACSIMILE TRANSMISSION: I am readily familiar with the business practices
15       of this office. The telephone number of the facsimile machine I used was
16       (714) 436-2800. This facsimile machine complies with Rule 2003(2) of the
17       California Rules of Court. Upon transmission, no error was reported by the
18       facsimile machine, and a printed copy of the machine's transmission record,
19       indicating that the transmission was successfully completed, is attached to this
20       declaration. In addition to the facsimile transmission, a true copy of said document
21       was placed in a sealed envelope, addressed as indicated on the attached Service List,
22       and deposited in regularly maintained interoffice mail for collection, postage, and
23       same-day delivery to the United States Postal Service for delivery to the addressee.

24       I declare under penalty of perjury under the laws of the State of California that the
25  foregoing is true and correct. Executed this 31st day of August, 2004, at Costa Mesa,
26  California.

27                                                  _____
28                                                          PATRICK MITCHELL

## Confirmation Report – Memory Send

```
                              Page         : 001
                              Date & Time  : 08-31-04  02:29pm
                              Line 1       :
                              Line 2       :
                              Machine ID   :
```

| | | |
|---|---|---|
| Job number | : | 282 |
| Date | : | 08-31  02:20pm |
| To | : | ☎916508384350 |
| Number of pages | : | 034 |
| Start time | : | 08-31  02:20pm |
| End time | : | 08-31  02:29pm |
| Pages sent | : | 034 |
| Status | : | OK |
| Job number | : 282 | *** SEND SUCCESSFUL *** |



PILLSBURY WINTHROP LLP

650 TOWN CENTER DRIVE 7TH FLOOR  COSTA MESA, CA  92626-7122  714.436.6800  F: 714.436.2800

---

**FACSIMILE**

HOUSTON
LONDON
LOS ANGELES
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
SACRAMENTO
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
SINGAPORE
STAMFORD
SYDNEY
TOKYO
WASHINGTON DC

Total Pages (Including cover): 34

| | | | |
|---|---|---|---|
| Date: | August 31, 2004 | Must Be Sent By: | ASAP |
| To: | Paul J. Andres, Esq. | Fax No: | (650) 838-4350 |
| Company: | Perkins Coie LLP | Phone No: | (650) 555-1212 |
| From: | Rose M. Hartwig | Phone No: | (714) 436-6868 |
| User No: | 15563 | C/M No: | 013054-0000008 |

Comments:   **Hard copies will follow via U.S. Postal Service.**

Confidentiality Note:
The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

If you have not properly received this fax, please call (714) 436-6800. Thank you.
Operator: _____  Time Sent: _____  Batch ID: _____

40155072V1