| | |
|---|---|
| 1 | PILLSBURY WINTHROP LLP |
|   | William F. Abrams (State Bar No. 88805) |
| 2 | Thomas F. Chaffin (State Bar No. 112368) |
|   | 2475 Hanover Street |
| 3 | Palo Alto, CA 94304-1114 |
|   | Telephone: (650) 233-4500 |
| 4 | Facsimile: (650) 233-4545 |
| 5 | Attorneys for Defendants |
|   | Monica Aszterbaum, M.D., |
| 6 | Andrew Cassidenti, M.D., |
|   | Eunice U. Lee, M.D., |
| 7 | Carla Wells, M.D., |
|   | Anita York, M.D., |
| 8 | Bruce A. Hagadorn, M.D., |
|   | Rajasree T. Seshadri, M.D. and |
| 9 | Arthur Goldstein, M.D. |

FILED
SEP - 1 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

LODGED
AUG 31 2004   3:50
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

X Priority
X Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

05 - 152

| | | |
|---|---|---|
| 14 | PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | Case No. SA-CV-04-921 GLT-(ANx) |
| 15 | | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | CURESOURCE, INC., a South Carolina corporation, MONICA ASZTERBAUM, an individual, ANDREW CASSIDENTI, an | [Fed. Rule Civ. Proc. 6(b); Civil L.R. 7-19] |
| 19 | individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA | Judge: Hon. Gary L. Taylor |
| 20 | YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an | Courtroom No.: 10D<br>Action Filed: August 4, 2004<br>Ex Parte Application Filed: August 31, 2004 |
| 21 | individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an | |
| 22 | individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an | |
| 23 | individual, and CHARLES W. MONIAK, an individual, | |
| 24 | | |
| 25 | Defendants. | |

RECEIVED MAY 12 2005 U.S. DISTRICT COURT

DOCKETED ON CM
SEP - 1 2004
BY ____ 040

[PROPOSED] ORDER GRANTING EX PARTE
APPLICATION FOR EXTENSION OF TIME TO FILE A
RESPONSIVE PLEADING
CASE NO.: SA-CV-04-921 GLT-(ANx)

1  On August 31, 2004, defendants Monica Aszterbaum, M.D., Andrew Cassidenti,
2  M.D., Eunice U. Lee, M.D., Carla Wells, M.D., Anita York, M.D., Bruce A. Hagadorn,
3  M.D., Rajasree T. Seshadri, M.D. and Arthur Goldstein, M.D. (collectively "Defendant
4  Doctors") moved this court ex parte, pursuant to Rule 6(b) of the Federal Rules of Civil
5  Procedure and Local Rule 7-19 of the Local Rules for the United States District Court for
6  the Central District of California, for an enlargement of the time in which to serve and file
7  an answer or other responsive pleading in this action. The application was made within the
8  time prescribed for the service and filing of an answer or other responsive pleading, and
9  good cause was shown for the enlargement of time.

10  It is, therefore,

11  ORDERED that Defendant Doctors, and each of them, shall have until September
12  30, 2004 to file and serve an answer or other responsive pleading in this action.

13  Dated: Sept 1, 2004.

By _____
UNITED STATES DISTRICT JUDGE
GARY L. TAYLOR

- 1 -

[PROPOSED] ORDER GRANTING EX PARTE
APPLICATION FOR EXTENSION OF TIME TO FILE A
RESPONSIVE PLEADING
CASE NO.: SA-CV-04-921 GLT-(ANx)

*Pharmastem Therapeutics, Inc. v. Curesource, Inc., et al.*
U.S.D.C., Central District of California, Docket No. SA-CV-04-921 GLT (ANx)

PROOF OF SERVICE

I, Patrick Mitchell, the undersigned, hereby state as follows:

1. I am employed in the County of Orange, State of California.

2. I am over the age of 18 years and am not a party to the within proceedings.

3. My business address is 650 Town Center Drive, 7th Floor, Costa Mesa, California 92626-7122.

4. On August 31, 2004 I served the following:

   (i) *NOTICE OF DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING;*

   (ii) *MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING;*

   (iii) *DECLARATION OF CHANG H. KIM IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING; and*

