

*Lodged proposed order*

| | |
|---|---|
| 1  PILLSBURY WINTHROP LLP<br>William F. Abrams (State Bar No. 88805)<br>2  Thomas F. Chaffin (State Bar No. 112368)<br>2475 Hanover Street<br>3  Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4500<br>4  Facsimile:  (650) 233-4545<br><br>5  Attorneys for Defendants<br>Monica Aszterbaum, M.D.,<br>6  Andrew Cassidenti, M.D.,<br>Eunice U. Lee, M.D.,<br>7  Carla Wells, M.D.,<br>Anita York, M.D.,<br>8  Bruce A. Hagadorn, M.D.,<br>Rajasree T. Seshadri, M.D. and<br>9  Arthur Goldstein, M.D. | |

05 - 152

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CURESOURCE, INC., a South Carolina corporation, MONICA ASZTERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual,<br><br>Defendants. | Case No. SA-CV-04-921 GLT-(ANx)<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>[Fed. Rule Civ. Proc. 6(b); Civil L.R. 7-19]<br><br>Judge: Hon. Gary L. Taylor<br>Courtroom No.: 10D<br>Action Filed: August 4, 2004<br>Ex Parte Application Filed: August 31, 2004 |





EX PARTE APPLICATION FOR EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING
CASE NO.: SA-CV-04-921 GLT-(ANx)

1  Defendants Monica Aszterbaum, M.D., Andrew Cassidenti, M.D., Eunice U. Lee,
2  M.D., Carla Wells, M.D., Anita York, M.D., Bruce A. Hagadorn, M.D., Rajasree T.
3  Seshadri, M.D. and Arthur Goldstein, M.D. (collectively "Defendant Doctors"), and each of
4  them, move this court ex parte, pursuant to Rule 6(b) of the Federal Rules of Civil
5  Procedure and Local Rule 7-19 of the Local Rules for the United States District Court for
6  the Central District of California, for an order enlarging the time in which Defendant
7  Doctors may serve and file an answer or other responsive pleading to the Complaint served
8  upon them in this action until September 30, 2004.
9  This enlargement of time is necessary because Pillsbury Winthrop LLP, Defendant
10 Doctors' attorneys in this matter, has only recently been retained as counsel for Defendant
11 Doctors, and the requested extension of time is necessary in order to conduct an
12 investigation of the allegations in the pleadings so that meaningful responses may be made.
13 Prior to the making of this application, Counsel for Defendant Doctors requested a
14 brief enlargement of time for filing a responsive pleading from counsel for PharmaStem
15 Therapeutics, Inc. ("PharmaStem" or "Plaintiff"), but Plaintiff's counsel refused to stipulate
16 to an extension of time.
17 There have been no previous extensions of time obtained from Plaintiff or granted
18 by this court, and Plaintiff' counsel has not identified---nor can they in good faith identify--
19 any prejudice to PharmaStem that would result from the requested enlargement of time.
20 This application is based on the pleadings and papers on file in this action, this
21 application, the proposed order, and the affidavit of Chang H. Kim, as well as the attached
22 /-/-/
23 /-/-/
24 /-/-/
25 /-/-/
26 /-/-/
27 /-/-/
28 /-/-/

- 1 -

EX PARTE APPLICATION FOR EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING
CASE NO.: SA-CV-04-921 GLT-(ANx)

1 | notice of application, accompanying memorandum of points and authorities, and whatever
2 | evidence and argument is presented at the hearing of this application.
3 | Dated: August 31, 2004.

PILLSBURY WINTHROP LLP
William F. Abrams
Thomas F. Chaffin
2475 Hanover Street
Palo Alto, CA 94304-1114

By *(signature)*

Attorneys for Defendants
Monica Aszterbaum, M.D.,
Andrew Cassidenti, M.D.,
Eunice U. Lee, M.D.,
Carla Wells, M.D.,
Anita York, M.D.,
Bruce A. Hagadorn, M.D.,
Rajasree T. Seshadri, M.D. and
Arthur Goldstein, M.D.

