| | |
|---|---|
| 1 | PILLSBURY WINTHROP LLP |
| | William F. Abrams (State Bar No. 88805) |
| 2 | Thomas F. Chaffin (State Bar No. 112368) |
| | 2475 Hanover Street |
| 3 | Palo Alto, CA 94304-1114 |
| | Telephone: (650) 233-4500 |
| 4 | Facsimile: (650) 233-4545 |
| 5 | Attorneys for Defendants |
| | Monica Aszterbaum, M.D., |
| 6 | Andrew Cassidenti, M.D., |
| | Eunice U. Lee, M.D., |
| 7 | Carla Wells, M.D., |
| | Anita York, M.D., |
| 8 | Bruce A. Hagadorn, M.D., |
| | Rajasree T. Seshadri, M.D. and |
| 9 | Arthur Goldstein, M.D. |

RECEIVED MAY 12 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

2004 SEP -3 PM 2:12 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

FILED

05  152

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

BY FAX

| | | |
|---|---|---|
| 14 | PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | Case No. SA-CV-04-921 GLT-(ANx) |
| 15 | | **NOTICE OF ENTRY OF ORDER FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING** |
| 16 | Plaintiff, | |
| 17 | vs. | |
| 18 | CURESOURCE, INC., a South Carolina corporation, MONICA ASZTERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual, | Judge: Hon. Gary L. Taylor<br>Courtroom No.: 10D<br>Action Filed: August 4, 2004<br>Ex Parte Application Filed: August 31, 2004 |
| 24 | Defendants. | |



DOCKETED ON CM
SEP 9 2004
BY ___ 040

NOTICE OF ENTRY OF ORDER FOR ENLARGEMENT
OF TIME TO FILE A RESPONSIVE PLEADING
CASE NO.: SA-CV-04-921 GLT-(ANx)

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that on September 1, 2004, the Honorable Gary L. Taylor |
| 3 | entered an Order granting Defendants' ex parte application for extension of time to file a |
| 4 | responsive pleading until September 30, 2004. A true and correct copy of that order is |
| 5 | attached hereto as Exhibit A and incorporated herein by reference. |

Dated: September 3, 2004.

PILLSBURY WINTHROP LLP
William F. Abrams
Thomas F. Chaffin
2475 Hanover Street
Palo Alto, CA 94304-1114

By _____

Attorneys for Defendants
Monica Aszterbaum, M.D.,
Andrew Cassidenti, M.D.,
Eunice U. Lee, M.D.,
Carla Wells, M.D.,
Anita York, M.D.,
Bruce A. Hagadorn, M.D.,
Rajasree T. Seshadri, M.D. and
Arthur Goldstein, M.D.

- 1 -

MEMO. OF POINTS AND AUTHORITIES IN SUPP. OF
EX PARTE APPLICATION FOR EXTENSION OF TIME
TO FILE A RESPONSIVE PLEADING
CASE NO.: SA-CV-04-921-GLT (ANx)

1  *Pharmastem Therapeutics, Inc. v. Curesource, Inc., et al.*
   U.S.D.C., Central District of California, Docket No. SA-CV-04-921 GLT (ANx)

2  PROOF OF SERVICE

3  I, Rose A. Towe, the undersigned, hereby state as follows:

4  1. I am employed in the County of Orange, State of California.

5  2. I am over the age of 18 years and am not a party to the within proceedings.

6  3. My business address is 2475 Hanover Street, Palo Alto, California 94304-1114.

7  4. On September 3, 2004 I served the following:

8

9  (i) *NOTICE OF ENTRY OF ORDER FOR ENLARGEMENT OF TIME TO*

10     *FILE A RESPONSIVE PLEADING*

11 on the interested parties in this action by placing [ ] the original [x] a true copy thereof,

12 enclosed in sealed envelopes addressed as follows:

13

14         Paul J. Andre, Esq.
           PERKINS COIE LLP
15         101 Jefferson Drive
           Menlo Park, CA 94025
16         FAX: (650) 838-4350

17 [X] BY MAIL: I caused each such envelope, with postage thereon fully prepaid, to be

18     placed in the United States mail at Palo Alto, California. I am readily familiar with

19     the practice for collection and processing of correspondence for mailing, said

20     practice being that in the ordinary course of business, mail is deposited in the United

21     States Postal Service the same day as it is placed for collection.

22 [ ] BY OVERNIGHT DELIVERY: I am readily familiar with the business practices of

23     this office. I served a true copy of the above-entitled document as indicated on the

24     attached Service List by depositing it/them with an overnight courier service,

25     *OVERNIGHT EXPRESS*.

26 [ ] BY PERSONAL SERVICE: I am over the age of eighteen years and am not a party

27     to the within entitled proceedings. I am employed in the County of Santa Clara,

28

40158071v1                           - 1 -

SEP 03 2004 12:01

1  State of California. I caused to be served a true copy of the above-entitled
2  document as indicated above by 1st Legal.

3  [X] FACSIMILE TRANSMISSION: I am readily familiar with the business practices
4  of this office. The telephone number of the facsimile machine I used was
5  (650) 233-4545. This facsimile machine complies with Rule 2003(2) of the
6  California Rules of Court. Upon transmission, no error was reported by the
7  facsimile machine, and a printed copy of the machine's transmission record,
8  indicating that the transmission was successfully completed, is attached to this
9  declaration. In addition to the facsimile transmission, a true copy of said document
10 was placed in a sealed envelope, addressed as indicated on the attached Service List,
11 and deposited in regularly maintained interoffice mail for collection, postage, and
12 same-day delivery to the United States Postal Service for delivery to the addressee.
13
14
15 I declare under penalty of perjury under the laws of the State of California that the
16 foregoing is true and correct. Executed this 3rd day of September, 2004, at Palo Alto,
17 California.
18                                                         _____
19                                                         Rose A. Towe
20
21
22
23
24
25
26
27
28

40158071v1

- 2 -