# EXHIBIT A

4015S071v1

```
 1  PILLSBURY WINTHROP LLP
    William F. Abrams (State Bar No. 88805)
 2  Thomas F. Chaffin (State Bar No. 112368)
    2475 Hanover Street
 3  Palo Alto, CA 94304-1114
    Telephone: (650) 233-4500
 4  Facsimile: (650) 233-4545

 5  Attorneys for Defendants
    Monica Aszterbaum, M.D.,
 6  Andrew Cassidenti, M.D.,
    Eunice U. Lee, M.D.,
 7  Carla Wells, M.D.,
    Anita York, M.D.,
 8  Bruce A. Hagadorn, M.D.,
    Rajasree T. Seshadri, M.D., and
 9  Arthur Goldstein, M.D.
```

FILED SEP - 1 2004 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA BY __ DEPUTY

LODGED AUG 3 1 2004 3:50 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA BY __ DEPUTY

X Priority
X Send
__ Clsd
__ Enter
__ JS-5/JS-6
__ JS-2/JS-3

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CURESOURCE, INC., a South Carolina corporation, MONICA ASZTERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual,<br><br>Defendants. | Case No. SA-CV-04-921 GLT-(ANx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING<br><br>[Fed. Rule Civ. Proc. 6(b); Civil L.R. 7-19]<br><br>Judge: Hon. Gary L. Taylor<br>Courtroom No.: 10D<br>Action Filed: August 4, 2004<br>Ex Parte Application Filed: August 31, 2004 |

DOCKETED ON CM SEP - 1 2004 BY __ 040

[PROPOSED] ORDER GRANTING EX PARTE
APPLICATION FOR EXTENSION OF TIME TO FILE A
RESPONSIVE PLEADING
CASE NO. SA-CV-04-921 GLT-(ANx)

On August 31, 2004, defendants Monica Aszterbaum, M D , Andrew Cassidenti, M D , Eunice U Lee, M D , Carla Wells, M D , Anita York, M D , Bruce A Hagadorn, M D , Rajasree T Seshadri, M D and Arthur Goldstein, M D (collectively "Defendant Doctors") moved this court ex parte, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7-19 of the Local Rules for the United States District Court for the Central District of California, for an enlargement of the time in which to serve and file an answer or other responsive pleading in this action The application was made within the time prescribed for the service and filing of an answer or other responsive pleading, and good cause was shown for the enlargement of time

It is, therefore,

ORDERED that Defendant Doctors, and each of them, shall have until September 30, 2004 to file and serve an answer or other responsive pleading in this action

Dated Sept 1, 2004

By _____
UNITED STATES DISTRICT JUDGE
GARY L. TAYLOR

[PROPOSED] ORDER GRANTING EX PARTE
APPLICATION FOR EXTENSION OF TIME TO FILE A
RESPONSIVE PLEADING
CASE NO SA CV-04 921 GLT-(ANx)

- 1 -