1   Paul J. Andre (State Bar No. 196585)
2   Lisa Kobialka (State Bar No. 191404)
    Amanda M. Fox (State Bar No. 212939)
3   PERKINS COIE LLP
4   101 Jefferson Drive
    Menlo Park, California 94025
5   Telephone: (650) 838-4300
6   Facsimile: (650) 838-4350
7   Attorneys for PharmaStem Therapeutics, Inc.
8

**ORIGINAL**

RECEIVED
MAY 12 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2004 SEP 10 PM 3:47
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

FILED

9               **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
10

11  PHARMASTEM THERAPEUTICS,
    INC., a Delaware corporation,
12                       Plaintiff,          **Civil Action No.: SACV-04-921**
                                             **GLT (ANX)**
13           v.
    CURESOURCE, INC., a South Carolina       **PLAINTIFF PHARMASTEM**
14  corporation, MONICA ASZLERBAUM,          **THERAPEUTICS, INC. 'S**
15  an individual, ANDREW CASSIDENTI,        **REQUEST FOR ENTRY OF**
    an individual, EUNICE U. LEE, an         **DEFAULT BY CLERK;**
16  individual, CARLA WELLS, an              **DECLARATION OF AMANDA**
17  individual, ANITA YORK, an individual,   **M. FOX IN SUPPORT THEREOF**
    ELIOT ROMERO, an individual,
18  KATHY ANDERSON, an individual,
19  NASRIN FARBAKHSH, an individual,
20  BRUCE A. HAGADORN, an individual,
    RAJASREE T. SESHADRI, an
21  individual, ARTHUR GOLDSTEIN, an
22  individual, and CHARLES W. MONIAK,
    an individual,
23                       Defendants.

DOCKETED ON CM
SEP 17 2004
BY _____ 040

24
25
26
27
28                     PLAINTIFF'S PHARMASTEM THERAPEUTICS REQUEST
                       FOR ENTRY OF DEFAULT BY CLERK; DECLARATION OF
                       AMANDA M. FOX IN SUPPORT THEREOF

1    TO:    THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL

2    DISTRICT OF CALIFORNIA:

3    Plaintiff PharmaStem Therapeutics, Inc. ("Plaintiff") hereby requests that the

4    Clerk of the above-entitled Court enter default pursuant to Federal Rule of Civil

5    Procedure 55(b)(1) against defendant Nasrin Farbakhsh ("Defendant"), an individual,

6    on the ground that Defendant has failed to appear or otherwise respond to the

7    complaint within the time prescribed by the Federal Rules of Civil Procedure.

8    The above-stated facts are set forth in the Declaration of Amanda M. Fox

9    attached hereto.

10

11

12    DATED:    September 9, 2004    PERKINS COIE LLP

13

14    By: _____

15    Paul J. Andre
     Attorneys for Plaintiff
     PharmaStem Therapeutics, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# DECLARATION OF AMANDA M. FOX

I, Amanda M. Fox, declare as follows:

1.      I am an attorney licensed to practice in the State of California and before this Court.  I am of counsel to Perkins Coie LLP, counsel for plaintiff PharmaStem Therapeutics, Inc. ("Plaintiff") in this action.  I make this declaration in support of Plaintiff's Request for Entry of Default by Clerk.  I have personal knowledge of the facts set forth herein except as otherwise stated, and if called upon I could and would testify to the following facts:

2.      On August 4, 2004, I caused to be filed in this Court a complaint (the "Complaint") for damages and injunctive relief for patent infringement against defendant Nasrin Farbakhsh ("Defendant").

3.      On August 25, 2004, I caused to be filed in this Court a proof of service ("Proof of Service") which indicates that the summons, complaint, and related papers were served on Defendant on August 13, 2004.  A true and complete copy of the Proof of Service is attached hereto as Exhibit A.

4.      Pursuant to Federal Rule of Civil Procedure 4(e)(1) and 12(a)(1)(A), Defendant's response to the Complaint was due on September 2, 2004.

5.      Defendant does not appear to be and does not claim to be an infant or an incompetent person or in a military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

6.      Defendant has not appeared in this action and has not responded to the Complaint.

///

////

////

3

1

2          I declare under penalty of perjury that the foregoing is true and correct.

3

4    DATED:  September 9, 2004

5                                               **PERKINS COIE LLP**

6

7                                               By *Amanda M. Fox*

8                                               Amanda M. Fox, Esq.
                                                Attorneys for PharmaStem Therapeutics, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28