| | | |
|---|---|---|
| PERKINS COIE LLP<br>PAUL J. ANDRE, SBN 196585<br>101 JEFFERSON DRIVE<br>MENLO PARK, CA 94025 | TELEPHONE NO.: (650) 838-4300<br>Ref. No. or File No.: 40923-0007 | FOR COURT USE ONLY<br>FILED<br>CLERK, U.S. DISTRICT COURT<br>AUG 25 2004<br>CENTRAL DISTRICT OF CALIFORNIA<br>DEPUTY |
| ATTORNEY FOR (Name): Plaintiff | | |
| UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA<br>411 WEST FOURTH STREET<br>SANTA ANA, CA 92701-4593 | | |
| PLAINTIFF: PHARMASTEM THERAPEUTICS, INC., a Delaware corporation | | |
| DEFENDANT: CURESOURCE, INC., a South Carolina corporation, et.al. | | |
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: SACV04-921 GLT (ANx) |

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

**SEE ATTACHMENT**

ON: **NASRIN FARBAKHSH, an individual**

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH THE ABOVE NAMED PERSON A COPY THEREOF, AT:

**801 N. TUSTIN**
**SANTA ANA, CA 92701**

ON: **August 13, 2004**
AT: **04:35 pm**

Manner of service in compliance with Federal Code of Civil Procedure.

Fee for Service: $
REGISTERED PROCESS SERVER
County: **ORANGE**
Registration No.: **1550**
FIRST LEGAL SUPPORT SERVICES
245 11th STREET, 3RD FLOOR
SAN FRANCISCO, CA 94103
(415) 626-3111

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **August 16, 2004** at **SANTA ANA,** California.

Signature: _____
MICHAEL HAMMERSTROM

EXHIBIT A

## ATTACHMENT

1. SUMMONS;
2. COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL;
3. NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS [Local Rule 83-1.4];
4. CERTIFICATION AS TO INTERESTED PARTIES [Local Rule 7.1-1];
5. REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK;
6. CIVIL COVER SHEET;
7. NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;
8. NOTICE TO COUNSEL.