1  Paul J. Andre (State Bar No. 196585)
2  Lisa Kobialka (State Bar No. 191404)
   Amanda M. Fox (State Bar No. 212939)
3  PERKINS COIE LLP
4  101 Jefferson Drive
   Menlo Park, California  94025
5  Telephone: (650) 838-4300
6  Facsimile:  (650) 838-4350

7  Attorneys for PharmaStem Therapeutics, Inc.

8


## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10

11 PHARMASTEM THERAPEUTICS,
   INC., a Delaware corporation,
12                      Plaintiff,

**BY FAX**

                       Civil Action No.: SACV-04-921
13        v.                                            GLT (ANX)

14 CURESOURCE, INC., a South Carolina
   corporation, MONICA ASZLERBAUM,          **PROOF OF SERVICE**
15 an individual, ANDREW CASSIDENTI,
   an individual, EUNICE U. LEE, an
16 individual, CARLA WELLS, an
   individual, ANITA YORK, an
17 individual, ELIOT ROMERO, an
18 individual, KATHY ANDERSON, an
   individual, NASRIN FARBAKHSH, an
19 individual, BRUCE A. HAGADORN, an
   individual, RAJASREE T. SESHADRI,
20 an individual, ARTHUR GOLDSTEIN,
21 an individual, and CHARLES W.
   MONIAK, an individual,
22                      Defendants.
23

24

25

26

27

28

PROOF OF SERVICE

[BY042520082]

# PROOF OF SERVICE - MESSENGER

(C.C.P. § 1011)
(F.R.C.P. 5(b))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is First Legal Support Services, 1511 W. Beverly Boulevard, Los Angeles, California 90026..

On September 10, 2004, I served true copies of the following documents:

**(1) PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S REQUEST FOR ENTRY OF DEFAULT BY CLERK; DECLARATION OF AMANDA M. FOX IN SUPPORT THEREOF and**

**(2) PROOF OF SERVICE**

on the interested parties in this action by hand-delivering true copies thereof to the following:

Nasrin Farbakhsh
801 N. Tustin
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I contracted to provide delivery services with a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on September 10, 2004, at Los Angeles, California.

/s/ Tuue da
[Signature]

TRINIDAD CHAVEZ
[Printed Name]

2

# PROOF OF SERVICE - FACSIMILE

(C.C.P. § 1013a)
(C.R.C. 2009(i))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is c/o Perkins Coie LLP, 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

    On September 10, 2004, I served by facsimile transmission a true copy(ies) of the: **(1) PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S REQUEST FOR ENTRY OF DEFAULT BY CLERK; DECLARATION OF AMANDA M. FOX IN SUPPORT THEREOF and (2) PROOF OF SERVICE**

    on the interested parties in this action by transmitting said document(s) by facsimile machine telephone number (310) 788-3399 to the following:

    William F. Abrams, Esq.
    Thomas F. Chaffin, Esq.
    Phillsbury Winthrop LLP
    2475 Hanover Street
    Palo Alto, CA 94304-1114
    Tele.: (650) 233-4500 Fax: (650) 233-4545

    The document(s) was transmitted by facsimile transmission and the transmission was reported as complete and without error. The attached transmission report was properly issued by the transmitting facsimile machine.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction the service was made; and that this Proof of Service was executed on September 10, 2004, at Santa Monica, California.

*Sergio V. Perez*

3

PROOF OF SERVICE

09/10/04  14:54 FAX 310 788 3399

# PROOF OF SERVICE – U.S. MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

    On September 10, 2004, I served a true copy of: **(1) PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S REQUEST FOR ENTRY OF DEFAULT BY CLERK; DECLARATION OF AMANDA M. FOX IN SUPPORT THEREOF and (2) PROOF OF SERVICE**

    on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

Nasrin Farbakhsh  
801 N. Tustin  
Santa Ana, CA 92701

William F. Abrams, Esq.  
Thomas F. Chaffin, Esq.  
Phillsbury Winthrop LLP  
2475 Hanover Street  
Palo Alto, CA 94304-1114

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on September 10, 2004, at Santa Monica, California.

*Sergio V. Perez*

4

PROOF OF SERVICE