Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
Amanda M. Fox (State Bar No. 212939)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for PharmaStem Therapeutics, Inc.

05 - 152



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,

    Plaintiff,

v.

CURESOURCE, INC., a South Carolina corporation, MONICA ASZLERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual,

    Defendants.

Civil Action No.: SACV-04-921 GLT (ANX)

**DECLARATION OF AMANDA M. FOX IN SUPPORT OF PLAINTIFF PHARMASTEM THERAPEUTICS, INC. 'S APPLICATION FOR DEFAULT JUDGMENT BY COURT**

[LOCAL RULE 55-1]



DECLARATION OF AMANDA M. FOX IN SUPPORT
OF PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S
APPLICATION FOR DEFAULT JUDGMENT BY COURT

# DECLARATION OF AMANDA M. FOX

I, Amanda M. Fox, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am an attorney at Perkins Coie LLP, counsel for plaintiff PharmaStem Therapeutics, Inc. ("Plaintiff") in this action. I make this declaration in support of Plaintiff's Application for Default Judgment. I have personal knowledge of the facts set forth herein except as otherwise stated, and if called upon I could and would testify to the following facts:

2. On August 4, 2004, I caused to be filed in this Court a complaint (the "Complaint") for damages and injunctive relief for patent infringement against defendant Nasrin Farbakhsh ("Defendant").

3. On August 25, 2004, I caused to be filed in this Court a proof of service ("Proof of Service") which indicates that the summons, complaint, and related papers were served on Defendant on August 13, 2004. A true and complete copy of the Proof of Service is attached hereto as Exhibit A.

4. Pursuant to Federal Rule of Civil Procedure 4(e)(1) and 12(a)(1)(A), Defendant's response to the Complaint was due on September 2, 2004.

5. Defendant does not appear to be and does not claim to be an infant or an incompetent person or in a military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

6. Defendant has not appeared in this action and has not responded to the Complaint.

7. On September 17, 2004, the clerk entered default against defendant Nasrin Farbakhsh.

8. Attached as Exhibit B is a true and complete copy of certain web pages from PharmaStem Therapeutics, Inc.'s website.

2

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 21, 2004

**PERKINS COIE LLP**

By _/s/ Amanda M. Fox_
Amanda M. Fox, Esq.
Attorneys for PharmaStem Therapeutics, Inc.

DECLARATION OF AMANDA M. FOX IN SUPPORT
OF PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S
APPLICATION FOR DEFAULT JUDGMENT BY COURT