

**PHARMASTEM**
THERAPEUTICS, INC.

| HOME | ABOUT US | NEWS ROOM | PATENTS | AMNESTY PROGRAM | LICENSING PROGRAM | CONTACT US |

## LICENSED BANKS

California Cryobank Stem Cell Services
New England Cord Blood Bank
Stembanc
Cord Partners
Cord Blood Family Trust
Securacell
Alpha Cord
Cryobanks International
Newborn Blood Banking
LifeBank USA
CORD
CureSource
Norton Hospitals / Family Link
Hemastem Therapeutics
GeneAngel
Lifestor

## UNLICENSED BANKS

VIACORD
CBR (Cord Blood Registry)
CRYO-CELL International
CORCELL

On October 29, 2003, a Delaware jury unanimously found that two of PharmaStem's pioneering patents, US Patent Nos. 5,004,681 and 5,192,553 were valid and enforceable and that the four defendants, ViaCord, CBR (Cord Blood Registry) Cryo-Cell and Corcell had willfully infringed these patents.

Home | About Us | News Room | Patents | Amnesty Program | Licensing Program | Contact Us

Copyrights 2004-2005 PharmaStem Therapeutics, Inc. All rights reserved.
Site developed by Creative Strategy Group, Inc.

**Exhibit B**
-6-