Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
Amanda M. Fox (State Bar No. 212939)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for PharmaStem Therapeutics, Inc.



## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br>　　　　Plaintiff,<br>　　v.<br>CURESOURCE, INC., a South Carolina corporation, MONICA ASZLERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual,<br>　　　　Defendants. | Civil Action No.: SACV-04-921 GLT (ANX)<br><br>**PROOF OF SERVICE** |





PROOF OF SERVICE

[BY042520082]

# PROOF OF SERVICE - MESSENGER

(C.C.P. § 1011)
(F.R.C.P. 5(b))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is First Legal Support Services, 1511 W. Beverly Boulevard, Los Angeles, California 90026..

On September 21, 2004, I served true copies of the following documents:

**(1) DECLARATION OF AMANDA M. FOX IN SUPPORT OF PLAINTIFF PHARMASTEM'S APPLICATION FOR DEFAULT BY COURT** and

**(2) PROOF OF SERVICE**

on the interested parties in this action by hand-delivering true copies thereof to the following:

Nasrin Farbakhsh
801 N. Tustin
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I contracted to provide delivery services with a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on September 21, 2004, at Los Angeles, California.

[Signature]

[Printed Name]

# PROOF OF SERVICE – U.S. MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On September 21, 2004, I served a true copy of: **(1) DECLARATION OF AMANDA M. FOX IN SUPPORT OF PLAINTIFF PHARMASTEM'S APPLICATION FOR DEFAULT BY COURT and (2) PROOF OF SERVICE**

on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| Nasrin Farbakhsh | William F. Abrams, Esq. |
| 801 N. Tustin | Thomas F. Chaffin, Esq. |
| Santa Ana, CA 92701 | Phillsbury Winthrop LLP |
| | 2475 Hanover Street |
| | Palo Alto, CA 94304-1114 |

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on September 21, 2004, at Santa Monica, California.

_____
*May Chan*