# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SA CV 04-921-GLT(ANx)                           Date: September 29, 2004

Title:   Pharmastem Therapeutics, Inc. v. Curesource, Inc., et al.,

==========================================================================

PRESENT:

   HON. Gary L. Taylor JUDGE

   Lisa Bredahl                                             None Present
   Deputy Clerk                                             Court Reporter

ATTORNEY(S) PRESENT FOR PLAINTIFF(S):        ATTORNEY(S) PRESENT FOR DEFENDANT(S):
   None Present                                  None Present

PROCEEDINGS:   **Plaintiff's Default Judgment Request**

[In Chambers]

The Court has received Plaintiff's application for a default judgment.

The Court is prepared to enter judgment for Plaintiff, except the proposed order submitted by Plaintiff is not in the form of a judgment.

Also, Plaintiff's application states Plaintiff will submit a motion for attorneys fees (Application, page 11, lines 22-24), but this is unnecessary because there is no opposing party to respond to a motion. As part of the default application, Plaintiff should submit a request for attorneys fees supported by a declaration showing the time spent, the task represented by each item of time, the rate charged, and the reasonableness of that rate.

Therefore, within 10 days Plaintiff should submit to the Court (1) a request for attorneys fees and a supplemental declaration to support that request, and (2) a proposed Judgment setting forth all judgment terms, including the amount of attorneys fees recovered.

S:\GLT\LC1\Civil\2004\04-921.mo.wpd         INITIALS OF DEPUTY CLERK  LB