1  Paul J. Andre (State Bar No. 196585)
2  Lisa Kobialka (State Bar No. 191404)
   Amanda M. Fox (State Bar No. 212939)
3  PERKINS COIE LLP
4  101 Jefferson Drive
   Menlo Park, California 94025
5  Telephone: (650) 838-4300
6  Facsimile: (650) 838-4350



7  Attorneys for PharmaStem Therapeutics, Inc.

8
            UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA

10
11 PHARMASTEM THERAPEUTICS,
   INC., a Delaware corporation,
12              Plaintiff,                  Civil Action No.: SACV-04-921
        v.                                  GLT (ANX)
13 CURESOURCE, INC., a South Carolina
14 corporation, MONICA ASZLERBAUM,          PROOF OF SERVICE
   an individual, ANDREW CASSIDENTI,
15 an individual, EUNICE U. LEE, an         
16 individual, CARLA WELLS, an
17 individual, ANITA YORK, an
   individual, ELIOT ROMERO, an
18 individual, KATHY ANDERSON, an
19 individual, NASRIN FARBAKHSH, an
   individual, BRUCE A. HAGADORN, an
20 individual, RAJASREE T. SESHADRI,
21 an individual, ARTHUR GOLDSTEIN,
   an individual, and CHARLES W.
22 MONIAK, an individual,
23              Defendants.

24
25
26                                                  
27
28
                                                    PROOF OF SERVICE
                                                    [BY042520082]

# PROOF OF SERVICE - MESSENGER

(C.C.P. § 1011)
(F.R.C.P. 5(b))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is First Legal Support Services, 1511 W. Beverly Boulevard, Los Angeles, California 90026.

On September 21, 2004, I served true copies of the following documents:

(1) PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S APPLICATION FOR DEFAULT JUDGMENT BY COURT; DECLARATION OF AMANDA M. FOX IN SUPPORT THEREOF; PROPOSED ORDER FOR DEFAULT JUDGMENT AND ENTRY OF PERMANENT INJUNCTION and

(2) PROOF OF SERVICE

on the interested parties in this action by hand-delivering true copies thereof to the following:

Nasrin Farbakhsh
801 N. Tustin
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I contracted to provide delivery services with a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on September 21, 2004, at Los Angeles, California.

[Signature]

DAVID LEDESMA
[Printed Name]