

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

SACV 04-921-GLT(ANx)

PHARMASTEM THERAPEUTICS, INC.,

    Plaintiff

v

CURESOURCE, INC., ET AL

    Defendant

**ORDER RE:**
1. **EARLY MEETING OF PARTIES**
2. **SCHEDULING CONFERENCE**
Set for: DECEMBER 13, 2004

TIME: 9:00 a.m.
COURTROOM: 10D
(Fed. R. Civ. P. 16(b) and 26(f))

    This action has been assigned to the calendar of JUDGE GARY L. TAYLOR. The responsibility for the progress of Federal Court litigation is upon both the attorneys and the Court. In order "to secure the just, speedy, and inexpensive determination of every action" (F.R. Civ.P. 1), counsel must be completely familiar with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California, and keep the Court advised concerning the status of this case. Filing directly in the Southern Division at Santa Ana is encouraged.

    1.    <u>Early Meeting of Parties</u>

    IT IS ORDERED that, pursuant to Fed. R. civ. P. 26(f), the parties shall meet to disclose information and confer on a discovery plan at least 21 days before the Scheduling Conference, and report in writing to the Court within 14 days after the meeting. Failure to comply may lead to imposition of sanctions.

07/03

2. Scheduling Conference

IT IS FURTHER ORDERED that this case is placed on calendar for a Scheduling Conference (Fed. R. Civ. P. 16(b)) on the date and time stated in the caption of this Order in Courtroom 10D of the United States Courthouse, 411 West Fourth Street, Santa Ana, California.

Unless excused for good cause, each counsel appearing at the Scheduling Conference and at all pretrial meetings shall be the attorney who will be in charge of the conduct of the trial. Continuance of the Scheduling Conference will be granted only upon a showing of good cause.

The court invites any counsel who would otherwise be traveling from outside Orange County to participate in the Scheduling Conference by telephone conference call. Counsel desiring to participate by telephone conference call MUST notify the Courtroom Deputy Clerk, Lisa Bredahl, at (714) 338-4757 of such intention during the week before the Scheduling Conference. The phone number, time to place the call, and the person who will place the call, will be established upon confirmation from the Courtroom Deputy Clerk. Counsel from Orange County are expected to participate in the Scheduling Conference in person unless otherwise instructed by the Court.

If there is a first appearance by any party after the date of this Order, counsel for Plaintiff shall give notice of this Order to that party.

DATED: October 4, 2004

_____
GARY L. TAYLOR
UNITED STATES DISTRICT JUDGE

Courtroom Deputy Clerk to
Judge Gary L. Taylor:
Lisa Bredahl
(714) 338-4757