1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   2475 Hanover Street
3  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
4  Facsimile:  (650) 233-4545

5  Attorneys for Defendants and Counterclaimants
   Monica Aszterbaum, M.D., Andrew Cassidenti, M.D.,
6  Eunice U. Lee, M.D., Carla Wells, M.D., Anita York, M.D.,
   Bruce A. Hagadorn, M.D., Rajasree T. Seshadri, M.D., and
7  Arthur Goldstein, M.D.



8              UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
9                 SOUTHERN DIVISION

10  PHARMASTEM THERAPEUTICS, INC., a )
    Delaware corporation,                      )   **Case No. SA-CV-04-921 GLT-(ANx)**
11                                             )
                          Plaintiff,           )
12                                             )   **STATEMENT OF INTERESTED PARTIES**
            vs.                                )
13                                             )
    CURESOURCE, INC., a South Carolina         )
14  corporation, MONICA ASZTERBAUM, an         )
    individual, ANDREW CASSIDENTI, an          )
15  individual, EUNICE U. LEE, an individual,  )
    CARLA WELLS, an individual, ANITA          )
16  YORK, an individual, ELIOT ROMERO, an )
    individual, KATHY ANDERSON, an             )
17  individual, NASRIN FARBAKHSH, an           )
    individual, BRUCE A. HAGADORN, an          )
18  individual, RAJASREE T. SESHADRI, an       )
    individual, ARTHUR GOLDSTEIN, an           )
19  individual, and CHARLES W. MONIAK, an )
    individual,                                )
20                    Defendants.              )
    MONICA ASZTERBAUM, ANDREW                  )
21  CASSIDENTI, EUNICE U. LEE, CARLA           )
    WELLS, ANITA YORK, BRUCE A.                )
22  HAGADORN, RAJASREE T. SESHADRI, )
    and ARTHUR GOLDSTEIN,                      )
23                                             )
            Counterclaimants,                  )
24                                             )
            vs.                                )
25                                             )
    PHARMASTEM THERAPEUTICS, INC.,             )
26  a Delaware corporation,                    )
                                               )
27          Counterdefendant.                  )
                                               )
28





1    **STATEMENT OF INTERESTED PARTIES**

2          Pursuant to Civil L.R. 83-1.5, the undersigned certifies that as of this date, other

3    than the named parties, there is no such interest to report.

4

5          Dated:  September 30, 2004.

6                                PILLSBURY WINTHROP LLP
                            William F. Abrams

7                                Thomas F. Chaffin
                            2475 Hanover Street

8                                Palo Alto, CA 94304-1114

9

10                                By _____

11                                Attorneys for Defendants and Counterclaimants
                            Monica Aszterbaum, M.D., Andrew Cassidenti,

12                                M.D., Eunice U. Lee, M.D., Carla Wells, M.D.,
                            Anita York, M.D., Bruce A. Hagadorn, M.D.,

13                                Rajasree T. Seshadri, M.D., and Arthur Goldstein,
                            M.D.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28