```
 1  PILLSBURY WINTHROP LLP
    William F. Abrams (State Bar No. 88805)
 2  Thomas F. Chaffin (State Bar No. 112368)
    2475 Hanover Street
 3  Palo Alto, CA 94304-1114
    Telephone: (650) 233-4500
 4  Facsimile:  (650) 233-4545

 5  Attorneys for Defendants and Counterclaimants
    Monica Aszterbaum, M.D., Andrew Cassidenti, M.D.,
 6  Eunice U. Lee, M.D., Carla Wells, M.D., Anita York, M.D.,
    Bruce A. Hagadorn, M.D., Rajasree T. Seshadri, M.D., and
 7  Arthur Goldstein, M.D.
```



FILED 2004 OCT -1 PM 3: 29
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

05 - 152

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br>          Plaintiff,<br>     vs.<br>CURESOURCE, INC., a South Carolina corporation, MONICA ASZTERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual,<br>          Defendants.<br>MONICA ASZTERBAUM, ANDREW CASSIDENTI, EUNICE U. LEE, CARLA WELLS, ANITA YORK, BRUCE A. HAGADORN, RAJASREE T. SESHADRI, and ARTHUR GOLDSTEIN,<br>          Counterclaimants,<br>     vs.<br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br>          Counterdefendant. | Case No. SA-CV-04-921 GLT-(ANx)<br><br>**CERTIFICATE OF SERVICE** |



RECEIVED MAY 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



DOCKETED ON CM
OCT - 7 2004
BY _____ 040

1  I am a citizen of the United States and a resident of the State of California. I am
2  employed in Santa Clara County, State of California, in the office of a member of the bar of
3  this Court, at whose direction the service was made. I am over the age of eighteen years,
4  and not a party to the within action. My business address is 2475 Hanover Street, Palo
5  Alto, California 94304. On the dates set forth below I served:

6    1)    **ANSWER AND COUNTERCLAIMS**

7  (BY MAIL) I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Palo Alto, California. I am readily familiar with the practice of Pillsbury Winthrop LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

11  X  (BY EMAIL) The above-referenced document was transmitted by electronic transmission and the transmission was reported as complete and without error to the email address below on September 30, 2004.

13  X  (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by Professional Legal Services, Inc. to receive documents to be delivered on the same date.

**Lisa Kobialka**
**Paul Joseph Andre**
**Amanda Michelle Fox**
**PERKINS COIE**
**101 Jefferson Drive**
**Menlo Park, CA 94025-1114**
**(650) 838-4300**
**lkobialka@perkinscoie.com**

21  (BY FEDERAL EXPRESS) I am readily familiar with the practice of Pillsbury Winthrop LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

24  X  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

26  Executed on October 1, 2004 at Palo Alto, California.

_____
Albert V. Guzman

1  I am a citizen of the United States and a resident of the State of California. I am
2  employed in Los Angeles County, State of California, in the office of a member of the bar
3  of this Court, at whose direction the service was made. I am over the age of eighteen years,
4  and not a party to the within action. My business address is 725 South Figueroa Street,
5  Suite 2800, Los Angeles California 90017-5406. On the dates set forth below I served:

<u>**ANSWER AND COUNTERCLAIMS;**</u>
<u>**DEMAND FOR JURY TRIAL;**</u>
<u>**STATEMENT OF INTERESTED PARTIES**</u>

X  **(BY MAIL)** I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Los Angeles, California. I am readily familiar with the practice of Pillsbury Winthrop LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

X  **(BY EMAIL)** The above-referenced document was transmitted by electronic transmission and the transmission was reported as complete and without error to the email address below on October 1, 2004.

**(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized by Professional Legal Services, Inc. to receive documents to be delivered on the same date.

**Lisa Kobialka**
**Paul Joseph Andre**
**Amanda Michelle Fox**
**PERKINS COIE**
**101 Jefferson Drive**
**Menlo Park, CA 94025-1114**
**(650) 838-4300**
**lkobialka@perkinscoie.com**

**(BY FEDERAL EXPRESS)** I am readily familiar with the practice of Pillsbury Winthrop LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

1  X  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

2

3  Executed on October 1, 2004 at Los Angeles, California.

4  _____

5  Lester Nemesh

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28