1  Paul J. Andre (State Bar No. 196585)
   Lisa Kobialka (State Bar No. 191404)
2  Amanda M. Fox (State Bar No. 212939)
3  PERKINS COIE LLP
   101 Jefferson Drive
4  Menlo Park, California 94025
5  Telephone: (650) 838-4300
   Facsimile: (650) 838-4350
6
7  Attorneys for PharmaStem Therapeutics, Inc.
8



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | Civil Action No.: SACV-04-921 GLT (ANX) |
| 12      Plaintiff, | 5 - 152 |
| 13      v. | **PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S REQUEST FOR ATTORNEYS FEES; DECLARATION OF AMANDA M. FOX IN SUPPORT THEREOF** |
| 14  CURESOURCE, INC., a South Carolina corporation, MONICA ASZLERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual, | |
| 23      Defendants. | |





28  PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S
    REQUEST FOR ATTORNEYS FEES; DECLARATION
    OF AMANDA M. FOX IN SUPPORT THEREOF
    Civil Action No.: SACV-04-921 GLT (ANX)                                    [/BY042S10.016.DOC]

Plaintiff PharmaStem Therapeutics, Inc. hereby submits this Request for Attorneys Fees pursuant to the Court's Civil Minutes dated September 29, 2004 ("Civil Minutes"). Attached hereto is a supporting Declaration of Amanda M. Fox showing the time spent, the task represented by each item of time, the rate charged, and the reasonableness of that rate, as required by the Civil Minutes.

                                                  **PERKINS COIE LLP**

Date: October 7, 2004                  By: *Amanda M. Fox*
                                                    Amanda M. Fox
                                                    Attorneys for PharmaStem Therapeutics, Inc.

-3-

PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S
REQUEST FOR ATTORNEYS FEES; DECLARATION
OF AMANDA M. FOX IN SUPPORT THEREOF
Civil Action No.: SACV-04-921 GLT (ANX)                      [/BY042810.016.DOC]

## DECLARATION OF AMANDA M. FOX IN SUPPORT OF PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S REQUEST FOR ATTORNEYS FEES

I, Amanda M. Fox, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am an associate at Perkins Coie LLP, counsel for plaintiff PharmaStem Therapeutics, Inc. ("Plaintiff") in this action. I make this declaration in support of Plaintiff's Request for Attorneys Fees. I have personal knowledge of the facts set forth herein except as otherwise stated, and if called upon I could and would testify to the following facts:

2. Plaintiff is not seeking monetary damages for the harm resulting from Defendant's infringement. Plaintiff therefore requests an award of attorneys fees based on actual fees expended instead of the fee schedule set forth in Local Rule 55-3.

3. My hourly billing rate is $275.00 and I spent 17.10 total hours on Plaintiff's Request to the Clerk of the Court for an Entry of Default Judgment, and Plaintiff's Application to the Court for a Default Judgment Against defendant Nasrin Farbakhsh, M.D., for a total cost of $4,702.50. Of the 17.10 hours, 6.7 hours were spent on drafting papers relating to Plaintiff's Request to the Clerk of the Court for an Entry of Default Judgment Against Defendant Farbakhsh. A total of 2.0 hours out of the 17.10 hours were spent researching relevant case law and Federal and local rules regarding Plaintiff's Application for Default Judgment. The remaining 8.4 hours were spent drafting papers relating to Plaintiff's Application for Default Judgment by Court.

4. My hourly billing rate is typical for an associate with my level of experience at law firms practicing intellectual property law, as demonstrated by the National Law Journal's 2003 survey of billing rates. The article provides that the top 25 law firms in the National Law Journal 250 have a billing rate in the range of $160.00

-4-

to $550.00 for associates. In particular, the survey indicates that Morrison & Foerster, whose principal office is located in San Francisco, has a billing rate in the range of $215.00 to $675.00 for all attorneys.

5. I am a 2000 graduate of Stanford Law School, and have approximately three years of litigation experience, specializing in intellectual property law.

6. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the National Law Journal article on billing rates.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 7, 2004

**PERKINS COIE LLP**

By: *Amanda M. Fox*
Amanda M. Fox, Esq.
Attorneys for PharmaStem Therapeutics, Inc.

-5-
PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S
REQUEST FOR ATTORNEYS FEES; DECLARATION
OF AMANDA M. FOX IN SUPPORT THEREOF
Civil Action No.: SACV-04-921 GLT (ANX)                [/BY042810.016.DOC]