# EXHIBIT A

Westlaw.

12/1/03 NLJ 18, (Col. 1)                                               Page 1
12/1/03 Nat'l L.J. 18, (Col. 1)

The National Law Journal
Volume 26, Number 14
Copyright 2003 ALM Properties, Inc. All rights reserved
The National Law Journal

Monday, December 1, 2003

In Focus: Billing

BILLING RATES OBTAINED FROM BANKRUPTCY COURT FILINGS

The National Law Journal compiled billing information on 22 of the top 25 firms in the NLJ 250. Firms marked with an asterisk responded to our **billing survey**. Information on the others was obtained from client bankruptcy filings in the 2002 and 2003 calendar years. Three firms in the top 25--jones Day, O'Melveny & Myers and Winston & Strawn--were not listed because bankruptcy filings provided rates for individual attorneys, but not firmwide ranges. The number after a firm's name indicates its total number of attorneys. The city listed is the location of the firm's principal or largest office. A listing of the 134 firms that provided billing rates for partners and associates begins on Page 19.

Baker & McKenzie (3,214)

 (Chicago)

 Partners $305-$550

 Associates $160-$380

Skadden, Arps, Slate, Meagher & Flom (1,827)

 (New York)

 Partners $495-$725

 Associates $240-$485

White & Case (1,681)

 (New York)

 Partners Top Rate $750

Latham & Watkins (1,624)

Copyright © 2004 The New York Law Pub. Co.

(Los Angeles)

Partners $450-$725

Associates $225-$460

Sidley Austin Brown & Wood (1,559) (Chicago)

Partners $395-$600

Associates $205-$395

Mayer, Brown, Rowe & Maw (1,376) (Chicago)

All Attorneys $205-$570

Morgan, Lewis & Bockius (1,196) (Philadelphia)

Partners $385-$645

Associates $180-$420

Holland & Knight (1,164)* (Washington)

Partners $220-$600

Associates $140-$385

Weil, Gotshal & Manges (1,125) (New York)

Partners $425-$700

Associates $250-$435

Shearman & Sterling (1,089) (New York)

Partners $425-$700

Associates $195-$550

Greenberg Traurig (1,023)* (Miami)

Copyright © 2004 The New York Law Pub. Co.

12/1/03 NLJ 18, (Col. 1)
12/1/03 Nat'l L.J. 18, (Col. 1)

Partners $250-$850

Associates $140-$500

McDermott, Will & Emery (1,002) (Chicago)

Partners $405-$455

Associates $195-$220

Akin Gump Strauss Hauer & Feld (977)*

(Washington)

Partners $350-$625

Associates $175-$325

Morrison & Foerster (971) (San Francisco)

All Attorneys $215-$675

Kirkland & Ellis (958) (Chicago)

All Attorneys $255-$730

Hogan & Hartson (957)* (Washington)

Partners $230-$650

Associates $100-$370

Reed Smith (957)* (Pittsburgh)

Partners $245-$705

Associates $130-$410

Piper Rudnick (946)* (Chicago)

Partners $335-$750

Copyright © 2004 The New York Law Pub. Co.

12/1/03 NLJ 18, (Col. 1)
12/1/03 Nat'l L.J. 18, (Col. 1)

Associates $200-$425

Foley & Lardner (935)* (Milwaukee)

All Attorneys $160-$675

Fulbright & Jaworski (853) (Houston)

Partners $320-$590

Associates $145-$365

Bingham McCutcheon (850) (Boston)

Partners $340-$735

Associates $195-$550

Cleary, Gottlieb, Steen & Hamilton (831)

(New York)

Partners $525-$695

Associates $225-455

12/1/03 NLJ 18, (Col. 1)

END OF DOCUMENT

Copyright © 2004 The New York Law Pub. Co.