1  Paul J. Andre (State Bar No. 196585)
2  Lisa Kobialka (State Bar No. 191404)
   Amanda M. Fox (State Bar No. 212939)
3  PERKINS COIE LLP
4  101 Jefferson Drive
   Menlo Park, California 94025
5  Telephone: (650) 838-4300
6  Facsimile: (650) 838-4350
7
   Attorneys for PharmaStem Therapeutics, Inc.
8



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | |
| Plaintiff, | Civil Action No.: SACV-04-921 GLT (ANX) |
| v. | |
| CURESOURCE, INC., a South Carolina corporation, MONICA ASZLERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual, | AMENDED [PROPOSED] ORDER FOR DEFAULT JUDGMENT AND ENTRY FOR PERMANENT INJUNCTION PURSUANT TO 35 U.S.C. §283 AGAINST DEFENDANT NASRIN FARBAKHSH |
| Defendants. | |

1  Before this Court is Plaintiff PharmaStem Therapeutics, Inc.'s
2  ("PharmaStem") Application For Default Judgment By Court and Entry For
3  Permanent Injunction against Defendant Nasrin Farbakhsh. After full consideration
4  of all the arguments presented in support of PharmaStem's Application and the
5  pleadings and filings in this case, and good cause appearing, the Court hereby, finds
6  and orders as follows:
7      1.  Defendant Nasrin Farbakhsh was served with a copy of the Complaint
8  and Summons on August 13, 2004.
9      2.  Defendant Farbakhsh failed to appear or otherwise respond to the
10 Complaint within the time prescribed by the Federal Rules of Civil Procedure.
11     3.  The Clerk of the Court entered Default Judgment against Defendant
12 Nasrin Farbakhsh on September 17, 2004, at PharmaStem's request.
13     4.  Defendant Farbakhsh does not appear to be an infant, an incompetent
14 person, in the military service or otherwise exempted under the Soldiers' and Sailors'
15 Civil Relief Act of 1940.
16     5.  IT IS HEREBY ORDERED that PharmaStem's Application for Default
17 Judgment and Entry for Permanent Injunction against Defendant Nasrin Farbakhsh
18 is GRANTED. Defendant Farbakhsh and the Defendant's agents, servants, and
19 employees are permanently enjoined and restrained, pursuant to 35 U.S.C. §283,
20 from
21     a.  collecting any umbilical cord blood product for therapeutic use
22 in connection with ViaCell, Inc., Cryo-Cell International, Inc., CorCell, Inc., and/or
23 CBR Systems, Inc.; and
24     b.  promoting the Cord Blood Services offered by ViaCell, Inc.,
25 Cryo-Cell International, Inc., CorCell, Inc., and/or CBR Systems, Inc.
26     6.  IT IS FURTHER ORDERED that PharmaStem shall recover from
27 Defendant Farbakhsh the sum of $4,702.50 in attorneys' fees, costs incurred herein
28

1 | as taxed under Local Rules 54-3 and 54-4 and post-judgment interest as permitted
2 | by law at the time of execution of judgment.

4 | IT IS SO ORDERED:

6 | DATED: *October 18, 2004*

                                            Hon. Gary L. Taylor
                                            United States District Court Judge

10 | Submitted by:

11 | **PERKINS COIE** LLP

13 | By *Paul J. Andre* /AMF
     Paul J. Andre,
     Attorneys for Plaintiff
     PHARMASTEM THERAPEUTICS, INC.

AMENDED [PROPOSED] ORDER FOR DEFAULT JUDGMENT AND ENTRY OF PERMANENT INJUNCTION