| | |
|---|---|
| 1 | Paul J. Andre (State Bar No. 196585) |
| | Lisa Kobialka (State Bar No. 191404) |
| 2 | Amanda M. Fox (State Bar No. 212939) |
| 3 | PERKINS COIE LLP |
| | 101 Jefferson Drive |
| 4 | Menlo Park, California 94025 |
| 5 | Telephone: (650) 838-4300 |
| | Facsimile: (650) 838-4350 |
| 6 | |
| 7 | Attorneys for PharmaStem Therapeutics, Inc. |



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,
        Plaintiff,
v.
CURESOURCE, INC., a South Carolina corporation, MONICA ASZLERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual,
        Defendants.

Civil Action No.: SACV-04-921 GLT (ANX)

PROOF OF SERVICE



PROOF OF SERVICE

## PROOF OF SERVICE - MESSENGER

(C.C.P. § 1011)
(F.R.C.P. 5(b))

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is First Legal Support Services, 1511 W. Beverly Boulevard, Los Angeles, California 90026..

On October 8, 2004, I served true copies of the following documents:

**(1) PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S REQUEST FOR ATTORNEYS FEES; DECLARATION OF AMANDA M. FOX IN SUPPORT THEREOF; (2) AMENDED [PROPOSED] ORDER FOR DEFAULT JUDGMENT AND ENTRY FOR PERMANENT INJUNCTION PURSUANT TO 35 U.S.C. § 283 AGAINST DEFENDANT NASRIN FARBAKHSH and (3) PROOF OF SERVICE**

on the interested parties in this action by hand-delivering true copies thereof to the following:

Nasrin Farbakhsh
801 N. Tustin
Santa Ana, CA 92701

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I contracted to provide delivery services with a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on October 8, 2004, at Los Angeles, California.

/s/ _____
[Signature]

BEN HORSFALL
[Printed Name]

2

PROOF OF SERVICE

## PROOF OF SERVICE – U.S. MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On October 8, 2004, I served a true copy of: **(1) PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S REQUEST FOR ATTORNEYS FEES; DECLARATION OF AMANDA M. FOX IN SUPPORT THEREOF; (2) AMENDED [PROPOSED] ORDER FOR DEFAULT JUDGMENT AND ENTRY FOR PERMANENT INJUNCTION PURSUANT TO 35 U.S.C. § 283 AGAINST DEFENDANT NASRIN FARBAKHSH and (3) PROOF OF SERVICE**

on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| Nasrin Farbakhsh | William F. Abrams, Esq. |
| 801 N. Tustin | Thomas F. Chaffin, Esq. |
| Santa Ana, CA 92701 | Phillsbury Winthrop LLP |
| | 2475 Hanover Street |
| | Palo Alto, CA 94304-1114 |

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on October 8, 2004, at Santa Monica, California.

*[signature]*
Sergio V. Perez

3