Oct-29-04  12:07pm  From-PILLSBURY WINTHROP LLP SV V#2EA  6502334545  T-156  P.002/017  F-234

1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   2475 Hanover Street
3  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
4  Facsimile:  (650) 233-4545

5  Attorneys for Defendants and Counterclaimants
   Monica Aszterbaum, M.D., Andrew Cassidenti, M.D.,
6  Eunice U. Lee, M.D., Carla Wells, M.D., Anita York, M.D.,
   Bruce A. Hagadorn, M.D., Rajasree T. Seshadri, M.D., and
7  Arthur Goldstein, M.D.

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                   SOUTHERN DIVISION

10 PHARMASTEM THERAPEUTICS,
11 INC., a Delaware corporation,        Case No. SA-CV-04-921 GLT-(ANx)
              Plaintiff,
12                                      **NOTICE OF MOTION TO
       vs.                              TRANSFER ACTION PURSUANT
13                                      TO 28 U.S.C.§ 1407**
   CURESOURCE, INC., a South
14 Carolina corporation, MONICA         [Rule 5.12(c) of the Rules of Procedure
   ASZTERBAUM, an individual,           of the Judicial Panel on Multidistrict
15 ANDREW CASSIDENTI, an                Litigation]
   individual, EUNICE U. LEE, an
16 individual, CARLA WELLS, an
   individual, ANITA YORK, an
17 individual, ELIOT ROMERO, an
   individual, KATHY ANDERSON, an
18 individual, NASRIN FARBAKHSH,
   an individual, BRUCE A.
19 HAGADORN, an individual,
   RAJASREE T. SESHADRI, an
20 individual, ARTHUR GOLDSTEIN,
   an individual, and CHARLES W.
21 MONIAK, an individual,
              Defendants.
22
23
24
25
26
27
28





NOTICE OF MOTION TO TRANSFER ACTION
PURSUANT TO 28 U.S.C.§ 1407
Case No. SA-CV-04-921 GLT - (ANx)

11400380.tif - 10/29/2004 12:10:21 PM

Oct-29-04   12:07pm   From-PILLSBURY WINTHROP LLP SV V#2EA    6502334545    T-158   P.003/017   F-234

|   |   |
|---|---|
| 1 | MONICA ASZTERBAUM, ANDREW CASSIDENTI, EUNICE U. LEE, CARLA WELLS, ANITA YORK, BRUCE A. HAGADORN, RAJASREE T. SESHADRI, and ARTHUR GOLDSTEIN, |
| 5 | Counterclaimants, |
| 6 | vs. |
| 7 | PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, |
| 9 | Counterdefendant. |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT, in accordance with Rule 5.12(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants and Counterclaimants Monica Aszterbaum, M.D., Andrew Cassidenti, M.D., Eunice U. Lee, M.D., Carla Wells, M.D., Anita York, M.D., Bruce A. Hagadorn, M.D., Rajasree T. Seshadri, M.D., and Arthur Goldstein, M.D. hereby submit copies of their Motion to Transfer the above-entitled action to the United States District Court for the District of Delaware for consolidation and coordination of pretrial proceedings pursuant to 28 U.S.C. § 1407, as well as copies of both their Memorandum of Points and Authorities in support thereof and the Certificate of Service relating thereto, indicating that all other parties in this action have been served with the foregoing. *See* Exhibits 1-3, attached hereto.

///
///
///
///
///

- 1 -

NOTICE OF MOTION TO TRANSFER ACTION
PURSUANT TO 28 U.S.C. § 1407
Case No. SA-CV-04-921 GLT – (ANx)

11400380.tif - 10/29/2004 12:10:21 PM

1  Dated: October 28, 2004.

2         PILLSBURY WINTHROP LLP
           William F. Abrams
3          Thomas F. Chaffin
           2475 Hanover Street
4          Palo Alto, CA 94304-1114

5

6          By _____
               William F. Abrams
7          Attorneys for Defendants and
           Counterclaimants
8          Monica Aszterbaum, M.D., Andrew
           Cassidenti, M.D., Eunice U. Lee, M.D.,
9          Carla Wells, M.D., Anita York, M.D.,
           Bruce A. Hagadorn, M.D., Rajasree T.
10         Seshadri, M.D., and Arthur Goldstein,
           M.D.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              - 2 -    NOTICE OF MOTION TO TRANSFER ACTION
                                        PURSUANT TO 28 U.S.C.§ 1407
                                        Case No. SA-CV-04-921 GLT – (ANx)