RECEIVED MAY 11 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

SCAN ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 04-921-GLT(ANx)                    Date: December 13, 2004

Title   PHARMASTEM THERAPEUTICS, INC. V CURESOURCE, INC., ET AL

================================================================
PRESENT:

    HON.   GARY L. TAYLOR   , JUDGE          05- 152

      LISA BREDAHL                         NOT PRESENT
      Deputy Clerk                         Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
Paul Andre (telephonically)             Chang Kim (telephonically)
                                        Bill Abrams (telephonically)

PROCEEDINGS:   **SCHEDULING CONFERENCE**

Counsel present and discuss case status.  Court sets the following dates:

Discovery Cutoff is set for June 9, 2005.

A Pre-Trial Conference is set for September 9, 2005, at 1:30 p.m.
Counsel shall adhere to the requirements of Local Rule 16 in their
preparation for the Pre-Trial Conference.

The trial month shall be October, 2005, and the exact date of the trial
shall be set at the Pre-Trial Conference.  Counsel estimate the trial length
to be 8-10 days.  The trial shall be a jury trial.

____ Any unserved Does are dismissed at this time.  Should it later become
necessary to name a Doe, counsel may make the appropriate motion
to this Court.

____ Any unserved Does shall be deemed dismissed as of _____.

 XXX  Filed Pretrial Scheduling Order.

____ The Scheduling Conference is continued to _____.



DOCKETED ON CM  DEC 14 2004  04D - M  BY

(43)

MINUTES FORM 11                              INITIALS OF DEPUTY CLERK  lb
CIVIL - GEN