___ Priority
_X_ Send
___ Enter
___ Closed
___ JS-5/JS-6
___ JS-2/JS-3

RECEIVED
MAY
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FILED
DEC 14 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
                                    DEPUTY

DOCKETED ON CM
DEC 14 2004
BY ____ 040

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

05 - 152

PHARMASTEM THERAPEUTICS, INC.

    Plaintiff(s),

v.

CURESOURCE, INC., ET AL

    Defendant(s).

CASE NO. SACV 04-921-GLT (ANx)

PRETRIAL SCHEDULING ORDER

1. Discovery cut-off:

    JUNE 9, 2005

2. Final Pretrial Conference:

    SEPTEMBER 9, 2005, 1:30 p.m.

3. Trial
    month of: OCTOBER, 2005
    (Exact setting at final Pretrial Conference)

This Pretrial Scheduling Order governs all pretrial proceedings in this case. (If there is a first appearance by any party after the date of this Order, Plaintiff's counsel shall give notice of this Order to that party.)

I. PRETRIAL PREPARATION:

1.    Any motion to join another party or to amend a pleading shall be filed and served within 60 days after the date of this Order and noticed for hearing within 90 days after the date of this Order.

2.    The Court sets a Discovery Cut-Off date as stated in the caption of this Order. All discovery shall be completed on or before the cut-off date. The following discovery schedule shall apply:

    a.    Depositions: All depositions shall be scheduled to start at least five (5) working days before the discovery cut-off date. A deposition which was started five (5) working days before the discovery cut-off date may continue beyond the cut-off date, if necessary for

Revised: 10/01

1  completion.

2        b.    Other Discovery: All interrogatories, requests for admission, requests for production, or the like, shall be served at least forty-five (45) days before the discovery cut-off date. The Court will not approve stipulations between counsel which permit discovery responses to be served after the cut-off date except in unusual circumstances and upon a showing of good cause.

      c.    Discovery Motions: Any motion claiming inadequacy of discovery responses shall be filed and served not later than ten (10) days after the discovery cut-off date. <u>The Court requires strict compliance with Local Rules 37-1 through 37-4 in the preparation and filing of Discovery Motions</u>. The Court expects counsel to resolve most discovery problems among themselves in a courteous, reasonable, and professional manner. Frequent resort to the Court for guidance in discovery is generally unnecessary.

3.    No motion for Summary Judgment or Partial Summary Judgment may be noticed for hearing less than 30 days before the final Pretrial Conference, unless otherwise allowed by the Court.

4.    Settlement procedure. In every case, if the parties and attorneys are unable to resolve the matter on their own, the Court requires that counsel schedule a settlement conference before <u>an independent settlement officer</u>, to be conducted before the final Pretrial Conference. Counsel may agree on an appropriate procedure (settlement conference with magistrate judge, retired judge, or attorney; arbitration or other alternative dispute resolution; or similar alternative devised by counsel). The proposed final Pretrial Conference Order shall state the settlement procedure that was followed.

## II. PRETRIAL CONFERENCE

1.    This case is ordered placed on calendar for a final Pretrial Conference pursuant to F.R.CIV.P. 16 on the date stated in the caption of this order.

2.    <u>The parties are ordered to strictly comply with the requirements of Local Rules 16-1 through 16-14.9</u>. Carefully prepared Memoranda of Factual Contentions and a proposed Pretrial Conference Order shall be submitted. The Memoranda of Factual Contentions, in the format set

1  forth in Appendix B to the Local Rules, are due twenty-one (21) days before the final Pretrial
2  Conference. The proposed final Pretrial Conference Order, in the format set forth in Appendix A to
3  the Local Rules, and stating the settlement procedure that was followed, shall be lodged seven (7)
4  days before the final Pretrial Conference.

5      3.  At the final Pretrial Conference, trial will be set for a specific trial date during the
6  month following the Conference. At the Conference, counsel must have an accurate estimate of
7  trial length, and be prepared to discuss the expected content of the testimony of each witness who
8  will be called.

### III. TRIAL PREPARATION:

10  IT IS ORDERED that counsel comply with the following in preparation for trial:

#### A. For jury trials

12      1.  In limine motions: Any motion in limine, supported by points and authorities, shall
13  be filed not later than five (5) court days before trial, or at such earlier time as the court may set.
14  Unless good cause is shown, failure to comply with this requirement shall result in the Court's
15  refusal to consider such motion.

16      2.  Voir dire questions: The court will question jurors concerning standard topics. Any
17  special questions or topics requested to be put to prospective jurors by the Court on voir dire shall
18  be filed at least five (5) court days before trial. (See Appendix A to Local Rules).

19      3.  Jury Instructions: At least (5) court days before trial, counsel shall file with the Court
20  the following:

21      a.  Joint set of jury instructions on which there is agreement. Plaintiff's counsel
22  has the burden of preparing the joint set of jury instructions.

23      b.  Each party's proposed jury instructions which are objected to by any other
24  party, accompanied by points and authorities in support of those instructions.

25      c.  Each party's points and authorities supporting their objections to another
26  parties' proposed jury instructions.

27  The Court prefers to use instructions from the Manual of Model Jury Instructions for the

Ninth Circuit. Follow Local Rules 51-1 through 51-5.1. Furnish to the Judge an additional "clean" (unannotated), unstapled set of all instructions, each labeled simply "Instruction No. ___."

    4.    <u>Special verdict</u>: If any special forms of verdict are requested, they shall be prepared, lodged and served in accordance with Local Rules 49-1 and 49-2.

### B. <u>For Court trials and Jury trials</u>

    1.    <u>Exhibits</u>: Prepare an original set and a copy set of trial exhibits in 3-ring binders, each tabbed down the right side with the exhibit numbers, prefaced by an index of each exhibit. Number exhibits in accordance with Local Rule 26-4.

    2.    <u>Submission at trial</u>: Submit the following to the Courtroom Deputy Clerk on the first day of trial:

    a.    The original exhibits binder set with the Court's exhibit tags attached and filled out showing the case number, case name, and exhibit number. (Exhibit tags must be affixed so as not to cover exhibit text).

    b.    The copy exhibit binder set for use by the Judge.

    c.    Three (3) copies of exhibit lists.

    d.    Three (3) copies of witness lists.

All counsel shall advise the Courtroom Deputy Clerk of those exhibits which may be received into evidence without objection at the start of the trial, and exhibits to be so received will be noted by counsel on the copies of the exhibit lists.

Dated: December 13, 2004

_____
GARY L. TAYLOR
UNITED STATES DISTRICT JUDGE

Courtroom Deputy Clerk:
Lisa Bredahl
(714) 338-4757

Revised: 10/01           4