ORIGINAL

1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   Chang H. Kim (State Bar No. 195554)
3  2475 Hanover Street
   Palo Alto, CA 94304-1114
4  Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
5
6  Attorneys for Defendants and Counterclaimants
   Monica Aszterbaum, M.D., Andrew Cassidenti, M.D.,
7  Eunice U. Lee, M.D., Carla Wells, M.D., Anita York, M.D.,
   Bruce A. Hagadorn, M.D., Rajasree T. Seshadri, M.D., and
8  Arthur Goldstein, M.D.



05 - 152

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CURESOURCE, INC., a South Carolina corporation, MONICA ASZTERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual,<br><br>Defendants.<br><br>RELATED COUNTERCLAIMS | Case No. SA-CV-04-921 GLT-(ANx)<br><br>**DECLARATION OF CHANG H. KIM IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM**<br><br>Date: January 24, 2005<br>Time: 10 a.m.<br>Location: Courtroom 10D<br>Judge: Hon. Gary L. Taylor<br><br> |

60385234v1

DECL. ISO MOTION TO STAY PENDING MDL
MOTIONS
CASE NO. SA-CV-04 921 GLT-(ANx)

I, Chang H. Kim, hereby declare as follows:

1. I am an attorney with the law firm of Pillsbury Winthrop LLP, counsel for Defendants and Counterclaimants Monica Aszterbaum ("Aszterbaum"), Andrew Cassidenti ("Cassidenti"), Eunice U. Lee ("Lee"), Carla Wells ("Wells"), Anita York ("York"), Bruce A. Hagadorn ("Hagadorn"), Rajasree T. Seshadri ("Seshadri"), and Arthur Goldstein ("Goldstein") (referred to individually and collectively as "Doctor Defendants"). I am a member of the Bar of the state of California and of this Court. I have personal knowledge of the facts set forth in this Declaration, and if called upon to do so, could testify competently to them.

2. Attached hereto as Exhibits 1 and 2 are true and correct copies of Doctor Defendants' letters dated November 9 and 17, 2004, to counsel for PharmaStem, Therapeutics, Inc. ("PharmaStem") memorializing the parties meet and confer obligations under Local Rule 7-3. The parties met and conferred on November 8, 2004, regarding this instant Motion to Stay.

3. Attached hereto as Exhibit 3 is a true and correct copy of the Complaint in the *PharmaStem Therapeutics, Inc. v. CBR Systems, Inc., et al.*, filed on July 28, 2004, in the United States District Court for the Northern District of California as Civil Action No. C04-3072 JSW, and assigned to the Honorable Jeffrey S. White.

4. Attached hereto as Exhibit 4 is a true and correct copy of the Complaint in *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.*, filed on July 28, 2004, in the United States District Court for the District of Massachusetts Civil Action No. 04-CV-11673 RWZ.

5. Attached hereto as Exhibit 5 is a true and correct copy of the Complaint in the *PharmaStem Therapeutics, Inc. v. Cyro-Cell International, Inc., et al.*, filed on July 28, 2004, in the United States District Court for the

60385234v1    1    DECL. ISO MOTION TO STAY PENDING MDL MOTIONS
CASE NO. SA-CV-04 921 GLT-(ANx)

Middle District of Florida Civil Action No. 8:04-CV-1740-T-30TGW, and assigned to the Honorable James S. Moody, Jr.

6. Attached hereto as Exhibit 6 is a true and correct copy of the Complaint in the *PharmaStem Therapeutics, Inc. v. Corcell, Inc., et al.*, filed on July 28, 2004, in the United States District Court for the Eastern District of Pennsylvania Civil Action No. 2:04-CV-03561-RK.

7. Attached hereto as Exhibit 7 is a true and correct copy of the September 15, 2004 Order entered by the Honorable Gregory M. Sleet on his ruling on post-trial motions in the Delaware Action finding, *inter alia*, that defendants were entitled to judgment as a matter of law on non-infringement of the '553 Patent and a new trial on infringement of the '681 Patent.

8. Attached hereto as Exhibit 8 is a true and correct copy of the Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum filed by Doctor Defendants and other defendants involved in this and other lawsuits identified in Paragraphs 3-7 above.

9. Attached hereto as Exhibit 9 is a true and correct copy of the Memorandum in Support of Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum filed by Doctor Defendants and other defendants involved in this and other lawsuits identified in Paragraphs 3-7 above.

10. Attached hereto as Exhibit 10 is a true and correct copy of the Memorandum in Support of PharmaStem Therapeutics, Inc's and Nicolas Didier's Response to Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum.

11. Attached hereto as Exhibit 11 is a true and correct copy of the November 10, 2004 Stay Order issued by Honorable James S. Moody, Jr. in the United States District Court for the Middle District of Florida Civil Action No. 8:04-CV-1740-T-30TGW.

12. Attached hereto as Exhibit 12 is a true and correct copy of the Transcript of the November 9, 2004 conference before the Honorable James S. Moody, Jr. in the United States District Court for the Middle District of Florida Civil Action No. 8:04-CV-1740-T-30TGW.

13. Attached hereto as Exhibit 13 is a true and correct copy of Defendants' CorCell, Inc., Molly McBride, M.D., and Carlo M. Croce, M.D., Motion to Stay Proceedings and Memorandum of Law in Support of Motion to Stay Proceedings filed on November 23, 2004, in the United States District Court for the Eastern District of Pennsylvania Civil Action No. 2:04-CV-03561-RK.

14. Attached hereto as Exhibit 14 is a true and correct copy of Defendant CBR System's Motion to Stay Proceedings and Memorandum of Law in Support of Motion to Stay Proceedings filed on October 28, 2004, the United States District Court for the Northern District of California as Civil Action No. C04-3072 JSW.

15. Attached hereto as Exhibit 15 is a true and correct copy of an Injunction Order issued by the Honorable Gregory M. Sleet on July 2, 2004, against PharmaStem in the Delaware District Court, *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.*

16. Attached hereto as Exhibit 16 is a true and correct copy of the Transcript of September 5, 2004 Telephone Conference in the Delaware District Court.

1 | I declare under penalty of perjury under the laws of the State of
2 | California and the United States of America that the foregoing is true and
3 | correct.

Executed this 9th day of December 2004, at Palo Alto, California.

_____
Chang H. Kim