# EXHIBIT 1



**PILLSBURY WINTHROP LLP**

2475 HANOVER STREET  PALO ALTO, CA  94304-1114  650.233.4500  F: 650.233.4545

November 9, 2004

Chang H. Kim
Phone: 650.233.4776
ckim@pillsburywinthrop.com

<u>**VIA FACSIMILE AND VIA U.S. MAIL**</u>

Ulysses Hui, Esq.
Perkins Coie
101 Jefferson Drive
Menlo Park, CA 94025-1114

    Re:    **PharmaStem v. Curesource et al.**
               **Case No. SA-CV-04-921 GLT**

Dear Ulysses:

Per our discussion yesterday, please let me know if PharmaStem is agreeable to a stay in the Central District of California Action until the MDL panel rules on the MDL motion.

                                    Sincerely,

                                    PILLSBURY WINTHROP LLP

                                    Chang H. Kim

60382026v1