# EXHIBIT 2



**PILLSBURY WINTHROP** LLP

2475 HANOVER STREET  PALO ALTO, CA  94304-1114  650.233.4500  F: 650.233.4545

November 17, 2004

Chang H. Kim
Phone: 650.233.4776
ckim@pillsburywinthrop.com

**VIA FACSIMILE AND VIA U.S. MAIL**

Ulysses Hui, Esq.
Amy Fox, Esq.
Perkins Coie
101 Jefferson Drive
Menlo Park, CA 94025-1114

Re:   PharmaStem v. Curesource et al.: Case No. SA-CV-04-921 GLT
       PharmaStem v. CBR et al.: Case No. 04-3072 JSW

Dear Ulysses and Amy:

I write in response to Ulysses's letter to me dated November 12, 2004 and Amy's letter to Peter Nohle dated November 17, 2004, with respect to the Central District of California Action. I also write to confirm my discussion with Ulysses from earlier today regarding the Supplemental Joint Status Report in the Northern District of California Action.

Response to November 12 Letter

On November 8, Ulysses and I discussed at length the Defendant Doctors' request for a stay in the Central District of California Action pending the resolution of Defendant Doctors' Multidistrict Litigation Motion. PharmaStem responded on November 12 stating that it is "still considering your request for PharmaStem to stipulate or otherwise agree to such a stay," but that you desire to participate in an informal settlement conference before deciding whether to agree to a stay. PharmaStem then purports to make a settlement offer to the Defendant Doctors in the November 12 letter.

First, we don't see what relation engaging in settlement discussions has to determining whether to agree to a stay. Settlement discussions can proceed during a stay. One is not related to or dependent on the other. Please advise whether you agree to a stay by next Monday, November 22. If we don't hear from you by then that you agree to a stay, we will seek a stay from the Court.



Ulysses Hui, Esq.
Amy Fox, Esq.
November 17, 2004
Page 3

        Sincerely,

        PILLSBURY WINTHROP LLP

        Chang H. Kim

60382981V1