Dec-20-04  02:24pm  From-PILLSBURY WINTHROP LLP SV V#2EC                T-317  P.002/005  F-539

1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   Chang H. Kim (State Bar No. 195554)
3  2475 Hanover Street
   Palo Alto, CA 94304-1114
4  Telephone: (650) 233-4500
   Facsimile:  (650) 233-4545
5
   Attorneys for Defendants and Counterclaimants
6  Monica Aszterbaum, M.D., Andrew Cassidenti, M.D.,
   Eunice U. Lee, M.D., Carla Wells, M.D., Anita York, M.D.,
7  Bruce A. Hagadorn, M.D., Rajasree T. Seshadri, M.D., and
   Arthur Goldstein, M.D.
8
                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                          SOUTHERN DIVISION



11
12  PHARMASTEM THERAPEUTICS,         )  Case No. SA-CV-04-921 GLT-(ANx)
    INC., a Delaware corporation,    )
13                                   )  **SUPPLEMENTAL DECLARATION
                Plaintiff,           )  OF CHANG H. KIM IN SUPPORT
14                                   )  OF DEFENDANTS AND
          vs.                        )  COUNTERCLAIMANTS' MOTION
15                                   )  TO STAY PROCEEDINGS
    CURESOURCE, INC., a South        )  PENDING RESOLUTION OF THE
16  Carolina corporation, MONICA     )  MULTIDISTRICT LITIGATION
    ASZTERBAUM, an individual,       )  MOTION TO TRANSFER FOR
17  ANDREW CASSIDENTI, an            )  CONSOLIDATION AND
    individual, EUNICE U. LEE, an    )  COORDINATION OF PRETRIAL
18  individual, CARLA WELLS, an      )  PROCEEDINGS IN A SINGLE
    individual, ANITA YORK, an       )  FORUM**
19  individual, ELIOT ROMERO, an     )
    individual, KATHY ANDERSON, an   )  Date: January 24, 2005
20  individual, NASRIN FARBAKHSH,    )  Time: 10 a.m.
    an individual, BRUCE A.          )  Location: Courtroom 10D
21  HAGADORN, an individual,         )  Judge: Hon. Gary L. Taylor
    RAJASREE T. SESHADRI, an         )
22  individual, ARTHUR GOLDSTEIN,    )
    an individual, and CHARLES W.    )
23  MONIAK, an individual,           )
                                     )
24              Defendants.          )
                                     )
25  RELATED COUNTERCLAIMS            )
                                     )
26
27
28



60386242v1                                    SUPP. DECL. ISO MOTION TO STAY PENDING MDL
                                                                                MOTIONS
11401213.tif - 12/20/2004 2:24:46 PM                       CASE NO. SA-CV-04 921 GLT-(ANx)

I, Chang H. Kim, hereby declare as follows:

1. I am an attorney with the law firm of Pillsbury Winthrop LLP, counsel for Defendants and Counterclaimants Monica Aszterbaum ("Aszterbaum"), Andrew Cassidenti ("Cassidenti"), Eunice U. Lee ("Lee"), Carla Wells ("Wells"), Anita York ("York"), Bruce A. Hagadorn ("Hagadorn"), Rajasree T. Seshadri ("Seshadri"), and Arthur Goldstein ("Goldstein") (referred to individually and collectively as "Doctor Defendants"). I am a member of the Bar of the state of California and of this Court. I have personal knowledge of the facts set forth in this Supplemental Declaration, and if called upon to do so, could testify competently to them.

2. This Supplemental Declaration is being submitted in light of a recent development, a "Stay Order," entered on December 17, 2004, from a related action ("Pennsylvania Action") in support of CBR's Motion to Stay Proceedings Pending Resolution of the MultiDistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Stay Order entered on December 17, 2004, in the United States District Court for the Eastern District of Pennsylvania Civil Action No. 2:04-CV-03561-RK.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of December 2004, at Palo Alto, California.

Chang H. Kim

60386242v1

SUPP. DECL. ISO MOTION TO STAY PENDING MDL MOTIONS
CASE NO. SA-CV-04 921 GLT-(ANx)