Dec-20-04   02:24pm   From-PILLSBURY WINTHROP LLP SV V#2EC                    T-317   P.004/005   F-539

# EXHIBIT 1

## TO SUPPLEMENTAL DECLARATION OF CHANG H. KIM IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM

11401213.tif - 12/20/2004 2:24:46 PM

Dec-20-04   02:24pm   From-PILLSBURY WINTHROP LLP SV V#2EC                    T-317   P.005/005   F-539

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHARMASTEM THERAPEUTICS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 04-3561 |
| CORCELL, INC., et al. | : | |
| Defendants. | : | |

### ORDER

AND NOW, this *16th* day of December, 2004, upon consideration of Defendant/Counterclaim Plaintiff Corcell, Inc., and Defendants Molly McBride and Carlo M. Croce's Motion to Stay Proceedings (Doc. No. 41), and the Responses in opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED.**

Further proceedings in this case are stayed pending action of the Judicial Panel on Multidistrict Litigation in the case In re PharmaStem Therapeutics, Inc. Patent Litigation, MDL Docket No. 1660.

BY THE COURT:

ENTERED

DEC 1 7 2004

CLERK OF COURT

Robert F. Kelly,                     Sr.J.

11401213.tif - 12/20/2004 2:24:46 PM