Dec-10-04  02:42pm  From-PILLSBURY WINTHROP LLP SV V#1WB  6502334545  T-879  P.001/003  F-019

```
1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   2475 Hanover Street
3  Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
4  Facsimile:  (650) 233-4545

5  Attorneys for Defendants and Counterclaimants
   Monica Aszterbaum, M.D., Andrew Cassidenti, M.D.,
6  Eunice U. Lee, M.D., Carla Wells, M.D., Anita York, M.D.,
   Bruce A. Hagadorn, M.D., Rajasree T. Seshadri, M.D., and
7  Arthur Goldstein, M.D.

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9                    SOUTHERN DIVISION

10 PHARMASTEM THERAPEUTICS, INC., a  )
   Delaware corporation,             )
11                                   )  Case No. SA-CV-04-921 GLT-(ANx)
                   Plaintiff,        )
12                                   )  CERTIFICATE OF SERVICE
          vs.                        )
13                                   )
   CURESOURCE, INC., a South Carolina)
14 corporation, MONICA ASZTERBAUM, an)
   individual, ANDREW CASSIDENTI, an )
15 individual, EUNICE U. LEE, an individual, )
   CARLA WELLS, an individual, ANITA )
16 YORK, an individual, ELIOT ROMERO, an )
   individual, KATHY ANDERSON, an    )
17 individual, NASRIN FARBAKHSH, an  )
   individual, BRUCE A. HAGADORN, an )
18 individual, RAJASREE T. SESHADRI, an )
   individual, ARTHUR GOLDSTEIN, an  )
19 individual, and CHARLES W. MONIAK, an )
   individual,                       )
20              Defendants.          )
   MONICA ASZTERBAUM, ANDREW         )
21 CASSIDENTI, EUNICE U. LEE, CARLA  )
   WELLS, ANITA YORK, BRUCE A.       )
22 HAGADORN, RAJASREE T. SESHADRI,   )
   and ARTHUR GOLDSTEIN,             )
23                                   )
           Counterclaimants,         )
24                                   )
          vs.                        )
25                                   )
   PHARMASTEM THERAPEUTICS, INC.,    )
26 a Delaware corporation,           )
                                     )
27         Counterdefendant.         )
                                     )
28
```





60385386v1                    - 1 -                    CERTIFICATE OF SERVICE
                                                       Case No. SA-CV-04-921 GLT-(ANx)

11401087.tif - 12/10/2004 2:40:31 PM

Dec-10-04   02:43pm   From-PILLSBU... WINTHROP LLP SV V#1WB         6502334545            T-879   P.002/003   F-019

1   I am a citizen of the United States and a resident of the State of California. I am
2   employed in Santa Clara County, State of California, in the office of a member of the bar of
3   this Court, at whose direction the service was made. I am over the age of eighteen years,
4   and not a party to the within action. My business address is 2475 Hanover Street, Palo
5   Alto, California 94304. On the dates set forth below I served:

6   **1)   Defendants and Counterclaimants' Notice of Motion and Motion to Stay Proceedings Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum and Supporting Memorandum of Points and Authorities in Support Thereof**
8   **2)   Declaration of Chang H. Kim in Support of Defendants and Counterclaimants' Motion to Stay Proceedings Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum**
10  **3)   [Proposed] Order Granting Defendants' Motion to Stay Proceedings Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum**

12  (BY MAIL) I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Palo Alto, California. I am readily familiar with the practice of Pillsbury Winthrop LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

16  (BY EMAIL) The above-referenced document was transmitted by electronic transmission and the transmission was reported as complete and without error to the email address below on December 10, 2004.

18  X   (BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by Professional Legal Services, Inc. to receive documents to be delivered on the same date.

**Lisa Kobialka**
**Paul Joseph Andre**
**Amanda Michelle Fox**
**PERKINS COIE**
**101 Jefferson Drive**
**Menlo Park, CA 94025-1114**
**(650) 838-4300**
**lkobialka@perkinscoie.com**

26  (BY FEDERAL EXPRESS) I am readily familiar with the practice of Pillsbury Winthrop LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be

28

60385386v1                            - 2 -                         CERTIFICATE OF SERVICE
                                                                    Case No. SA-CV-04-921 GLT-(ANx)

11401087.tif - 12/10/2004 2:40:31 PM

Dec-10-04  02:43pm  From-PILLSBU.. .INTHROP LLP SV V#1WB    6502334545    T-879  P.003/003  F-019

deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

X   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on December 10, 2004 at Palo Alto, California.

_____Bobbie Jutras_____
Bobbie Jutras

60385386v1                    - 3 -                    CERTIFICATE OF SERVICE
                                                       Case No. SA-CV-04-921 GLT-(ANx)

11401087.tif - 12/10/2004 2:40:31 PM