(ANx), AO279, CLOSED, DISCOVERY, TRANSFERRED

# U.S. District Court
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:04-cv-00921-GLT-AN
### Internal Use Only



05 - 152

Pharmastem Therapeutics v. Curesource Inc et al
Assigned to: Honorable Gary L. Taylor
Referred to: Magistrate Judge Arthur Nakazato
Cause: 35:0271 Patent Infringement

Date Filed: 08/04/2004
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Pharmastem Therapeutics**
*a Delaware corporation*



represented by **Amanda Michelle Fox**
Perkins Coie
101 Jefferson Drive
Menlo Park, CA 94025
650-838-4300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa Kobialka**
Perkins Coie
101 Jefferson Dr
Menlo Park, CA 94025-1114
650-838-4300
Email: lkobialka@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Joseph Andre**
Perkins Coie
101 Jefferson Dr
Menlo Park, CA 94025-1114
650-838-4300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Curesource Inc**
*a South Carolina corporation*
*TERMINATED: 08/30/2004*

**Defendant**

**Monica Aszlerbaum**
*an individual*

represented by **Chang H Kim**
Pillsbury Winthrop
2475 Hanover Street
Palo Alto, CA 94304
650-233-4776

        Email: ckim@pillsburywinthrop.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas F Chaffin**
Pillsbury Winthrop
2475 Hanover Street
Palo Alto, CA 94304-1114
650-233-4500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F Abrams**
Pillsbury Winthrop
2475 Hanover St
Palo Alto, CA 94304-1114
650-233-4500
Email: wabrams@pillsburywinthrop.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andrew Cassidenti**
*an individual*

represented by **Chang H Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas F Chaffin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F Abrams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eunice U Lee**
*an individual*

represented by **Chang H Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas F Chaffin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F Abrams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Carla Wells**
*an individual*

represented by **Chang H Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas F Chaffin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F Abrams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Defendant

**Anita York**
*an individual*

represented by **Thomas F Chaffin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F Abrams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Defendant

**Eliot Romero**
*an individual*
*TERMINATED: 08/16/2004*

Defendant

**Kathy Anderson**
*an individual*
*TERMINATED: 08/30/2004*

Defendant

**Nasrin Farbakhsh**
*an individual*

Defendant

**Bruce A Hagadorn**
*an individual*

represented by **Chang H Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas F Chaffin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F Abrams**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rajasree T Seshadri**     represented by    **Chang H Kim**
*an individual*                                     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas F Chaffin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F Abrams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Arthur Goldstein**     represented by    **Chang H Kim**
*an individual*                                       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas F Chaffin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F Abrams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles W Moniak**
*an individual*
*TERMINATED: 08/30/2004*

**Counter Claimant**

**Monica Aszlerbaum**     represented by    **Chang H Kim**
*an individual*                                       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Andrew Cassidenti**     represented by    **Chang H Kim**
*an individual*                                       (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Arthur Goldstein**
*an individual*

represented by **Chang H Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Bruce A Hagadorn**
*an individual*

represented by **Chang H Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Eunice U Lee**
*an individual*

**Counter Claimant**

**Rajasree T Seshadri**
*an individual*

represented by **Chang H Kim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Carla Wells**
*an individual*

**Counter Claimant**

**Anita York**
*an individual*

V.

**Counter Defendant**

**Pharmastem Therapeutics**
*a Delaware corporation*

represented by **Amanda Michelle Fox**
(See above for address)

**Lisa Kobialka**
(See above for address)

**Paul Joseph Andre**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2004 | 1 | COMPLAINT against defendants Kathy Anderson, Monica Aszlerbaum, Andrew Cassidenti, Curesource Inc, Nasrin Farbakhsh, Arthur Goldstein, Bruce A Hagadorn, Eunice U Lee, Charles W Moniak, Eliot Romero, Rajasree T Seshadri, Carla Wells, Anita York; (Filing fee paid); jury demanded; filed by plaintiff Pharmastem Therapeutics. Presiding Judge: Gary L Taylor; Referral Judge: Arthur Nakazato(esa, ) Modified on 8/31/2004 (esa, ). (Entered: 08/10/2004) |
| 08/04/2004 |  | REPORT ON THE FILING OF AN ACTION REGARDING patent (cc: form mailed to Washington, D.C.) (Opening) (esa, ) (Entered: 08/10/2004) |

