1  PAUL J. ANDRE, Bar No. 196585
   LISA KOBIALKA, Bar No. 191404
2  PERKINS COIE LLP
   101 Jefferson Drive
3  Menlo Park, CA 94025-1114
   Telephone: (650) 838-4300
4  Facsimile: (650) 838-4350

5  Attorneys for PharmaStem Therapeutics, Inc.

FILED 2005 JAN 10 PM 3:04
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DISTRICT

05 - 152

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, | CASE NO. SACV 04-921 GLT |
| Plaintiff, | PROOF OF SERVICE |
| v. | |
| CURESOURCE, INC., a South Carolina corporation, MONICA ASZLERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual, | Date: January 24, 2005<br>Time: 10:00 a.m.<br>Location: Courtroom 10D<br>Judge: Hon. Gary L. Taylor |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |



RECEIVED MAY 1 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE



DOCKETED ON CM JAN 13 2005 BY

PROOF OF SERVICE
CASE NO. SACV 04-921 GLT

[40923-0007/BY042450.019]

PROOF OF SERVICE

I, Laura Rojas, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 101 Jefferson Drive, Menlo Park, CA 94025-1114. I am personally familiar with the business practice of Perkins Coie LLP. On January 7, 2005, I served the following document(s):

PLAINTIFF'S OPPOSITION TO DEFENDANTS AND COUNTERCLAIMTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION

DECLARATION OF LISA KOBIALKA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT AND COUNTERCLAIMANTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

> William F. Abrams
> Chang Kim
> Thomas F. Chaffin
> Pillsbury Winthrop LLP
> 2475 Hanover Street
> Palo Alto, CA 94304-1114
> Ph: (650) 233-4500
> Fx: (650) 233-4545

____ (By Overnight Courier) I caused each envelope, with postage fully prepaid, to be sent by _____.

  X  (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

- 2 -

1     \_\_\_\_ (By Hand)  I caused each envelope to be delivered by hand to the offices listed above.

2

3     \_X\_\_ (By Facsimile/Telecopy)  I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

4

5

6

7     I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at Menlo Park, California.

8

9

10     DATED: January 7, 2005.     */s/ Laura Rojas*
                                                   Laura Rojas

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

PROOF OF SERVICE
CASE NO. SACV 04-921 GLT

[40923-0007/BY042450.019]

```
 1  Paul J. Andre (State Bar No. 196585)
    Lisa Kobialka (State Bar No. 191404)
 2  PERKINS COIE LLP
 3  101 Jefferson Drive
    Menlo Park, California 94025
 4  Telephone: (650) 838-4300
 5  Facsimile: (650) 838-4350
 6
 7  Attorneys for PharmaStem Therapeutics, Inc.
```

           UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br>  Plaintiff,<br>    v.<br>CURESOURCE, INC., a South Carolina corporation, MONICA ASZLERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual,<br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS | 05 - 152<br><br>Civil Action No.: SACV-04-921 GLT (ANX)<br><br>**DECLARATION OF LISA KOBIALKA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION**<br><br>Date: January 24, 2005<br>Time: 10:00 a.m.<br>Location: Courtroom 10D<br>Judge: Hon. Gary L. Taylor |

RECEIVED MAY 11 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

FILED 2005 JAN 10 PM 3:04 U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA


DOCKETED ON CM
JAN 13 2005
BY

ORIGINAL

DECLARATION OF LISA KOBIALKA IN SUPPORT
OF PLAINTIFF PHARMASTEM THERAPEUTICS, INC.'S
OPPOSITION TO DEFENDANTS' MOTION FOR STAY

# DECLARATION OF LISA KOBIALKA

I, Lisa Kobialka, declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am an attorney at Perkins Coie LLP, counsel for plaintiff PharmaStem Therapeutics, Inc. ("Plaintiff") in this action. I make this declaration in support of Plaintiff's Opposition To Defendants And Counterclaimants' Motion To Stay Proceedings Pending Resolution Of The Multidistrict Litigation Motion. I have personal knowledge of the facts set forth herein except as otherwise stated, and if called upon I could and would testify to the following facts:

2. Attached as Exhibit A is a true and correct copy of pages 219-221 of the Manual for Complex Litigation, Fourth.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 7, 2005

PERKINS COIE LLP

By /s/ Lisa Kobialka
Lisa Kobialka
Attorneys for PharmaStem Therapeutics, Inc.

2