Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for PharmaStem Therapeutics, Inc.



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br>　　　　　Plaintiff,<br>　　v.<br>CURESOURCE, INC., a South Carolina corporation, MONICA ASZLERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual,<br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | 05 - 152<br><br>Civil Action No.: SACV-04-921 GLT (ANX)<br><br>REQUEST FOR JUDICIAL NOTICE OF DECISION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION<br><br>Date: January 24, 2005<br>Time: 10:00 a.m.<br>Location: Courtroom 10D<br>Judge: Hon. Gary L. Taylor |



REQUEST FOR JUDICIAL NOTICE OF DECISION IN
SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR STAY
CASE NO. SACV-04-921 GLT (ANx)

1  Plaintiff PharmaStem Therapeutics, Inc. ("PharmaStem") hereby requests that
2  the Court take judicial notice of the attached Order Granting In Part And Denying In
3  Part CBR Systems Inc.'s Motion To Stay Proceedings Pending Resolution Of The
4  Multidistrict Litigation Motion To Transfer For Consolidation And Coordination Of
5  Pretrial Proceedings In A Single Forum issued on January 7, 2004 in Case No. C 04-
6  03072-JSW, Docket No. 105, in the United States District Court for the Northern
7  District of California (attached as Exh. A). PharmaStem submits this Request in
8  support of its Opposition to Defendants and Counterclaimants Monica Aszterbaun's,
9  Andrew Cassidenti's, Eunice Lee's, Carla Wells', Anita York's, Bruce Hagadorn's,
10 Rajasree Seshadri's, and Arthur Goldstein's (collectively "Defendants") motion
11 ("Defendants' motion") to stay these proceedings pending decision by the Judicial
12 Panel for Multidistrict Litigation ("JPML").

13 In its Opposition to Defendants motion, PharmaStem informed this Court of a
14 Tentative Order issued by the District Court for the Northern District of California in
15 a case which is also subject to the motion to consolidate before the JPML ("Northern
16 District action"). *See* Amended Tentative Order, Docket No. 104, C.D. Cal. Case
17 No. 3:04-cv-03072-JSW. That Tentative Order indicated that the Court in the
18 Northern District action would allow discovery to go forward in that case pending
19 decision by the JPML. After oral argument on that motion on January 7, 2004, the
20 Court in the Northern District action issued an Order partly denying the motion to
21 stay, "to the extent it seeks to stay discovery between [defendants and]
22 PharmaStem[.]" Exh. A; Docket No. 105, C.D. Cal. Case No. 3:04-cv-03072-JSW.
23 PharmaStem requests that this Court take judicial notice of that Order in support of
24 PharmaStem's opposition to Defendants' motion.
25 //
26 //
27

28

2

DATED: January 11, 2005

**PERKINS COIE LLP**

By *Lisa Kobialka* /ED
Lisa Kobialka
Attorneys for PharmaStem Therapeutics, Inc.

3

REQUEST FOR JUDICIAL NOTICE OF DECISION IN
SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION FOR STAY
CASE NO. SACV-04-921 GLT (ANx)