# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CORD BLOOD REGISTRY INC., dba CBR, a California corporation, and SUTTER HEALTH, INC., a California corporation,<br><br>    Defendants.<br>_____/<br>CBR SYSTEMS, INC., dba CBR, a California corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, STEMBANC, INC., a Ohio corporation, NICHOLAS DIDIER; and ARCHIBALD A. GRABINSKI,<br><br>    Counterdefendants<br>_____/ | No. C 04-03072 JSW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART CBR SYSTEM, INC.'S MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM** |

This matter comes before the Court upon consideration of CBR Systems, Inc.'s ("CBR") motion to stay these proceedings pending a ruling from the Judicial Panel on Multidistrict Litigation ("MDL") on a motion to transfer filed by, *inter alia*, CBR and Sutter Health, Inc. Having considered the parties' pleadings, the relevant legal authority, having had the benefit of oral argument, and concluding that a limited stay of these proceedings, pending a ruling from the MDL on the motion to

1  transfer, would further judicial economy and efficiency, the Court hereby GRANTS IN PART AND
2  DENIES IN PART CBR's motion to stay.
3      Specifically, the Court HEREBY STAYS: (1) all currently pending motions in this matter,
4  except Nicholas Didier's and Archibald Grabinski's motions to dismiss for lack of personal
5  jurisdiction; (2) further motions hearings and deadlines relating to recently filed motions; (3) deadlines
6  relating to claim construction proceedings; (4) deadlines relating to other pre-trial and trial
7  proceedings; and (5) discovery against Stembanc, Inc. and Mr. Grabinski, until after it has received a
8  ruling from the MDL on the motion to transfer. In light of the pending motion to dismiss for lack of
9  personal jurisdiction against Mr. Didier, the Court also STAYS discovery as to Mr. Didier in his
10 personal capacity.
11     The Court hereby DENIES the motion to stay to the extent it seeks to stay discovery between
12 CBR, Sutter, Pharmastem, and Mr. Didier in his official capacity. Thus, notwithstanding the fact that
13 the Court has not yet held a case management conference, those parties may proceed with discovery
14 as set forth herein.
15     The Court HEREBY ORDERS that the parties shall be bound by the discovery plan and
16 deadlines outlined in the Joint Case Management Statement, and the discovery cut-off date shall be
17 April 14, 2006, unless that plan and deadlines are modified by this Court or by a court to which the
18 MDL transfers this case.
19     **IT IS SO ORDERED.**
20
21 Dated: January 7, 2005        /s/ Jeffrey S. White
                                              JEFFREY S. WHITE
22                                               UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

United States District Court
For the Northern District of California

EXHIBIT A

PROOF OF SERVICE

I, Laura Rojas, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 101 Jefferson Drive, Menlo Park, CA 94025-1114. I am personally familiar with the business practice of Perkins Coie LLP. On January 11, 2005, I served the following document(s):

REQUEST FOR JUDICIAL NOTICE OF DECISION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS AND COUNTERCLAIMANTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

> William F. Abrams
> Chang Kim
> Thomas F. Chaffin
> Pillsbury Winthrop LLP
> 2475 Hanover Street
> Palo Alto, CA 94304-1114
> Ph: (650) 233-4500
> Fx: (650) 233-4545

_____ (By Overnight Courier) I caused each envelope, with postage fully prepaid, to be sent by _____.

__X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_____ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

- 1 -

PROOF OF SERVICE
CASE NO. SACV 04-921 GLT
[40923-0007/BY042450.019]

1  __X__ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at Menlo Park, California.

DATED: January 11, 2005.   *Laura Rojas* (signature)
Laura Rojas

- 2 -

PROOF OF SERVICE
CASE NO. SACV 04-921 GLT
[40923-0007/BY042450.019]