X Priority
X Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.:   SA CV 04-921-GLT (ANx)                             Date: January 19, 2005

Title:      Pharmastem Therapeutics, Inc. v. Curesource, Inc. et al.,

---

PRESENT:

**HON. Gary L. Taylor JUDGE**

Lisa Bredahl                                    None Present
Deputy Clerk                                    Court Reporter

ATTORNEY(S) PRESENT FOR PLAINTIFF(S):           ATTORNEY(S) PRESENT FOR DEFENDANT(S):
None Present                                    None Present

PROCEEDINGS:   **Order Denying Defendants' Motion to Stay**

[In Chambers]

     Defendants' Motion to Stay is DENIED. There is no necessity to stay the entire action at this time. If a motion arises that a party believes should not be ruled on pending the decision by the Judicial Panel on Multidistrict Litigation, the party may request the Court to stay that motion.

     The hearing on Defendants' Motion to Stay scheduled for January 24, 2005 at 10:00 a.m. is vacated and ordered off-calendar.

DOCKETED ON CM
JAN 2 0 2005
BY _____ 074

S:\GLT\LC1\Civil\2004\04-0921.mo.MotionToStay.wpd        INITIALS OF DEPUTY CLERK