1  PILLSBURY WINTHROP LLP
   William F. Abrams (State Bar No. 88805)
2  Thomas F. Chaffin (State Bar No. 112368)
   Chang H. Kim (State Bar No. 195554)
3  2475 Hanover Street
   Palo Alto, CA 94304-1114
4  Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
5
   Attorneys for Defendants and Counterclaimants
6  Monica Aszterbaum, M.D., Andrew Cassidenti, M.D.,
   Eunice U. Lee, M.D., Carla Wells, M.D., Anita York, M.D.,
7  Bruce A. Hagadorn, M.D., Rajasree T. Seshadri, M.D., and
   Arthur Goldstein, M.D.
8

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

9              UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA                    C 5 - 1 5 2
10                  SOUTHERN DIVISION

11 
   PHARMASTEM THERAPEUTICS,        )   Case No. SA-CV-04-921 GLT-(ANx)
12 INC., a Delaware corporation,   )
                                   )   **DECLARATION OF CHANG H. KIM
13           Plaintiff,            )   IN SUPPORT OF DEFENDANTS
                                   )   AND COUNTERCLAIMANTS'
14     vs.                         )   REPLY TO PHARMASTEM
                                   )   THERAPEUTICS, INC.'S
15 CURESOURCE, INC., a South       )   OPPOSITION TO MOTION TO
   Carolina corporation, MONICA    )   STAY PROCEEDINGS PENDING
16 ASZTERBAUM, an individual,      )   RESOLUTION OF THE
   ANDREW CASSIDENTI, an           )   MULTIDISTRICT LITIGATION
17 individual, EUNICE U. LEE, an   )   MOTION TO TRANSFER FOR
   individual, CARLA WELLS, an     )   CONSOLIDATION AND
18 individual, ANITA YORK, an      )   COORDINATION OF PRETRIAL
   individual, ELIOT ROMERO, an    )   PROCEEDINGS IN A SINGLE
19 individual, KATHY ANDERSON, an  )   FORUM**
   individual, NASRIN FARBAKHSH,   )
20 an individual, BRUCE A.         )   Date: January 24, 2005
   HAGADORN, an individual,        )   Time: 10 a.m.
21 RAJASREE T. SESHADRI, an        )   Location: Courtroom 10D
   individual, ARTHUR GOLDSTEIN,   )   Judge: Hon. Gary L. Taylor
22 an individual, and CHARLES W.   )
   MONIAK, an individual,          )
23                                 )
             Defendants.           )
24 _____ )
                                   )
25 RELATED COUNTERCLAIMS           )
                                   )
26 _____ )

RECEIVED MAY 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BY FAX

DOCKETED ON CM
JAN 20 2005
BY            074

56

SILICON_VALLEY_60388233v1
DECL. ISO DOCTOR DEFENDANTS REPLY TO
MOTION TO STAY PENDING MDL MOTIONS
CASE NO. SA-CV-04 921 GLT-(ANx)

I, Chang H. Kim, hereby declare as follows:

1. I am an attorney with the law firm of Pillsbury Winthrop LLP, counsel for Defendants and Counterclaimants Monica Aszterbaum ("Aszterbaum"), Andrew Cassidenti ("Cassidenti"), Eunice U. Lee ("Lee"), Carla Wells ("Wells"), Anita York ("York"), Bruce A. Hagadorn ("Hagadorn"), Rajasree T. Seshadri ("Seshadri"), and Arthur Goldstein ("Goldstein") (referred to individually and collectively as "Doctor Defendants"). I am a member of the Bar of the state of California and of this Court. I have personal knowledge of the facts set forth in this Declaration, and if called upon to do so, could testify competently to them.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Movants' Reply in Support of Motion to Transfer for Consolidation and Coordination of Pretrial Proceedings in a Single Forum.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Jnauary 7, 2005 Order issued by Honorable Jeffrey S. White staying in part the United States District Court for the Northern District of California as Civil Action No. C04-3072 JSW.

4. Attached hereto as Exhibit 3 is a true and correct copy of the December 14, 2004 Order entered by the Honorable Gregory M. Sleet on his ruling on post-trial motions in the Delaware Action finding, *inter alia*, in favor of defendants and against PharmaStem on the claim of infringement of U.S. Patent No. 5,004,681.

1  I declare under penalty of perjury under the laws of the State of
2  California and the United States of America that the foregoing is true and
3  correct.

    Executed this 14th day of January 2005, at Palo Alto, California.

                              Chang H. Kim