| | |
|---|---|
| 1 | PILLSBURY WINTHROP LLP |
| | William F. Abrams (State Bar No. 88805) |
| 2 | Thomas F. Chaffin (State Bar No. 112368) |
| | Chang H. Kim (State Bar No. 195554) |
| 3 | 2475 Hanover Street |
| | Palo Alto, CA 94304-1114 |
| 4 | Telephone: (650) 233-4500 |
| | Facsimile: (650) 233-4545 |
| 5 | |
| 6 | Attorneys for Defendants and Counterclaimants |
| | Monica Aszterbaum, M.D., Andrew Cassidenti, M.D., |
| | Eunice U. Lee, M.D., Carla Wells, M.D., Anita York, M.D., |
| 7 | Bruce A. Hagadorn, M.D., Rajasree T. Seshadri, M.D., and |
| | Arthur Goldstein, M.D. |




UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

05 - 152

| | | |
|---|---|---|
| 11 | PHARMASTEM THERAPEUTICS, | ) |
| 12 | INC., a Delaware corporation, | ) Case No. SA-CV-04-921 GLT-(ANx) |
| 13 | Plaintiff, | ) **DEFENDANTS AND COUNTERCLAIMANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO STAY** |
| 14 | vs. | ) |
| 15 | CURESOURCE, INC., a South Carolina corporation, MONICA | ) Date: January 24, 2005 |
| 16 | ASZTERBAUM, an individual, ANDREW CASSIDENTI, an | ) Time: 10 a.m. |
| 17 | individual, EUNICE U. LEE, an individual, CARLA WELLS, an | ) Location: Courtroom 10D |
| 18 | individual, ANITA YORK, an individual, ELIOT ROMERO, an | ) Judge: Hon. Gary L. Taylor |
| 19 | individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, | ) |
| 20 | an individual, BRUCE A. HAGADORN, an individual, | ) **BY FAX** |
| 21 | RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, | ) |
| 22 | an individual, and CHARLES W. MONIAK, an individual, | ) |
| 23 | | ) |
| | Defendants. | ) |
| 24 | | ) |
| 25 | RELATED COUNTERCLAIMS | ) |
| 26 | | ) |



SILICON_VALLEY_6038823Sv1

DOCTOR DEFENDANTS REQUEST FOR JUDICIAL
NOTICE
CASE NO. SA-CV-04-921 GLT-(ANx)

Defendant and Counterclaimant Monica Aszterbaum, Andrew Cassidenti, Eunice U. Lee, Carla Wells, Anita York, Bruce A. Hagadorn, Rajasree T. Seshadri, and Arthur Goldstein (referred to individually and collectively as "Doctor Defendants") respectfully request that this Court take judicial notice pursuant to Federal Rule of Evidence 201[1] of the following facts:

1. Attached as Exhibit 1 is a true and correct copy of an Order dated September 15, 2004, signed by the Honorable Gregory M. Sleet and entered in *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.*, in the United States District Court for the District of Delaware, Civil Action No. 02-148 (GMS).

2. Attached as Exhibit 2 is a true and correct copy of an Order dated December 14, 2004, signed by the Honorable Gregory M. Sleet and entered in *PharmaStem Therapeutics, Inc. v. ViaCell, Inc., et al.*, in the United States District Court for the District of Delaware, Civil Action No. 02-148 (GMS)..

3. Attached as Exhibit 3 is a true and correct copy of an Order dated November 10, 2004, signed by Honorable James S. Moody, Jr. and entered in *PharmaStem Therapeutics, Inc. v. Cyro-Cell International, Inc., et al.*, in the United States District Court for the Middle District of Florida Civil Action No. 8:04-CV-1740-T-30TGW.

4. Attached as Exhibit 4 is a true and correct copy of an Order entered December 17, 2004, in the United States District Court for the Eastern District of Pennsylvania Civil Action No. 2:04-CV-03561-RK.

---

[1] This Court may take judicial notice of filings and orders in other judicial proceedings. *See, e.g., In re Stac Electronics Securities Litigation*, 89 F. 3d 1399, 1405 (9th Cir. 1996).

1  Dated: January 14, 2005.

PILLSBURY WINTHROP LLP
William F. Abrams
Thomas F. Chaffin
Chang H. Kim
2475 Hanover Street
Palo Alto, CA 94304-1114

By _____
Attorneys for Defendants and
Counterclaimants
Monica Aszterbaum, M.D., Andrew
Cassidenti, M.D., Eunice U. Lee, M.D.,
Carla Wells, M.D., Anita York, M.D.,
Bruce A. Hagadorn, M.D., Rajasree T.
Seshadri, M.D., and Arthur Goldstein,
M.D.