# EXHIBIT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

05 - 152

PHARMASTEM THERAPEUTICS,
INC.,

    Plaintiff,

v.                              Case No. 8:04-cv-1740-T-30TGW

CRYO-CELL INTERNATIONAL, INC.
and BRUCE ZAFRAN,

    Defendants.
_____/

RECEIVED MAY 11 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## ORDER

THIS CAUSE came before the Court for a status conference on November 9, 2004. The Court, having heard the arguments of counsel and being otherwise fully advised, finds that this matter should be stayed for a period of one-hundred-twenty (120) days pending the Judicial Panel on Multidistrict Litigation's ("JPML") decision on Cryo-Cell International, Inc.'s Motion to Transfer for Consolidation. At the conclusion of the one-hundred-twenty (120) day period, if the JPML has not made a decision on the motion to transfer, Plaintiff may file a request for a hearing on its motion for preliminary injunction.

It is therefore ORDERED AND ADJUDGED that:

1. This action is STAYED for a period of one-hundred-twenty (120) days from the date of this Order.

2. The parties are directed to file a status report at the end of the one-hundred-twenty (120) day period.

DONE and ORDERED in Tampa, Florida on November 10, 2004.

*James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04 cv-1740 stay pending mdl.wpd