```
 1  PILLSBURY WINTHROP LLP
    William F. Abrams (State Bar No. 88805)
 2  Thomas F. Chaffin (State Bar No. 112368)
    Chang H. Kim (State Bar No. 195554)
 3  2475 Hanover Street
    Palo Alto, CA 94304-1114
 4  Telephone: (650) 233-4500
    Facsimile:  (650) 233-4545
 5
    Attorneys for Defendants and Counterclaimants
 6  Monica Aszterbaum, M.D., Andrew Cassidenti, M.D.,
    Eunice U. Lee, M.D., Carla Wells, M.D., Anita York, M.D.,
 7  Bruce A. Hagadorn, M.D., Rajasree T. Seshadri, M.D., and
    Arthur Goldstein, M.D.
 8
                    UNITED STATES DISTRICT COURT                    05 -  152
 9                 CENTRAL DISTRICT OF CALIFORNIA
                          SOUTHERN DIVISION
10
11  PHARMASTEM THERAPEUTICS,  )
    INC., a Delaware corporation,  )   Case No. SA-CV-04-921 GLT-(ANx)
12                                 )
                 Plaintiff,        )   CERTIFICATE OF SERVICE
13                                 )
         vs.                       )
14                                 )
    CURESOURCE, INC., a South      )
15  Carolina corporation, MONICA   )
    ASZTERBAUM, an individual,     )
16  ANDREW CASSIDENTI, an          )
    individual, EUNICE U. LEE, an  )
17  individual, CARLA WELLS, an    )
    individual, ANITA YORK, an     )
18  individual, ELIOT ROMERO, an   )
    individual, KATHY ANDERSON, an )
19  individual, NASRIN FARBAKHSH,  )
    an individual, BRUCE A.        )
20  HAGADORN, an individual,       )
    RAJASREE T. SESHADRI, an       )
21  individual, ARTHUR GOLDSTEIN,  )
    an individual, and CHARLES W.  )
22  MONIAK, an individual,         )
                                   )
23               Defendants.       )
                                   )
24  RELATED COUNTERCLAIMS          )
                                   )
25
26      I am a citizen of the United States and a resident of the State of California. I am
27  employed in Santa Clara County, State of California, in the office of a member of the bar of
28  this Court, at whose direction the service was made. I am over the age of eighteen years,
```

Received stamps: FILED 2005 JAN 14 PM 2:22 U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA; RECEIVED MAY 11 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE; BY FAX; DOCKETED ON CM JAN 20 2005 BY /074

- 1 -    CERTIFICATE OF SERVICE
Case No. SA-CV-04-921 GLT-(ANx)



1  and not a party to the within action. My business address is 2475 Hanover Street, Palo
2  Alto, California 94304. On the dates set forth below I served:

3  1) **DEFENDANTS AND COUNTERCLAIMANTS' REPLY TO PHARMASTEM THERAPEUTICS, INC.'S OPPOSITION TO MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM**

2) **DECLARATION OF CHANG H. KIM IN SUPPORT OF DEFENDANTS AND COUNTERCLAIMANTS' REPLY TO PHARMASTEM THERAPEUTICS, INC.'S OPPOSITION TO MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE MULTIDISTRICT LITIGATION MOTION TO TRANSFER FOR CONSOLIDATION AND COORDINATION OF PRETRIAL PROCEEDINGS IN A SINGLE FORUM**

3) **DEFENDANTS AND COUNTERCLAIMANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO STAY**

X  (BY MAIL) I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Palo Alto, California. I am readily familiar with the practice of Pillsbury Winthrop LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

(BY PERSONAL SERVICE) I delivered to an authorized courier or driver authorized by Professional Legal Services, Inc. to receive documents to be delivered on the same date.

Lisa Kobialka
Paul Joseph Andre
Amanda Michelle Fox
PERKINS COIE
101 Jefferson Drive
Menlo Park, CA 94025-1114
(650) 838-4300
lkobialka@perkinscoie.com

X  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on January 14, 2005 at Palo Alto, California.

Albert V. Guzman