05 - 152

**FILED** JAN 20 2005
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pharmastem Therapeutics<br><br>PLAINTIFF(S),<br>v.<br>Curesource, Inc., et al<br><br>DEFENDANT(S), | CASE NUMBER<br><br>SACV 04-921 GLT (ANx)<br><br>NOTICE OF CLERICAL ERROR<br>(Non-E-filed Document(s)) |

**RECEIVED** MAY 11 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

TO:   U. S. District Judge(s)
      U. S. Magistrate Judge(s)
      Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of Scanned Document: _____

Filed Date: 1/14/05 _____   Document Number: 59 _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Order finding as moot [58] Request for Judicial Notice was incorrectly assigned document number 59. This entry should not have been assigned a document number.

CLERK, U.S. DISTRICT COURT

Date 1/20/05 _____   By: Ed Sambrano
                                    Deputy Clerk

DOCKETED ON CM  JAN 20 2005  BY

cc: Intake Supervisor / Deputy In Charge

G-11 (01/05)   **NOTICE OF CLERICAL ERROR**
               **(NON E-FILED DOCUMENT(S))**

074