05-152

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., <br><br> Plaintiff(s) <br><br> v. <br><br> CURESOURCE, INC., ET AL., <br><br> Defendant(s). | CASE NUMBER <br><br> SACV 04-921-GLT(ANx) <br><br> **SETTLEMENT PROCEDURE SELECTION:** <br> **NOTICE, REQUEST AND ORDER** |

Pursuant to Local Rule 16-14, the parties recommend that the Court approve the following settlement procedure:

☒ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the:   ☐ district judge *or*
☒ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: 1-14-04                         _____
                                        Attorney For Plaintiff
Dated: 1/21/05                         _____
                                        Attorney For Plaintiff
Dated: _____                     _____
                                        Attorney For Defendant
Dated: _____                     _____
                                        Attorney For Defendant

IT IS SO ORDERED, the above request is:
☒ APPROVED.
☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

*For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.*

Dated: 1/25/05                         _____
                                        United States District Judge/Magistrate Judge
                                        GARY L. TAYLOR

cc: *Attorney Settlement Officer Panel Coordinator*

ADR-01 (05/03)          SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., <br><br>Plaintiff(s) <br>v. <br><br>CURESOURCE, INC., ET AL., <br><br>Defendant(s). | CASE NUMBER <br><br>SACV 04-921-GLT(ANx) <br><br>**SETTLEMENT PROCEDURE SELECTION:** <br>**NOTICE, REQUEST AND ORDER** |

Pursuant to Local Rule 16-14, the parties recommend that the Court approve the following settlement procedure:

☒ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the:     ☐ district judge *or*
   ☒ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: 1-14-04                                   _____
                                                 Attorney For Plaintiff
Dated: _____                         _____
                                                 Attorney For Plaintiff
Dated: _____                         _____
                                                 Attorney For Defendant
Dated: _____                         _____
                                                 Attorney For Defendant

**IT IS SO ORDERED**, the above request is:
   ☐ APPROVED.
   ☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

*For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.*

Dated: _____                         _____
                                                 United States District Judge/Magistrate Judge

cc: *Attorney Settlement Officer Panel Coordinator*

ADR-01 (05/03)                  SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER