



**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

SHERRI R. CARTER
District Court Executive and
Clerk of Court

May 4, 2005



Mr. Peter T. Dalleo, Clerk
Office of the Clerk
U.S. District Court, District of Delaware
Lockbox 18
844 King Street
Wilmington, Delaware 19801

Re:   MDL __1660__   In Re: Pharmastem Therapeutics, Inc., Patent Litigation

Transfer of our Civil Case No. SACV 04-00921-GLT(ANx)

Case Title: Pharmastem Therapeutics vs Curesource, Inc., et al.

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with a copy of the order and a certified copy of the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By  K. Kirksey Smith
Deputy Clerk

**DOCKETED ON CM
MAY - 4 2005
BY ___ 067**

cc:   *All counsel of record*
      *Clerk, MDL Panel*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and, if not already assigned, we have assigned this matter the following case number: _____.

Clerk, U.S. District Court

By _____
Deputy Clerk

CV-117 (5/00)                TRANSMITTAL LETTER - MDL CASE TRANSFER OUT