   (iv) *[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING*

on the interested parties in this action by placing [ ] the original [x] a true copy thereof, enclosed in sealed envelopes addressed as follows:

> Paul J. Andre, Esq.
> PERKINS COIE LLP
> 101 Jefferson Drive
> Menlo Park, CA 94025
> FAX: (650) 838-4350

40158071v1

- 1 -

1   [X]  <u>BY MAIL</u>: I caused each such envelope, with postage thereon fully prepaid, to be
2         placed in the United States mail at Costa Mesa, California. I am readily familiar
3         with the practice for collection and processing of correspondence for mailing, said
4         practice being that in the ordinary course of business, mail is deposited in the United
5         States Postal Service the same day as it is placed for collection.

6   [ ]  <u>BY OVERNIGHT DELIVERY</u>: I am readily familiar with the business practices of
7         this office. I served a true copy of the above-entitled document as indicated on the
8         attached Service List by depositing it/them with an overnight courier service,
9         ***OVERNIGHT EXPRESS***.

10   [ ]  <u>BY PERSONAL SERVICE</u>: I am over the age of eighteen years and am not a party
11        to the within entitled proceedings. I am employed in the County of Orange, State of
12        California. I caused to be served a true copy of the above-entitled document as
13        indicated above by 1st Legal.

14
15   [X] FACSIMILE TRANSMISSION: I am readily familiar with the business practices
16        of this office. The telephone number of the facsimile machine I used was
17        (714) 436-2800. This facsimile machine complies with Rule 2003(2) of the
18        California Rules of Court. Upon transmission, no error was reported by the
19        facsimile machine, and a printed copy of the machine's transmission record,
20        indicating that the transmission was successfully completed, is attached to this
21        declaration. In addition to the facsimile transmission, a true copy of said document
22        was placed in a sealed envelope, addressed as indicated on the attached Service List,
23        and deposited in regularly maintained interoffice mail for collection, postage, and
24        same-day delivery to the United States Postal Service for delivery to the addressee.

25       I declare under penalty of perjury under the laws of the State of California that the
26 foregoing is true and correct. Executed this 31st day of August, 2004, at Costa Mesa,
27 California.

                                            */s/ Patrick Mitchell*
28                                             PATRICK MITCHELL

## Confirmation Report – Memory Send

```
                              Page         : 001
                              Date & Time: 08-31-04   02:29pm
                              Line 1       :
                              Line 2       :
                              Machine ID   :
```

| | |
|---|---|
| Job number | : 282 |
| Date | : 08-31  02:20pm |
| To | : ☎916508384350 |
| Number of pages | : 034 |
| Start time | : 08-31  02:20pm |
| End time | : 08-31  02:29pm |
| Pages sent | : 034 |
| Status | : OK |
| Job number  : 282 | *** SEND SUCCESSFUL *** |



**PILLSBURY WINTHROP**

650 TOWN CENTER DRIVE 7TH FLOOR  COSTA MESA, CA 92626-7122  714.436.6800  F: 714.436.2800

---

**FACSIMILE**

HOUSTON
LONDON
LOS ANGELES
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
SACRAMENTO
SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
SINGAPORE
STAMFORD
SYDNEY
TOKYO
WASHINGTON DC

| | | | |
|---|---|---|---|
| | | Total Pages (including cover): | 34 |
| Date: | August 31, 2004 | Must Be Sent By: | ASAP |
| To: | Paul J. Andres, Esq. | Fax No: | (650) 838-4350 |
| Company: | Perkins Coie LLP | Phone No: | (650) 555-1212 |
| From: | Rose M. Hartwig | Phone No: | (714) 436-6868 |
| User No: | 15563 | C/M No: | 013054-0000008 |
| Comments: | | | |

**Hard copies will follow via U.S. Postal Service.**

**Confidentiality Note:**
The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

If you have not properly received this fax, please call (714) 436-6800. Thank you.
Operator:_____ Time Sent:_____ Batch ID:_____

40196072V1