*Pharmastem Therapeutics, Inc. v. Curesource, Inc., et al.*
U.S.D.C., Central District of California, Docket No. SA-CV-04-921 GLT (ANx)

## PROOF OF SERVICE

I, Patrick Mitchell, the undersigned, hereby state as follows:

1. I am employed in the County of Orange, State of California.

2. I am over the age of 18 years and am not a party to the within proceedings.

3. My business address is 650 Town Center Drive, 7th Floor, Costa Mesa, California 92626-7122.

4. On August 31, 2004 I served the following:

   (i) **DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

on the interested parties in this action by placing [ ] the original [x] a true copy thereof, enclosed in sealed envelopes addressed as follows:

> Paul J. Andre, Esq.
> PERKINS COIE LLP
> 101 Jefferson Drive
> Menlo Park, CA 94025
> FAX: (650) 838-4350

[X] BY MAIL: I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] BY OVERNIGHT DELIVERY: I am readily familiar with the business practices of this office. I served a true copy of the above-entitled document as indicated on the attached Service List by depositing it/them with an overnight courier service, **OVERNIGHT EXPRESS**.

40158071v1

- 1 -

1  [ ]  BY PERSONAL SERVICE: I am over the age of eighteen years and am not a party to the within entitled proceedings. I am employed in the County of Orange, State of California. I caused to be served a true copy of the above-entitled document as indicated above by 1st Legal.

[X] FACSIMILE TRANSMISSION: I am readily familiar with the business practices of this office. The telephone number of the facsimile machine I used was (714) 436-2800. This facsimile machine complies with Rule 2003(2) of the California Rules of Court. Upon transmission, no error was reported by the facsimile machine, and a printed copy of the machine's transmission record, indicating that the transmission was successfully completed, is attached to this declaration. In addition to the facsimile transmission, a true copy of said document was placed in a sealed envelope, addressed as indicated on the attached Service List, and deposited in regularly maintained interoffice mail for collection, postage, and same-day delivery to the United States Postal Service for delivery to the addressee.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 31st day of August, 2004, at Costa Mesa, California.

_____
PATRICK MITCHELL
40158071v1

- 2 -

Case 1:05-cv-00152-GMS    Document 65-8    Filed 05/12/2005    Page 6 of 6

```
Confirmation Report - Memory Send

                                        Page       : 001
                                        Date & Time: 08-31-04  02:34pm
                                        Line 1     :
                                        Line 2     :
                                        Machine ID :

Job number        : 283

Date              : 08-31  02:32pm

To                : ☎916508384350

Number of pages   : 006

Start time        : 08-31  02:32pm

End time          : 08-31  02:34pm

Pages sent        : 006

Status            : OK

Job number  : 283           *** SEND SUCCESSFUL ***
```



PILLSBURY WINTHROP

650 TOWN CENTER DRIVE 7TH FLOOR  COSTA MESA, CA 92626-7122  714.436.6800  F: 714.436.2800

**FACSIMILE**

| | | | |
|---|---|---|---|
| | | Total Pages (including cover): | 6 |
| HOUSTON | Date: August 31, 2004 | Must Be Sent By: | ASAP |
| LONDON | | | |
| LOS ANGELES | To: Paul J. Andres, Esq. | Fax No: | (650) 838-4350 |
| NEW YORK | | | |
| NORTHERN VIRGINIA | Company: Perkins Coie LLP | Phone No: | (650) 555-1212 |
| ORANGE COUNTY | | | |
| SACRAMENTO | From: Rose M. Hartwig | Phone No: | (714) 436-6868 |
| SAN DIEGO | User No: 15563 | C/M No: | 013054-0000008 |
| SAN FRANCISCO | | | |
| SILICON VALLEY | Comments: | | |
| SINGAPORE | | | |
| STAMFORD | **Hard copy will follow via U.S. Postal Service.** | | |
| SYDNEY | | | |
| TOKYO | | | |
| WASHINGTON DC | | | |

**Confidentiality Note:**
The documents accompanying this facsimile transmission may contain confidential information which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, or the person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in this transmission is strictly PROHIBITED. If you have received this transmission in error, please immediately notify us by telephone and mail the original transmission to us. Thank you.

If you have not properly received this fax, please call (714) 436-6800. Thank you.
Operator: _____ Time Sent: _____ Batch ID: _____

40158072V1