| | | |
|---|---|---|
| 08/04/2004 | 2 | NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS filed by plaintiff Pharmastem Therapeutics. (esa, ) (Entered: 08/10/2004) |
| 08/04/2004 | 3 | Certification as to Interested Parties filed by Plaintiff Pharmastem Therapeutics. (esa, ) (Entered: 08/10/2004) |
| 08/04/2004 | | FAX number for Attorney Paul Joseph Andre, Lisa Kobialka is 650-838-4350. (esa, ) (Entered: 08/10/2004) |
| 08/04/2004 | | 20 Days Summons Issued re Complaint [1] as to Kathy Anderson, Monica Aszlerbaum, Andrew Cassidenti, Curesource Inc, Nasrin Farbakhsh, Arthur Goldstein, Bruce A Hagadorn, Eunice U Lee, Charles W Moniak, Eliot Romero, Rajasree T Seshadri, Carla Wells, Anita York. (mt, ) (Entered: 08/16/2004) |
| 08/16/2004 | 4 | REQUEST AND ORDER by Judge Gary L. Taylor dismissing with prejudice defendant Eliot Romero.(mt, ) (Entered: 08/17/2004) |
| 08/25/2004 | 5 | PROOF OF SERVICE Executed by plaintiff Pharmastem Therapeutics, upon Arthur Goldstein, an individual served on 8/16/2004, answer due 9/5/2004. The Summons and Complaint were served by personal service, by Federal statute, upon Arthur Goldstein. Due Dilligence declaration not attached. Original Summons not returned. (mt, ) (Entered: 08/30/2004) |
| 08/25/2004 | 6 | PROOF OF SERVICE Executed by plaintiff Pharmastem Therapeutics, upon Carla Wells, an individual served on 8/11/2004, answer due 8/31/2004. The Summons and Complaint were served by personal service, by Federal statute, upon Carla Wells. Due Dilligence declaration not attached. Original Summons not returned. (mt, ) (Entered: 08/30/2004) |
| 08/25/2004 | 7 | PROOF OF SERVICE Executed by plaintiff Pharmastem Therapeutics, upon Eunice U Lee, an individual served on 8/13/2004, answer due 9/2/2004. The Summons and Complaint were served by personal service, by Federal statute, upon Eunice U Lee. Due Dilligence declaration not attached. Original Summons not returned. (mt, ) (Entered: 08/30/2004) |
| 08/25/2004 | 8 | PROOF OF SERVICE Executed by plaintiff Pharmastem Therapeutics, upon Monica Aszlerbaum, an individual served on 8/13/2004, answer due 9/2/2004. The Summons and Complaint were served by personal service, by Federal statute, upon Monica Aszlerbaum. Due Dilligence declaration not attached. Original Summons not returned. (mt, ) (Entered: 08/30/2004) |
| 08/25/2004 | 9 | PROOF OF SERVICE Executed by plaintiff Pharmastem Therapeutics, upon Andrew Cassidenti, an individual served on 8/11/2004, answer due 8/31/2004. The Summons and Complaint were served by personal service, by Federal statute, upon Andrew Cassidenti. Due Dilligence declaration not attached. Original Summons not returned. (mt, ) (Entered: 08/30/2004) |
| 08/25/2004 | 10 | PROOF OF SERVICE Executed by plaintiff Pharmastem Therapeutics, upon Anita York, an individual served on 8/11/2004, answer due 8/31/2004. The Summons and Complaint were served by personal service, by Federal statute, upon Anita York. Due Dilligence declaration not attached. Original Summons not returned. (mt, ) (Entered: 08/30/2004) |
| 08/25/2004 | 11 | PROOF OF SERVICE Executed by plaintiff Pharmastem Therapeutics, upon Kathy Anderson, an individual served on 8/12/2004, answer due 9/1/2004. The Summons and Complaint were served by personal service, by Federal statute, upon Kathy Anderson. Due Dilligence declaration not attached. Original Summons not returned. |

| Date | # | Description |
|---|---|---|
| | | (mt, ) (Entered: 08/30/2004) |
| 08/25/2004 | 12 | PROOF OF SERVICE Executed by plaintiff Pharmastem Therapeutics, upon Bruce A Hagadorn, an individual served on 8/11/2004, answer due 8/31/2004. The Summons and Complaint were served by personal service, by Federal statute, upon Bruce A Hagadorn. Due Dilligence declaration not attached. Original Summons not returned. (mt, ) (Entered: 08/30/2004) |
| 08/25/2004 | 13 | PROOF OF SERVICE Executed by plaintiff Pharmastem Therapeutics, upon Nasrin Farbakhsh, an individual served on 8/13/2004, answer due 9/2/2004. The Summons and Complaint were served by personal service, by Federal statute, upon Nasrin Farbakhsh. Due Dilligence declaration not attached. Original Summons not returned. (mt, ) (Entered: 08/30/2004) |
| 08/25/2004 | 14 | PROOF OF SERVICE Executed by plaintiff Pharmastem Therapeutics, upon Rajasree T Seshadri, an individual served on 8/11/2004, answer due 8/31/2004. The Summons and Complaint were served by personal service, by Federal statute, upon Rajasree T Seshadri. Due Dilligence declaration not attached. Original Summons not returned. (mt, ) (Entered: 08/30/2004) |
| 08/25/2004 | 15 | PROOF OF SERVICE Executed by plaintiff Pharmastem Therapeutics, upon Eliot Romero, an individual served on 8/10/2004, answer due 8/30/2004. The Summons and Complaint were served by personal service, by Federal statute, upon Eliot Romero. Due Dilligence declaration not attached. Original Summons not returned. (mt, ) (Entered: 08/30/2004) |
| 08/25/2004 | 16 | PROOF OF SERVICE Executed by plaintiff Pharmastem Therapeutics, upon Charles W Moniak, an individual served on 8/13/2004, answer due 9/2/2004. The Summons and Complaint were served by personal service, by Federal statute, upon Charles Moniak. Due Dilligence declaration not attached. Original Summons not returned. (mt, ) (Entered: 08/30/2004) |
| 08/30/2004 | 17 | REQUEST AND ORDER to Dismiss by Judge Gary L. Taylor: defendant Charles W Moniak is dismissed with prejudice(ln, ) (Entered: 08/31/2004) |
| 08/30/2004 | 18 | REQUEST AND ORDER for Dismissal by Judge Gary L. Taylor: defendant Kathy Anderson is dismissed with prejudice(ln, ) (Entered: 08/31/2004) |
| 08/30/2004 | 19 | REQUEST AND ORDER for Dismissal by Judge Gary L. Taylor: defendant Curesource Inc is dismissed with prejudice(ln, ) (Entered: 08/31/2004) |
| 08/31/2004 | 20 | NOTICE OF EX PARTE APPLICATION for Extend Time to File Responsive Pleading to 9/30/2004 re Complaint - (Discovery)[1]; filed by defendants Monica Aszlerbaum, Andrew Cassidenti, Arthur Goldstein, Bruce A Hagadorn, Eunice U Lee, Rajasree T Seshadri, Carla Wells, Anita York. (ln, ) (Entered: 09/01/2004) |
| 08/31/2004 | 21 | MEMORANDUM OF POINTS and Authorities in Support of EX PARTE APPLICATION for Extend Time to File Answer to 9/30/2004 re Complaint - (Discovery)[1][20]; filed by defendants Monica Aszlerbaum, Andrew Cassidenti, Arthur Goldstein, Bruce A Hagadorn, Eunice U Lee, Rajasree T Seshadri, Carla Wells, Anita York. (ln, ) (Entered: 09/01/2004) |
| 08/31/2004 | 22 | DECLARATION of Chang H Kim in Support re Defendants EX PARTE APPLICATION for Extend Time to File Answer to 9/30/2004 re Complaint - (Discovery)[1][20] filed by defendants Monica Aszlerbaum, Andrew Cassidenti, Arthur Goldstein, Bruce A Hagadorn, Eunice U Lee, Rajasree T Seshadri, Carla Wells, Anita York. (ln, ) (Entered: 09/01/2004) |

| | | |
|---|---|---|
| 08/31/2004 | | FAX number for Attorney William F Abrams, Thomas F Chaffin is 650-233-4545. (ln, ) (Entered: 09/01/2004) |
| 08/31/2004 | 24 | EX PARTE APPLICATION for Extension of Time to File responsive pleading to 9/30/2004 re Complaint [1] filed by defendants Monica Aszlerbaum, Andrew Cassidenti, Arthur Goldstein, Bruce A Hagadorn, Eunice U Lee, Rajasree T Seshadri, Carla Wells, Anita York. Lodged proposed order. (mt, ) (Entered: 09/07/2004) |
| 09/01/2004 | 23 | ORDER by Judge Gary L. Taylor:granting defendants Ex Parte Application for Extension of Time to File Responsive Pleading to 09/30/04 re Complaint - (Discovery)[1] [20] (ln, ) (Entered: 09/01/2004) |
| 09/03/2004 | 25 | NOTICE OF ENTRY of Order for Enlargement of Time to File a Responsive Pleading filed by defendants Monica Aszlerbaum, Andrew Cassidenti, Arthur Goldstein, Bruce A Hagadorn, Eunice U Lee, Rajasree T Seshadri, Carla Wells, Anita York. (ln, ) (Entered: 09/09/2004) |
| 09/10/2004 | 26 | REQUEST for Entry of Default by Clerk against Defendant Nasrin Farbakhsh; Declaration of Amanda M Fox in Support Thereof; filed by Plaintiff Pharmastem Therapeutics. (ln, ) (Entered: 09/17/2004) |
| 09/10/2004 | 27 | PROOF OF SERVICE filed by plaintiff Pharmastem Therapeutics. re [26] REQUEST for Entry of Default against defendant Nasrin Farbakhsh, was served on 09/10/04. (ln, ) (Entered: 09/17/2004) |
| 09/17/2004 | 28 | DEFAULT BY CLERK ENTERED as to Defendant Nasrin Farbakhsh (ln, ) (Entered: 09/17/2004) |
| 09/21/2004 | 29 | APPLICATION for Default Judgment by Court against defendant Nasrin Farbakhshs filed by plaintiff Pharmastem Therapeutics. Lodged proposed order. (mt, ) (Entered: 09/30/2004) |
| 09/21/2004 | 30 | DECLARATION of Amanda M Fox in support of plaintiff's APPLICATION for Default Judgment by Court against defendant Nasrin Farbakhshs [29] filed by plaintiff Pharmastem Therapeutics. (mt, ) (Entered: 09/30/2004) |
| 09/21/2004 | 31 | PROOF OF SERVICE filed by plaintiff Pharmastem Therapeutics re [30] Declaration of Amanda M Fox in support of plaintiff's Pharmastem's APPLICATION for Default Judgment by Court, was served on 9/21/04. (mt, ) (Entered: 09/30/2004) |
| 09/22/2004 | 33 | PROOF OF SERVICE filed by plaintiff Pharmastem Therapeutics re [29] APPLICATION for Default Judgment by court ; proposed order for default judgment and entry of permanent injunction and proof of service, was served on 9/21/04. (mt, ) (Entered: 10/01/2004) |
| 09/29/2004 | 32 | MINUTES OF (In Chambers) Conference held before Judge Gary L. Taylor: Court is prepared to enter Judgment for Plaintiff except proposed Order submitted by plaintiff is not in form of judgment; within 10 days, plaintiff should submit 1) request for attorneys fees and supplemental declaration to support request; 2) proposed Judgment (see document for details)Court Reporter: none present. (ln, ) (Entered: 09/30/2004) |
| 09/29/2004 | | PLACED IN FILE - NOT USED re proposed order for default judgment and entry of permanent injunction pursuant to 35 USC 283 against defendant Farbakhsh submitted by Pharmastem Therapeutics. (mt, ) (Entered: 10/07/2004) |
| 10/01/2004 | 35 | STATEMENT of Interested Parties filed by Defendants Monica Aszlerbaum, Andrew Cassidenti, Arthur Goldstein, Bruce A Hagadorn, Eunice U Lee, Rajasree T Seshadri, Carla Wells, Anita York. (ln, ) (Entered: 10/07/2004) |

| | | |
|---|---|---|
| 10/01/2004 | 36 | ANSWER to Complaint - (Discovery)[1] with Jury Demand, and COUNTERCLAIMS against Pharmastem Therapeutics filed by defendants, counterclaimants Monica Aszlerbaum, Andrew Cassidenti, Arthur Goldstein, Bruce A Hagadorn, Eunice U Lee, Rajasree T Seshadri, Carla Wells, Anita York.(ln, ) (Entered: 10/07/2004) |
| 10/01/2004 | 37 | CERTIFICATE OF SERVICE filed by defendants, counter claimants Monica Aszlerbaum, Andrew Cassidenti, Arthur Goldstein, Bruce A Hagadorn, Eunice U Lee, Rajasree T Seshadri, Carla Wells, Anita York. re [36] Answer to Complaint (Discovery) Counterclaim, was served on 10/01/04. (ln, ) (Entered: 10/07/2004) |
| 10/04/2004 | 34 | ORDER by Judge Gary L. Taylor Re: 1) Early Meeting of Parties 2) Scheduling Conference set for 12/13/2004 09:00 AM; IT IS ORDERED that parties shall meet to disclose information and confer on discovery plan at least 21 days before scheduling conference and report to Court within 14 days after meeting; IT IS FURTHER ORDERED that case is placed on calender (see document for details) (ln, ) (Entered: 10/06/2004) |
| 10/19/2004 | 38 | REQUEST for Attorney Fees; Declaration of Amanda M Fox in Support Thereof; filed by plaintiff Pharmastem Therapeutics. (ln, ) (Entered: 10/21/2004) |
| 10/19/2004 | 39 | AMENDED ORDER by Judge Gary L. Taylor for Default Judgment and Entry for Permanent Injunction Pursuant to 35 USC 283 Against Defendant Nasrin Farbakhsh: PharmaStems APPLICATION for Default Judgment against defendant Nasrin Farbakhsh[29] is GRANTED; defendant Nasrin Farbakhsh and defendants agents, servants and employees are permanently enjoined and restrained from a) collecting any umbilical cord blood product for therapeutic use in connection with ViaCell, Inc., Cryo-Cell International, Inc., CorCell, Inc and/or CBR Systems, Inc and b) promoting the Cord Blood Services offered by ViaCell, Inc., Cryo-Cell International, Inc., CorCell, Inc and/or CBR Systems, Inc; IT IS FURTHER ORDERED that PharmaStem shall recover from defendant Farbakhsh the sum of $4,702.50 in attorneys fees (see document for details)(ln, ) (Entered: 10/21/2004) |
| 10/19/2004 | | ORDER granting [29] Application for Default Judgment, granting [38] Request for Attorney Fees pursuant to Amended Order for Default Judgment (39) filed 10/19/04 (ln, ) (Entered: 10/21/2004) |
| 10/19/2004 | 40 | PROOF OF SERVICE filed by plaintiff Pharmastem Therapeutics. re 39 Order on Motion, Request for Attorneys Fees; Declaration of Amanda M Gox in Support(38) was served on 10/08/04. (ln, ) (Entered: 10/21/2004) |
| 10/20/2004 | 41 | ANSWER to counterclaim filed by counter defendant Pharmastem Therapeutics. (dmjr, ) (Entered: 10/28/2004) |
| 10/29/2004 | 42 | NOTICE OF MOTION AND MOTION to Transfer action pursuant to 28:1407 to District of Delaware filed by defendants and counterclaimants Monica Aszlerbaum, Andrew Cassidenti, Arthur Goldstein, Bruce A Hagadorn, Eunice U Lee, Rajasree T Seshadri, Carla Wells, Anita York. (mt, ) (Entered: 11/08/2004) |
| 12/06/2004 | 45 | Case Management Report Pursuant to FRCP 26(f) filed; estimated length of trial 8-10 days. (ln, ) (Entered: 12/16/2004) |
| 12/10/2004 | 46 | NOTICE OF MOTION AND MOTION to Stay Case Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum; filed by defendants, counter claimants Anita York, Monica Aszlerbaum, Andrew Cassidenti, Arthur Goldstein, Bruce A Hagadorn, Eunice U Lee, Rajasree T Seshadri, Carla Wells; Motion set for hearing on 1/24/2005 |

| | | |
|---|---|---|
| | | at 10:00 AM before Honorable Gary L. Taylor. (ln, ) (Entered: 12/22/2004) |
| 12/10/2004 | 47 | DECLARATION of Chang H Kim in Support re Defendants and Counter claimants MOTION to Stay Case Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum;[46] filed by defendant, counter claimant Anita York, Bruce A Hagadorn, Rajasree T Seshadri, Arthur Goldstein, Monica Aszlerbaum, Andrew Cassidenti, Eunice U Lee, Carla Wells. (ln, ) (Entered: 12/22/2004) |
| 12/10/2004 | 49 | PROOF OF SERVICE filed by defendant, counter claimant Anita York, Bruce A Hagadorn, Rajasree T Seshadri, Arthur Goldstein, Monica Aszlerbaum, Andrew Cassidenti, Eunice U Lee, Carla Wells. re MOTION to Stay Case pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum;[46], Declaration (Motion related)[47], [Proposed] Order was served on 12/10/04. (ln, ) (Entered: 12/22/2004) |
| 12/13/2004 | 43 | MINUTES OF Scheduling Conference held before Judge Gary L. Taylor: Court sets following dates: Discovery cut-off 6/9/2005. Final Pretrial Conference set for 9/9/2005 01:30 PM; trial month shall be October 2005; Counsel estimate trial length to be 8 - 10 days; trial shall be jury trial; filed pretrial scheduling Order;Court Reporter: not present. (ln, ) (Entered: 12/14/2004) |
| 12/14/2004 | 44 | PRETRIAL SCHEDULING ORDER by Judge Gary L. Taylor: Court sets Discovery Cutoff 06/09/05; Final Pretrial Conference 09/09/05 at 1:30pm; Trial Month of October 2005 ; this pretrial scheduling Order governs all pretrial proceedings; case is Ordered placed on calendar for Final Pretrial Conference; parties are Ordered to strictly comply with requirements of Local Rules 16-1 through 16-14.9; IT IS ORDERED that counsel comply with following in preparation for trial: (see document for details)(ln, ) (Entered: 12/14/2004) |
| 12/20/2004 | 48 | SUPPLEMENTAL DECLARATION of Chang H Kim in Support re MOTION to Stay Case pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum;[46] filed by defendant, counter claimant Anita York, Bruce A Hagadorn, Rajasree T Seshadri, Arthur Goldstein, Monica Aszlerbaum, Andrew Cassidenti, Eunice U Lee, Carla Wells. (ln, ) (Entered: 12/22/2004) |
| 12/20/2004 | 50 | PROOF OF SERVICE filed by defendant, counter claimant Anita York, Bruce A Hagadorn, Rajasree T Seshadri, Arthur Goldstein, Monica Aszlerbaum, Andrew Cassidenti, Eunice U Lee, Carla Wells. re Declaration (Motion related) [48], was served on 12/20/04. (ln, ) (Entered: 12/22/2004) |
| 01/10/2005 | 51 | OPPOSITION to MOTION to Stay Case pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum [46] filed by plaintiff Pharmastem Therapeutics. (esa, ) (Entered: 01/13/2005) |
| 01/10/2005 | 52 | DECLARATION of Lisa Kobialka in support of opposition to MOTION to Stay Case pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum [46] filed by plaintiff Pharmastem Therapeutics. (esa, ) (Entered: 01/13/2005) |
| 01/10/2005 | 53 | PROOF OF SERVICE filed by plaintiff Pharmastem Therapeutics re: Opposition to Motion [51], Declaration (Motion related )[52] were served on 1/7/05. (esa, ) (Entered: 01/13/2005) |
| 01/12/2005 | 54 | REQUEST FOR JUDICIAL NOTICE of Decision in Support of Plaintiffs Opposition |

| | | |
|---|---|---|
| | | to Defendants and Counterclaimants MOTION to Stay Case pending Resolution of the Multidistrict Litigation Motion[46] filed by plaintiff Pharmastem Therapeutics. (ln, ) (Entered: 01/18/2005) |
| 01/14/2005 | 56 | DECLARATION of Chang H Kim in support of reply to Pharmastem Therapeutics, Inc.'s Opposition to MOTION to Stay Case pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum; [46] filed by defendants Anita York, Bruce A Hagadorn, Rajasree T Seshadri, Arthur Goldstein, Monica Aszlerbaum, Andrew Cassidenti, Eunice U Lee, Carla Wells. (esa, ) (Entered: 01/20/2005) |
| 01/14/2005 | 57 | REPLY to Pharmastem Therapeutics, Inc.'s opposition to MOTION to Stay Case pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum;[46] filed by defendants Anita York, Bruce A Hagadorn, Rajasree T Seshadri, Arthur Goldstein, Monica Aszlerbaum, Andrew Cassidenti, Eunice U Lee, Carla Wells. (esa, ) (Entered: 01/20/2005) |
| 01/14/2005 | 58 | REQUEST FOR JUDICIAL NOTICE in support of MOTION to Stay Case pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum;[46] filed by defendants Anita York, Bruce A Hagadorn, Rajasree T Seshadri, Arthur Goldstein, Monica Aszlerbaum, Andrew Cassidenti, Eunice U Lee, Carla Wells. (esa, ) (Entered: 01/20/2005) |
| 01/14/2005 | 59 | ORDER finding as moot [58] Request for Judicial Notice (esa, ) (Entered: 01/20/2005) |
| 01/14/2005 | 60 | CERTIFICATE OF SERVICE filed by defendants Anita York, Bruce A Hagadorn, Arthur Goldstein, Monica Aszlerbaum, Andrew Cassidenti, Eunice U Lee, Carla Wells. Repy to Pharmastem Therapeutics, Inc.'s Opposition; Declaration of Chang H Kim; Request for Judicial Notice were served on 1/14/05. (esa, ) (Entered: 01/20/2005) |
| 01/19/2005 | 55 | MINUTES OF IN CHAMBERS ORDER re: Defendants' Motion to Stay by Judge Gary L. Taylor : Defendants' Motion to Stay is DENIED. There is no necessity to stay the entire action at this time. If a motion arises that a party believes should not be ruled on pending the decision by the Judicial Panel on Multidistrict Litigation, the party may request the Court to stay that motion. The hearing on Defendants' Motion to stay scheduled for 1/24/05 at 10:00 a.m. is vacated and ordered off-calendar. Court Reporter: none present. (esa, ) (Entered: 01/20/2005) |
| 01/19/2005 | | ORDER Off Calendar [46] Motion to Stay Case (esa, ) (Entered: 01/20/2005) |
| 01/19/2005 | | PLACED IN FILE - NOT USED re [Proposed] Order Granting Defendants' Motion to Stay Proceedings Pending Resolution of the Multidistrict Litigation Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum submitted by defendants Anita York, Bruce A Hagadorn, Rajasree T Seshadri, Arthur Goldstein, Monica Aszlerbaum, Andrew Cassidenti, Eunice U Lee, Carla Wells. (esa, ) (Entered: 01/24/2005) |
| 01/20/2005 | 61 | NOTICE OF CLERICAL ERROR: Due to clerical error Document Number 59 should not have been assigned a number. This docketed entry should not have a number. (esa, ) (Entered: 01/20/2005) |
| 01/25/2005 | 62 | NOTICE AND REQUEST of Settlement Procedure Selection (Sp1) filed; parties request to Appear Before Magistrate Judge for settlement proceedings.(esa, ) (Entered: |

| | | |
|---|---|---|
| | | 01/26/2005) |
| 05/04/2005 | ●63 | MDL JUDICIAL TRANSFER ORDER - Transferring Action to the Honorable Gregory M. Sleet of the District of Delaware, MDL 1660, pursuant to 28 USC 1407 (kks) (Entered: 05/04/2005) |
| 05/04/2005 | | TRANSMITTAL of documents - mailed certified copy of docket sheet, original case file and copy of MDL transfer order in MDL 1660 to the USDC, District of Delaware. ***Set/Clear Flags, (MD JS-6. Case Terminated.) (kks) (Entered: 05/04/2005) |
| 05/04/2005 | ●64 | Transfer Out Transmittal Letter. A certified copy of the docket sheet, entire original case file and copy of MDL transfer order sent to USDC District of Delaware at Wilmington, Delaware on 5/4/2005. (kks) (Entered: 05/04/2005) |