# REEXAMINATION CERTIFICATE (4033rd)

## United States Patent [19]

Boyse et al.

[11] **B1 5,004,681**

[45] Certificate Issued **Apr. 11, 2000**

[54] PRESERVATION OF FETAL AND NEONATAL HEMATOPOIETIC STEM AND PROGENITOR CELLS OF THE BLOOD

[75] Inventors: Edward A. Boyse, New York, N.Y.; Hal E. Broxmeyer, Indianapolis, Ind.; Gordon W. Douglas, New York, N.Y.

[73] Assignee: Biocyte Corp., New York, N.Y.

Reexamination Request:
No. 90/003,182, Aug. 30, 1993

Reexamination Certificate for:
Patent No.: 5,004,681
Issued: Apr. 2, 1991
Appl. No.: 07/119,746
Filed: Nov. 12, 1987

[51] Int. Cl.$^7$ .................. A01N 1/02; A61K 35/14
[52] U.S. Cl. .................. 435/2; 424/529; 424/93.1; 424/93.7; 435/240.1; 435/240.2; 435/948
[58] Field of Search .................. 435/2, 240.1, 240.2, 435/948; 424/93 R, 93 U, 529, 93.1, 93.7

[56] **References Cited**

U.S. PATENT DOCUMENTS

4,059,967  11/1977  Rowe et al. .................. 62/64
4,812,310   3/1989  Sato et al. .................. 424/101
4,980,277  12/1990  Junnilla .................. 435/2

FOREIGN PATENT DOCUMENTS

241578 A2   10/1987  European Pat. Off..
29 29 278 A1  1/1981  Germany.
WO 89/04168   5/1989  WIPO.

OTHER PUBLICATIONS

Besalduch, May 1985, Thesis, Naturaleza Y Characteristicas De Los Precursors Granulocitico-Macrofagicos En Sangre De Cordon, presented at the University of Valencia (in Spanish with English translation of pp. 100–101).
Butler, 1996, Nature News 382:99.
Fernandez-Delgado et al., 1986, An. Esp. Pediatr. 24:221–226.
Hows et al., 1981, The Lancet, pp. 1193–1194.
Koike, 1983, Acta. Paediatr. Japan 25:275–283.
Papayannopoulou et al., 1986, Blood 67:99–104.
Radvany et al., Tissue Antigens 24:265–269.
Rubenstein, 1997, Declaration Under Article 117(1) In Support of the Opposition By Thermogenesis Corporation, with Exhibits A–F.
Sigma Diagnostics, 1988, Histopaque–1077, Revised Procedure.
Williams et al., 1986, Hum. Immunol. 17:302–310.
Wintrobe, 1980, Exposition and Glossary in *Blood, Pure and Eloquent*, Wintrobe, M. (ed.), McGraw-Hill Book Co., pp. 727–736.
Douay et al., Exp. Hematol. 14: 358–365 (1986).
Barr et al., 1975, Science 190:284–285.
Fliedner, 1978, Advances in Hematopoietic Stem Cell Research: Their Significance for Clinical Hematology. In: Proc. of the XIIth Congress of the Internat. Society of Hematology, pp. 63–68.
Shope, et al., *Proceedings of the Society for Experimental Biology and Medicine*, 157 326–329 (1978).
Moretti, et al., *Fetal Liver Transplantation*, pp. 121–133, copyright 1985 by Alan R. Liss, Inc. Prog. Clin. Biol. Res.193 pp. 121–133.
Hassan, et al., Brit. J. Haematol., 41, 477, (1978).
*The Lancet*, pp. 1193–1194, May 30, 1981.
Fliedner and Calvo, *Fetal Liver Transplantation, Current Concepts and Future Directions*, "Proceedings of the First International Symposium onFetal Liver Transplantation, Pesaro Italy, Sep., 1979" pp. 305–309.
Ende, *Virginia Medical Monthly*, 99, 276 Mar. 1972.
Lowenberg, Bob, Fetal Liver Cell Transplantation, Role and nature of the fetal haemopoietic stem cell, Uitgeverij Waltman-Delft—1975, Section 1.3.6, "Fetal liver cell transplantation in man" pp. 25–28 and p. 36.
Ueno, et al. Exp. Hematol., 9, 716–722 (Aug. 1981).
Knutzon, Blood, 43 357 (Mar., 1974).
Prundull, et al. *Acta Paediatr. Scand.*, 67, 413 (1978).
Korbling, et al., Blood, 67 (2), 529–532 (1986).
Castaugne, *Brit. J. Haematol.*, 63(1), 209–211 (1986).
Thompson, May 12, 1995, "Umbilical Cords: Turning Garbage Into Clinical Gold," Science 268;805–806.
Stephenson, Jun. 21, 1995, "Terms of engraftment: umbilical cord blood transplants arouse enthusiasm," Journal of the American Medical Association 273(23):1813–1815.
Wagner et al., Jul. 23, 1995, "Allogeneic sibling umbilical-cord-blood transplantation in children with malignant and non-malignant disease," The Lancet 346:214–219.
Jul. 6, 1995, "Transplantation of Cord-Blood Cells," N. Engl. J. Med. 333(1):67–69.
Gale, Feb. 9, 1995, "Cord-Blood-Cell Transplantation—A Real Sleeper?" N. Engl. J. Med. 332(6):392–394.
Thomas, Sep./Oct. 1995, "Hematopoietic stem cell transplantation," Scientific American Science & Medicine, pp. 38–47.
Valeri, *Blood Banking & The Use of Frozen Blood Products*, Chapter 1, p. 1–7 (1976).
Karp et al, Biol. Abstr, 80(2): AB–624 (1985).

(List continued on next page.)

*Primary Examiner*—Jean C. Witz

[57] **ABSTRACT**

The present invention relates to hematopoietic stem and progenitor cells of neonatal or fetal blood that are cryopreserved, and the therapeutic uses of such stem and progenitor cells upon thawing. In particular, the present invention relates to the therapeutic use of fetal or neonatal stem cells for hematopoietic (or immune) reconstitution. Hematopoietic reconstitution with the cells of the invention can be valuable in the treatment or prevention of various diseases and disorders such as anemias, malignancies, autoimmune disorders, and various immune dysfunctions and deficiencies. In another embodiment, fetal or neonatal hematopoietic stem and progenitor cells which contain a heterologous gene sequence can be used for hematopoietic reconstitution in gene therapy. In a preferred embodiment of the invention, neonatal or fetal blood cells that have been cryopreserved and thawed can be used for autologous (self) reconstitution.

Exhibit 2
-51-

OTHER PUBLICATIONS

Gorin, Clinics in Haematology, vol. 15, No. 1, pp. 19–48 (Feb. 1986.

Nakahata et al, J. Clin. Invest., vol. 70, pp. 1324–1328 (Dec. 1982).

Abboud et al., 1992, "Study of early hematopoietic precursors in human cord blood," Exp. Hematol. 20:1043–1047.

Alby, 1992, "The child conceived to give life," Bone Marrow Transpl. 9(Suppl. 1):95–96.

Andrews et al., 1986, "The L4F3 antigen is expressed by unipotent and multipotent colony-forming cells but not by their precursors," Blood 68(5):1030–1035.

Auerbach et al., 1990, "Prenatal identification of potential donors for umbilical cord blood transplantation for Fanconi anemia," Transfusion 30(8):682–687.

Ballantyne, 1993, "A cord linking life and life," The Times, May 6, 1993.

Bell et al., 1987, "Use of circulating stem cells to accelerate myeloid recovery after autologous bone marrow transplantation," Br. J. Haematol. 67:252–253.

Boyum, 1968, "Isolation of mononuclear cells and granulocytes from human blood," Scand. J. Clin. Lab. Invest. 21(Suppl. 97):77–89.

Broxmeyer, 1983, "Colony assays of hematopoietic progenitor cells and correlations to clinical situations," CRC Critical Reviews in Oncology/Hematology 1(3):227–257.

Broxmeyer et al., 1990, "Human umbilical cord blood: A clinically useful source of transplantable hematopoietic stem/progenitor cells," Intl. J. Cell Cloning 8(Suppl. 1):76–91.

Broxmeyer et al., 1991, "Umbilical cord blood hematopoietic stem and repopulating cells in human clinical transplantation," Blood Cells 17:313–329.

Broxmeyer et al., 1992, "Growth characteristics and expansion of human umbilical cord blood and estimation of its potential for transplantation in adults," Proc. Natl. Acad. Sci. USA 89:4109–4113.

Broxmeyer et al., 1992, "Clinical and biological aspects of human umbilical cord blood as a source of transplantable hematopoietic stem and progenitor cells," Bone Marrow Transpl. 9(Suppl. 1):7–10.

Broxmeyer et al., 1994, "Cord blood transplantation: An update," abstract to be presented Aug., 1994 at The Meeting of Intl. Soc. Exp. Hematol.

Cairo et al., 1992, "The in vitro effects of stem cell factor and PIXY321 on myeloid progenitor formation (CFU–GM) from immunomagnetic separated CD34+ cord blood," Pediatric Res. 32(3):277–281.

Chang et al., 1989, "The use of bone marrow cells grown in long-term culture for autologous bone marrow transplantation in acute myeloid leukaemia: an update," Bone Marrow Transplantation 4:5–9.

Charbord et al., 1992, "The separation of human cord blood by density gradient does not induce a major loss of progenitor cells," Bone Marrow Transplantation 9(Suppl. 1):109–110.

Clifford et al., 1961, "Nitrogen-mustard therapy combined with autologous marrow infusion," Lancet:687–690.

Coulombel et al., 1985, "Long-term marrow culture of cells from patients with acute myelogenous leukemia," J. Clin. Invest. 75:961–969.

Falkenburg et al., 1993, "Separation, enrichment, and characterization of human hematopoietic progenitor cells from umbilical cord blood," Ann. Hematol. 67:231–236.

Gluckman et al., 1989, "Hematopoietic reconstitution in a patient with Fanconi's anemia by means of umbilical-cord blood from an HLA-identical sibling," N. Engl. J. Med. 321(17):1174–1178.

Gluckman et al., 1990, "Cord blood transplantation in two patients with Fanconi Anemia," Bone Marrow Transplantation 5(Suppl. 2):42.

Gluckman et al., 1992, "Clinical applications of stem cell transfusion from cord blood and rationale for cord blood banking," Bone Marrow Transplantation 9(Suppl. 1):114–117.

Gordon et al., 1985, "4-hydroperoxycyclophosphamide inhibits proliferation by human granulocyte-macrophage colony-forming cells (GM–CFC) but spares more primitive progenitor cells," Leukemia Research 9:1017–1021.

Hows et al., 1992, "Growth of human umbilical-cord blood in longterm haemopoietic cultures," Lancet 340:73–76.

Issaragrisil, 1994, "Cord blood transplantation in thalassemia," Blood Cells (manuscript in press).

Jacobsen et al., 1979, "Colony-forming units in diffusion chambers (CFU-d) and colony-forming units in agar culture (CFU-c) obtained from normal human bone marrow: A possible parent-progeny relationship," Cell Tissue Kinet. 12:213–226.

Jaroff, 1993, "Brave new babies. In three landmark experiments involving gene therapy, doctors try to cure a rare hereditary disease," Time Magazine, May, 31, 1993.

Kaizer et al., 1985, "Autologous bone marrow transplantation in acute leukemia: A phase I study of in vitro treatment of marrow with 4-hydroperoxycyclophosphamide to purge tumor cells," Blood 65(6):1504–1510.

Kernan et al., 1994, "Umbilical cord blood infusion in a patient for correction of Wiskott Aldrich Syndrome," Blood Cells (manuscript in press).

King, 1961, "Use of total-body radiation in the treatment of far-advanced malignancies," J.A.M.A 177(9):610–613.

Kohli-Kumar et al., 1993, "Haemopoietic stem/progenitor cell transplant in Fanconi anaemia using HLA-matched sibling umbilical cord blood cells," Br. J. Haemotol. 85:419–422.

Kurnick et al., 1958, "Preliminary observations on the treatment of postirradiation hematopoietic depression in man by the infusion of stored autogenous bone marrow," Ann. Int. Med. 49(5):973–986.

Kurnick, 1962, "Autologous and isologous bone marrow storage and infusion in the treatment of myelo-suppression," Transfusion 2:178–187.

Kurtzberg et al., 1994, "The use of umbilical cord blood in mismatched related and unrelated hematopoietic stem cell transplantation," Blood Cells (manuscript in press).

Linch and Brent, 1989, "Can cord blood be used?," Nature 340:676.

Lorenz et al., 1951, "Modification of irradiation injury in mice and guinea pigs by bone marrow injections," J. Natl. Cancer Inst. 12:197–201.

Lu et al., 1993, "Enrichment, characterization, and responsiveness of single primitive $CD34^{+++}$ human umbilical cord blood hematopoietic progenitors with high proliferative and replating potential," Blood 81(1):41–48.

McFarland et al., 1959, "Autologous bone marrow infusion as an adjunct in therapy of malignant disease," Blood 14(5):503–521.

McGlave, 1991, "An expanded role for cord blood transplantation," Blood Cells 17:330–337.

Exhibit 2
-52-

McGovern et al., 1959, "Treatment of terminal leukemia relapse by total-body irradiation and intavenous infusion of stored autologous bone marrow obtained during remission," 260(14):675-683.

Migliaccio et al., 1992, "Long-term generation of colony-forming cells in liquid culture of $CD34^+$ cord blood cells in the presence of recombinant human stem cell factor," Blood 79:2620-2627.

Moritz et al., 1993, "Human cord blood cells as targets for gene transfer: Potential use in genetic therapies of severe combined immunodeficiency disease," J. Exp. Med. 178:529-536.

Nathan, 1989, "The beneficence of neonatal hematopoiesis," N. Engl. J. Med. 321(17):1190-1191.

Newton et al., 1959, "Total thoracic supervoltage irradiation followed by the intravenous infusion of stored autogenous marrow," Br. Med. J. 1:531-535.

Pegg et al., 1962, "The clinical application of bone marrow grafting," Br. J. Cancer 16:417-435.

Pollack et al., 1991, "DNA amplification for DQ typing as an adjunct to serological prenatal HLA typing for the identification of potential donors for umbilical cord blood transplantation," Hum. Immunol. 30(1):45-49.

Richman et al., 1976, "Increase in circulating stem cells following chemotherapy in man," Blood 47(6):1031-1039.

Robertson et al., 1992, "Human bone marrow depleted of CD33-positive cells mediates delayed but durable reconstitution of hematopoiesis: Clinical trial of MY9 monoclonal antibody-purged autografts for the treatment of acute myeloid leukemia," Blood 79(9):2229-2236.

Rowley et al., 1985, "Human multilineage progenitor cell sensitivity to 4-hydroperoxycyclophosphamide," Exp. Hematol. 13:295-298.

Rubinstein et al., 1993, "Stored placental blood for unrelated bone marrow reconstitution," Blood 81(7):1679-1690.

Schaison, 1992, "The child conceived to give life. The point of view of the hematologist," Bone Marrow Transplantation 9(Suppl. 1):93-94.

Siena et al., 1985, "Effects of in vitro purging with 4-hydroperoxycyclophosphamide on the hematopoietic and microenvironmental elements of human bone marrow," Blood 65(3):655-662.

Socie et al., 1994, "Search for maternal cells in human umbilical cord blood by polymerase chain reaction amplification of two minisatellite sequences," Blood 83(2):340-344.

Stone, 1992, "Banking on umbilical cords," Science 257:615.

Thierry et al., 1992, "Hematopoietic progenitors cells in cord blood," Bone Marrow Transplantation 9(Suppl. 1):101-104.

Thomas et al., 1957, "Intravenous infusion of bone marrow in patients receiving radiation and chemotherapy," N. Engl. J. Med. 257(11):491-496.

Thomas and Storb, 1970, "Technique for human marrow grafting," Blood 36(4):507-515.

Thomas et al., 1977, "One hundred patients with acute leukemia treated by chemotherapy, total body irradiation, and allogeneic marrow transplantation," Blood 49(4):511-533.

Van Brunt, 1993, "Storage bank established for cord blood stem cells," BioWorld Today, Nov. 19, pp. 1-5.

Vilmer et al., 1992, "HLA-mismatched cord-blood transplantation in a patient with advanced leukemia," Transplantation 53(5):1155-1157.

Vowels et al., 1993, "Brief Report: Correction of X-linked lymphoproliferative disease by transplantation of cord-blood stem cells," N. Engl. J. Med. 329(22):1623-1625.

Vowels et al., 1994, "Use of granulocyte-macrophage colony stimulating factor in two children treated with cord blood transplantation," Blood Cells (manuscript in press).

Wagner et al., 1992, "Transplantation of umbilical cord blood after myeloablative therapy: Analysis of engraftment,", Blood 79(7):1874-1881.

Wagner and Broxmeyer, 1992, "Response," Blood 80:1624.

Wagner et al., 1993, "Allogeneic umbilical cord blood transplantation: Report of Results in 26 patients," Blood 82(10) (Supp 1): Abstract 330.

Wagner, 1994, "Umbilical cord blood transplantation, overview of the clinical experience," Blood Cells (manuscript in press).

Yeager et al., 1986, "Autologous bone marrow transplantation in patients with acute nonlymphocytic leukemia, using ex vivo marrow treatment with 4-hydroperoxycyclophosphamide," N. Engl. J. Med. 315(3):141-147.

"New ADA gene therapy trial begins in US," SCRIP No. 1829, Jun. 15, 1993, p. 26.

"CellPro starts SCID gene therapy," Biotech. Business News, May 21, 1993.

"Blood Div. panel eyes clinical needs in defining basic research programs," The HLB Newsletter, Jun. 23, 1994, 10(9), pp. 1, 73 and 74.

McGann et al., 1981, "Cryopreservation of human peripheral blood stem cells: optimal cooling and warming conditions," Cryobiology 18:469-472.

Bernstein et al., 1985, "Gene Transfer with Retrovirus Vectors," in Genetic Engineering: Principles and Method, Setklow and Hollaender, eds., 7:235-261.

Broxmeyer et al., 1989, "Human umbilical cord blood as a potential source of transplantable hematopoietic stem/progenitor cells," Proc. Natl. Acad. Sci. USA 86:3828-3832.

Chang et al., 1986, "Reconstitution of haematopoietic system with autologous marrow taken during relapse of acute myeloblastic leukaemia and grown in long-term culture," The Lancet, pp. 294-295.

Dick et al., 1985, "Introduction of a selectable gene into primitive stem cells capable of long-term reconstitution of the hematopoietic system of $W/W^v$ mice", Cell 42:71-79.

Dick et al., 1986, "Genetic manipulation of hematopoietic stem cells with retrovirus vectors," in Trends in Genetics. DNA, Differentiation & Development, Elsevier Publications, Stewart, ed., pp. 165-170.

Dick, 1987, "Retrovirus-mediated gene transfer into hematopoietic stem cells," in Biological Approaches to the Controlled Delivery of Drugs, New York Academy of Sciences, pp. 242-251.

Eglitis et al., 1987, "Gene therapy: efforts at developing large animal models for autologous bone marrow transplant and gene transfer with retroviral vectors" in Molecular Approaches to Human Polygenic Disease, Wiley, Chichester (Ciba Foundation Symposium 130), pp. 229-246.

Eglitis et al., 1988, "Retroviral-mediated gene transfer into hematopoietic stem cells," in Molecular Biology of Hemopoiesis, Plenum Press, New York, pp. 19-27.

Ekhterae et al., 1988, "Comparison of the efficiency of $neo^R$ transfer into fetal and adult hematopoietic progenitors in vitro," Blood 72(5), Suppl. 1, 386a, Abstr. 1453.

Exhibit 2
-53-

Ekhterae et al., 1990, "Retroviral vector–mediated transfer of the bacterial neomycin resistance gene into fetal and adult sheep and human hematopoietic progenitors in vitro," Blood 75(2):365–369.

Gabutti et al., 1975, "Behaviour of human haemopoietic stem cells in cord and neonatal blood," Haematologica 60(4):60.

Gruber et al., 1985, "Retroviral vector–mediated gene transfer into human hematopoietic progenitor cells," Science 230:1057–1061.

Hermonat and Muzyczka, 1984, "Use of adeno–associated virus as a mammalian DNA cloning vector: transduction of neomycin resistance into mammalian tissue culture cells," Proc. Natl. Acad. Sci. USA 81:6466–6470.

Hock and Miller, 1986, "Retrovirus–mediated transfer and expression of drug resistance genes in human haematopoietic progenitor cells," Nature 320:275–277.

Hogge and Humphries, 1987, "Gene transfer to primary normal and malignant human hemopoietic progenitors using recombinant retroviruses," Blood 69:611–617.

Karp et al., 1985, "Treatment of the blastic transformation of chronic granulocyte leukemia using high dose 1,3–bis–(2–chloroethyl)–1–nitrosourea chemotherapy and cryopreserved autologous peripheral blood stem cells," Biol. Abstr. 80(2):AB–624.

Karp et al., 1985, "Treatment of the blastic transformation of chronic granulocytic leukemia using high dose BCNU chemotherapy and cryopreserved autologous peripheral blood stem cells," Am. J. Hematology 18:243–249.

Karson et al., 1987, "Retrovirus–mediated gene transfer into fetal hematopoietic cells," Arch. AIDS Res. 1(2–3):148.

Karson et al., 1992, "Prospects for human gene therapy," J. Reprod. Med. 37(6):508–514.

Keller et al., 1985, "Expression of a foreign gene in myeloid and lymphoid cells derived from multipotent haematopoietic precursors," Nature 318:149–154.

Knight, 1980, Preservation of leukocytes, in *Low Temperature Preservation in Medicine and Biology*, Ch. 6, Ashwood–Smith and Farrant (eds.), University Park Press, Baltimore, MD, pp. 121–137.

Kohn et al., 1987, "Retroviral–mediated gene transfer into mammalian cells," Blood Cells 13:285–298.

Lemischka et al., 1986, "Developmental potential and dynamic behavior of hematopoietic stem cells," Cell 45:917–927.

Löwenberg, 1975, "Fetal liver cell transplantation. Role and nature of the fetal haemopoietic stem cell," Radiobiological Institute of the Organization for Health Research TNO, Rijswijk (Z.H.), The Netherlands, Table of Contents, and pp. 11–36, and 115–123.

Newton et al., 1993, "Toward cord blood banking: density–separation and cryopreservation of cord blood progenitors," Exp. Hematol. 21:671–674.

O'Reilly et al., 1985, "A comparative review of the results of transplants of fully allogeneic fetal liver and HLA–haplotype mismatched, T–cell depleted marrow in the treatment of severe combined immunodeficiency," in Fetal Liver Transplantation, Gale, R.P., et al. (eds.), Alan R. Liss, Inc. NY, pp. 327–342.

Salahuddin et al., 1981, "Long–term suspension cultures of human cord blood myeloid cells," Blood 58(5):931–938.

Salser et al., 1981, "Gene therapy techniques: use of drug resistance selections in intact animals to insert human globin genes into bone marrow cells of living mice," in *Organization and Expression of Globin Genes*, Alan R. Liss, Inc., New York, pp. 313–334.

Smith and Broxmeyer, 1986, "The influence of oxygen tension on the long–term growth in vitro of haematopoietic progenitor cells from human cord blood," Br. J. Haematol. 63:29–34.

Toneguzzo et al., 1986, "Stable expression of selectable genes introduced into human hematopoietic stem cells by electric field–mediated DNA transfer," Proc. Natl. Acad. Sci. USA 83:3496–3499.

Williams et al., 1984, "Introduction of new genetic material into pluripotent haematopoietic stem cells of the mouse," Nature 310:476–480.

Williams et al., 1987, "Characterization of hematopoietic stem and progenitor cells," Immunol. Res. 6:294–304.

Exhibit 2
-54-

B1 5,004,681

# REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in Italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

Claims 6–9 are cancelled.

Claims 1–4 are determined to be patentable as amended.

Claim 5, dependent on an amended claim, is determined to be patentable.

1. A *cryopreserved therapeutic* composition comprising:
[(a) a plurality of viable human neonatal or fetal hematopoietic stem cells derived from the blood; and
(b) a cryopreservative] *viable human neonatal or fetal hematopoietic stem cells derived from the umbilical cord blood or placental blood of a single human collected at the birth of said human, in which said cells are present in an amount sufficient to effect hematopoietic reconstitution of a human adult; and an amount of cryopreservative sufficient for cryopreservation of said cells.*

2. [A] *The* composition of claim 1 which further comprises [a] viable human neonatal or fetal hematopoietic progenitor cells.

3. [A] *The* composition of claim 1 *in* which [further comprises] *said cells are contained in* whole neonatal or fetal blood.

4. [A] *The* composition of claim 1 which further comprises an anticoagulant.

* * * * *

Exhibit 2
-55-

# United States Patent [19]
## Boyse et al.

[11] Patent Number: **5,004,681**
[45] Date of Patent: **Apr. 2, 1991**

[54] **PRESERVATION OF FETAL AND NEONATAL HEMATOPOIETIC STEM AND PROGENITOR CELLS OF THE BLOOD**

[75] Inventors: Edward A. Boyse, New York, N.Y.; Hal E. Broxmeyer, Indianapolis, Ind.; Gordon W. Douglas, New York, N.Y.

[73] Assignee: Biocyte Corporation, New York, N.Y.

[21] Appl. No.: 119,746

[22] Filed: Nov. 12, 1987

[51] Int. Cl.$^5$ .................... A01N 1/02; A61K 35/14
[52] U.S. Cl. ........................................ 435/2; 424/529
[58] Field of Search ............................ 435/2; 424/101

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,344,617 | 10/1967 | Rinfret et al. | 435/2 |
| 3,758,382 | 9/1973 | Knorpp | |
| 4,004,975 | 1/1977 | Lionetti et al. | |
| 4,224,404 | 9/1980 | Viza et al. | |
| 4,396,601 | 8/1983 | Salser et al. | |
| 4,714,680 | 12/1987 | Civin | |
| 4,721,096 | 1/1988 | Naughton et al. | |

### OTHER PUBLICATIONS

Gluckman et al., 1980, Brit. J. Haematol. 45:557–564.
Abrams et al., 1983, J. Cell. Biochem. Suppl. 7A:53 (Abstr. 0128).
Raghavachar et al., 1983, J. Cell. Biochem. Suppl. 7A:78 (Abstr. 0198).
Champlin et al., 1983, J. Cell. Biochem. Suppl. 7A:78 (Abstr. 0200).
Gluckman et al., 1983, Brit. J. Haematol. 54:431–440.
Gluckman et al., 1984, Sem. Hematol. 21(1):20–26.
Gluckman et al., 1985, The Cancer Bulletin 37(5):238–242.
Ende, M., 1966, Pac. Med. & Surg. 74:80–82.
Ende, M. and Ende, N., 1972, Va. Med. Monthly 99:276–280.
Knudtzon, 1974, Blood 43(3):357–361.
Prindull et al., 1978, Acta Paediatr. Scand. 67:413–416.
Fauser and Messner, 1978, Blood 52(6):1243–1248.
Hassan et al., 1979, Brit. J. Haematol 41:477–484.
Vainchenker et al., 1979, Blood Cells, 5:25–42.
Tchernia et al., 1981, J. Lab. Clin. Med. 97(3):322–331.
Nakahata and Ogawa, 1982, J. Clin. Invest. 70:1324–1328.
Linch et al., 1982, Blood 59(5):976–979.
Koizumi et al., 1982, Blood 60(4):1046–1049.
Thomas et al., Feb. 5, 1972, The Lancet, pp. 284–289.
Storb and Thomas, 1983, Immunol. Rev., 71:77–102.
O'Reilly et al., 1984, Sem. Hematol. 21(3):188–221.
Herzig, 1983, in Bone Marrow Transplantation, Weiner et al., eds., The Committee on Technical Workshops, American Association of Blood Banks, Arlington, Va.
Dicke et al., 1984, Sem. Hematol. 21(2):109–122.
Spitzer et al., 1984, Cancer 54 (Sep. 15 Suppl.):12-16–1225.
McGlave, 1985, in Recent Advances in Haematology, Hoffbrand, A. V., ed., Churchill Livingstone, London, pp. 171–197.
Nothdurft et al., 1977, Scand. J. Haematol. 19:470–481 [AS].

(List continued on next page.)

*Primary Examiner*—Sam Rosen
*Attorney, Agent, or Firm*—Pennie & Edmonds

[57] **ABSTRACT**

The present invention relates to hematopoietic stem and progenitor cells of neonatal or fetal blood that are cryopreserved, and the therapeutic uses of such stem and progenitor cells upon thawing. In particular, the present invention relates to the therapeutic use of fetal or neonatal stem cells for hematopoietic (or immune) reconstitution. Hematopoietic reconstitution with the cells of the invention can be valuable in the treatment or prevention of various diseases and disorders such as anemias, malignancies, autoimmune disorders, and various immune dysfunctions and deficiencies. In another embodiment, fetal or neonatal hematopoietic stem and progenitor cells which contain a heterologous gene sequence can be used for hematopoietic reconstitution in gene therapy. In a preferred embodiment of the invention, neonatal or fetal blood cells that have been cryopreserved and thawed can be used for autologous (self) reconstitution.

**9 Claims, 3 Drawing Sheets**

Exhibit 2
-56-

5,004,681

Page 2

OTHER PUBLICATIONS

Hershko et al., 1979, The Lancet 1:945–947.
Sarpel et al., 1979, Exp. Hemat. 7(2):113–120.
Goldman et al., 1980, Brit. J. Haematol. 45:223–231.
Prummer et al., 1985, Exp. Hematol. 13:891–898.
Juttner et al., 1985, Brit. J. Haematol. 61:739–745.
Reiffers et al., 1986, Exp. Hematol. 14:312–315.
Tilly et al., Jul. 19, 1986, The Lancet, pp. 154–155.
Korbling et al., 1986, Blood 67(2):529–532.
Castaigne et al., 1986, Brit. J. Jaematol. 63(1):209–211.
Juttner et al., 1986, Exp. Hematol. 14(6):465 (Abstr. 312).
Stiff et al., 1986, Exp. Hematol. 14(6):465 (Abstr. 311).
To and Juttner, 1987, Brit. J. Haematol. 66:285–28.
Tulunay et al., 1975, Proc. Natl. Acad. Sci. U.S.A. 72(10):4100–4104.
Touraine, 1980, Excerpta Medica Intl. 514:276–283.
Ochs et al., 1981, Pediatr. Res. 15(4 part 2):601.
Paige et al., 1981, J. Exp. Med. 153:154–165.
Hirokawa et al., 1982, Clin. Immunol. immunopathol. 22:297–304.
Vickery et al., 1983, J. Parasitol. 60(3):478–485.
Touraine, 1983, Birth Defects 19(3):139–142.
Good et al., 1983, Cellular Immunol. 82:36–54.
Cain et al., 1986, Transplantation 41(1):21–25.
Lovelock and Bishop, 1969, Nature 183:1394–1395.
42, Ashwood-Smith, 1961, Nature 190:1204–1205.
Rowe and Rinfret, 1962, Blood 20:636–637.
Rowe and Fellig, 1962, Fed. Proc. 21:157.
Rowe, 1966, Cryobiology 3(1):12–18.
Lewis et al., 1967, Transfusion 7(1):17–32.
Zuckerman et al., 1968, J. Clin. Pathol. (London) 21(1):109–110.
Rapatz et al., 1968, Cryobiology, 5(1):18–25.
Mazur, 1970, Science 168:939–949.
Robinson and Simpson, 1971, In Vitro 6(5):378.
Alink et al., 1976, Cryobiology 13:295–304.
Mazur, 1977, Cryobiology 14:251–272.
Kemp et al., 1978, Transplantation 26(4):260–264.
Fabian et al., 1982, Exp. Hematol. 10(1):119–122.
Hull, 1983, in American Type Culture Collection, Quarterly Newsletter 3(4):1.
Rowe and Lenny, 1983, Cryobiology 20:717 (Abstr. 70).
Stiff et al., 1983, Cryobiology 20:17–24.
Gorin, 1986, Clinics in Haematology 15(1):19–48.
Miller et al., 1984, Science 255:630.
Cline, 1985, Pharmac. Ther. 29:69–92.
Spalding, Jul. 29, 1987, Chemical Week, p. 27.

Exhibit 2
-57-

**U.S. Patent**   Apr. 2, 1991   Sheet 1 of 5   5,004,681



FIG. 1

Exhibit 2
-58-



FIG. 2

Exhibit 2
-59-



FIG. 3A

FIG. 3B



FIG. 4

Exhibit 2
-60-

5,004,681

| 1 | 2 |

# PRESERVATION OF FETAL AND NEONATAL HEMATOPOIETIC STEM AND PROGENITOR CELLS OF THE BLOOD

## TABLE OF CONTENTS

1. Introduction
2. Background of the Invention
   2.1. Hematopoietic Stem and Progenitor Cells
   2.2. Reconstitution of the Hematopoietic System
   2.3. Cryopreservation of Cells
   2.4. Gene Therapy
3. Summary of the Invention
   3.1. Definitions
4. Description of the Figures
5. Detailed Description of the Invention
   5.1. Isolation of Fetal or Neonatal Hematopoietic Stem and Progenitor Cells
      5.1.1. Collection of Neonatal Blood
         5.1.1.1. Volume
         5.1.1.2. Preferred Aspects
            5.1.1.2.1. Collection Kit
            5.1.1.2.2. Vaginal Delivery of the Term Infant
            5.1.1.2.3. Other Circumstances of Birth and Delivery
               5.1.1.2.3.1. Premature Birth
               5.1.1.2.3.2. Multiple Births
               5.1.1.2.3.3. Caesarian Delivery
               5.1.1.2.3.4. Complicated Delivery
               5.1.1.2.3.5. Abnormal Placenta
               5.1.1.2.3.6. Collection from the Delivered Placenta
               5.1.1.2.3.7. Medical Conditions of the Mother
               5.1.1.2.3.8. Unplanned Delivery
            5.1.1.2.4. Recordation of Data
      5.1.2. Inspection and Testing of Neonatal Blood
      5.1.3. Optional Procedures
         5.1.2.1. Enrichment for Hematopoietic Stem and Progenitor Cells: Cell Separation Procedures
         5.1.3.2. In Vitro Cultures of Hematopoietic Stem and Progenitor Cells
   5.2. Cryopreservation
   5.3. Recovering Stem and Progenitor Cells from the Frozen State
      5.3.1. Thawing
      5.3.2. Optional Procedures
   5.4. Examination of Cells Recovered for Clinical Therapy
      5.4.1. Identity Testing
      5.4.2. Assays for Stem and Progenitor Cells
   5.5. Hematopoietic Reconstitution
   5.6. Therapeutic Uses
      5.6.1. Diseases Resulting from a Failure or Dysfunction of Normal Blood Cell Production and Maturation
      5.6.2. Hematopoietic Malignancies
      5.6.3. Malignant Solid Tumors of Non-Hematopoietic Origin
      5.6.4. Autoimmune Disorders
      5.6.5. Gene Therapy
      5.6.6. Miscellaneous Disorders Involving Immune Mechanisms
6. Examples
   6.1. Collection of Human Umbilical Cord Blood and Placental Blood
   6.2. Hematopoietic Stem and Progenitor Cells in Collected Cord Blood
   6.3. Enrichment for Human Hematopoietic Stem and Progenitor Cells: Cell Separation Procedures
      6.3.1. Density Separations
      6.3.2. Adherence/Non-Adherence Separation
   6.4. Cryopreservation of Cord Blood Stem and Progenitor Cells
   6.5. Cell Thawing
   6.6. Human Hematopoietic Stem and Progenitor Cell Assays
      6.6.1. CFU-GM Assay
         6.6.1.1. Preparation of McCoy's 5A Medium
         6.6.1.2. Preparation of Human 5637 Urinary Bladder Carcinoma Cell Line Conditioned Medium
         6.6.1.3. Preparation of Murine Pokeweed Mitogen Spleen Cell Conditioned Medium
      6.6.2. BFU-E-2 and BFU-E-1/CFU-GEMM Assay
         6.6.2.1. Preparation of 2.1% Methyl Cellulose
         6.6.2.2. Preparation of Hemin
         6.6.2.3. Preparation of Iscove's Modified Dulbecco's Medium
      6.6.3. Stem Cell Colony Forming Unit Assay
      6.6.4. Assay of the Proliferative Status of Stem and Progenitor Cells
   6.7. Recovery After Freeze-Thawing of Human Hematopoietic Progenitor Cells Derived from Cord blood
   6.8. Calculations of the Reconstituting Potential of Cord Blood
   6.9. In Vitro Culture Conditions for Hematopoietic Stem and Progenitor Cells
   6.10 Mouse Dissection Protocols
      6.10.1. Bone Marrow Dissection
      6.10.2. Spleen Dissection
   6.11. Hematopoietic Reconstitution of Adult Mice with Syngeneic Fetal or Neonatal Stem Cells
      6.11.1. Hematopoietic Reconstitution of Lethally-Irradiated Mice with Stem Cells in Blood of the Near-Term Fetus
      6.11.2. Hematopoietic Reconstitution of Mice with a Lesser Volume of Near-Term Fetal Blood But Not with Adult Blood
      6.11.3. Hematopoietic Reconstitution with Blood of Newborn Mice in Volumes as Low as Ten Microliters
      6.11.4. Hematopoietic Reconstitution with Blood of Newborn Mice in Volumes of 10 or 15 Microliters
   6.12. Flowchart: Description of a Service

## 1. INTRODUCTION

The present invention is directed to hematopoietic stem and progenitor cells of neonatal or fetal blood, that are cryopreserved, and the therapeutic uses of such stem and progenitor cells upon thawing Such cells can be therapeutically valuable for hematopoietic reconstitution in patients with various diseases and disorders In a preferred embodiment, neonatal cells that have been cryopreserved and thawed, can be used for autologous (self) hematopoietic reconstitution.

The invention also relates to methods for collection and cryopreservation of the neonatal and fetal stem and progenitor cells of the invention.

Exhibit 2

## 2. BACKGROUND OF THE INVENTION

### 2.1. Hematopoietic Stem and Progenitor Cells

The morphologically recognizable and functionally capable cells circulating in blood include erythrocytes, neutrophilic, eosinophilic, and basophilic granulocytes, B-, T-, nonB-, non T-lymphocytes, and platelets. These mature cells derive from and are replaced, on demand, by morphologically recognizable dividing precursor cells for the respective lineages such as erythroblasts for the erythrocyte series, myeloblasts, promyelocytes and myelocytes for the granulocyte series, and megakaryocytes for the platelets. The precursor cells derive from more primitive cells that can simplistically be divided into two major subgroups: stem cells and progenitor cells (for review, see Broxmeyer, H. E., 1983, "Colony Assays of Hematopoietic Progenitor Cells and Correlations to Clinical Situations," CRC Critical Reviews in Oncology/Hematology 1(3):227–257). The definitions of stem and progenitor cells are operational and depend on functional, rather than on morphological, criteria. Stem cells have extensive self-renewal or self-maintenance capacity (Lajtha, L. G., 1979, Differentiation 14:23), a necessity since absence or depletion of these cells could result in the complete depletion of one or more cell lineages, events that would lead within a short time to disease and death. Some of the stem cells differentiate upon need, but some stem cells or their daughter cells produce other stem cells to maintain the precious pool of these cells. Thus, in addition to maintaining their own kind, pluripotential stem cells are capable of differentiation into several sublines of progenitor cells with more limited self-renewal capacity or no self-renewal capacity. These progenitor cells ultimately give rise to the morphologically recognizable precursor cells. The progenitor cells are capable of proliferating and differentiating along one, or more than one, of the myeloid differentiation pathways (Lajtha, L.G. (Rapporteur), 1979, Blood Cells 5:447).

Stem and progenitor cells make up a very small percentage of the nucleated cells in the bone marrow, spleen, and blood. About ten times fewer of these cells are present in the spleen relative to the bone marrow, with even less present in the adult blood. As an example, approximately one in one thousand nucleated bone marrow cells is a progenitor cell; stem cells occur at a lower frequency. These progenitor and stem cells have been detected and assayed for by placing dispersed suspensions of these cells into mice, and noting those cells that seeded to an organ such as the spleen and which found the environment conducive to proliferation and differentiation. These cells have also been quantified by immobilizing the cells outside of the body in culture plates (in vitro) in a semi-solid support medium such as agar, methylcellulose, or plasma clot in the presence of culture medium and certain defined biomolecules or cell populations which produce and release these molecules. Under the appropriate growth conditions, the stem or progenitor cells will go through a catenated sequence of proliferation and differentiation yielding mature end stage progeny, which thus allows the determination of the cell type giving rise to the colony. If the colony contains granulocytes, macrophages, erythrocytes, and megakaryocytes (the precursors to platelets), then the cell giving rise to them would have been a pluripotential cell. To determine if these cells have self-renewal capacities, or stemness, and can thus produce more of their own kind, cells from these colonies can be replated in vivo or in vitro. Those colonies, which upon replating into secondary culture plates, give rise to more colonies containing cells of multilineages, would have contained cells with some degree of stemness. The stem cell and progenitor cell compartments are themselves heterogeneous with varying degrees of self-renewal or proliferative capacities. A model of the stem cell compartment has been proposed based on the functional capacities of the cell (Hellman, S., et al., 1983, J. Clin. Oncol. 1:227–284). Self-renewal would appear to be greater in those stem cells with the shortest history of cell division, and this self-renewal would become progressively more limited with subsequent division of the cells.

A human hematopoietic colony-forming cell with the ability to generate progenitors for secondary colonies has been identified in human umbilical cord blood (Nakahata, T. and Ogawa, M., 1982, J. Clin. Invest. 70:1324–1328). In addition, hematopoietic stem cells have been demonstrated in human umbilical cord blood, by colony formation, to occur at a much higher level than that found in the adult (Prindull, G., et al., 1978, Acta Paediatr. Scand. 67:413–416; Knudtzon, S., 1974, Blood 43(3):357–361). The presence of circulating hematopoietic progenitor cells in human fetal blood (Linch, (Fauser, A. A. and Messner, H. A., 1978, Blood 52(6):1243–1248) has also been shown. Human fetal and neonatal blood has been reported to contain megakaryocyte and burst erythroblast progenitors (Vainchenker, W., et al., 1979, Blood Cells 5:15–42), with increased numbers of erythroid progenitors in human cord blood or fetal liver relative to adult blood (Hassan, M. W., et al., 1979, Br. J. Haematol. 41:477–484; Tchernia, G., et al., 1981, J. Lab. Clin. Med. 97(3):322–331). Studies have suggested some differences between cord blood and bone marrow cells in the characteristics of CFU-GM (colony forming unit-granulocyte, macrophage) which express surface Ia antigens (Koizumi, S., et al., 1982, Blood 60(4):1046–1049).

### 2.2. Reconstitution of the Hematopoietic System

Reconstitution of the hematopoietic system has been accomplished by bone marrow transplantation. Lorenz and coworkers showed that mice could be protected against lethal irradiation by intravenous infusion of bone marrow (Lorenz, E., et al., 1951, J. Natl. Cancer Inst. 12:197–201). Later research demonstrated that the protection resulted from colonization of recipient bone marrow by the infused cells (Lindsley, D. L., et al., 1955, Proc. Soc. Exp. Biol. Med. 90 512–515; Nowell, P. C., et al., 1956, Cancer Res. 16:258–261; Mitchison, N. A., 1956, Br. J. Exp. Pathol. 37:239–247; Thomas, E. D., et al., 1957, N. Engl. J. Med. 257:491–496). Thus, stem and progenitor cells in donated bone marrow can multiply and replace the blood cells responsible for protective immunity, tissue repair, clotting, and other functions of the blood. In a successful bone marrow transplantation, the blood, bone marrow, spleen, thymus and other organs of immunity are repopulated with cells derived from the donor.

Bone marrow has been used with increasing success to treat various fatal or crippling diseases, including certain types of profound anemias such as aplastic anemia (Thomas, E. D., et al., Feb. 5, 1972, The Lancet, pp. 284–289), immune deficiencies (Good, R. A., et al., 1985, Cellular Immunol. 82:36–54), cancers such as lymphomas or leukemias (Cahn, J. Y., et al., 1986, Brit.

Exhibit 2
-62-

5,004,681

| 5 | 6 |

J. Haematol. 63:457–470; Blume, K. J. and Forman, S. J., 1982, J. Cell. Physiol. Supp. 1:99–102; Cheever, M. A., et al., 1982, N. Engl. J. Med. 307(8):479–481), carcinomas (Blijham, G., et al., 1981, Eur. J. Cancer 17(4):433–441), various solid tumors (Ekert, H., et al., 1982, Cancer 49:603–609; Spitzer, G., et al., 1980, Cancer 45:3075–3085), and genetic disorders of hematopoiesis. Bone marrow transplantation has also recently been applied to the treatment of inherited storage diseases (Hobbs, J. R., 81, Lancet 2 735–739), thalassemia major (Thomas, E. D., et al., 1982, Lancet 2:227–229), sickle cell disease (Johnson, F. J., et al., 1984, N. Engl. J. Med. 311:780–783), and osteopetrosis (Coccia, P. F., et al., 1980, N. Engl. J. Med. 302:701–708) (for general discussions, see Storb, R. and Thomas, E. D., 1983, Immunol. Rev. 71:77–102; O'Reilly, R., et al., 1984, Sem. Hematol. 21(3):188–221; 1969, Bone-Marrow Conservation, Culture and Transplantation, Proceedings of a Panel, Moscow, July 22–26, 1968, International Atomic Energy Agency, Vienna; McGlave, P. B., et al., 1985, in Recent Advances in Haematology, Hoffbrand, A.V., ed., Churchill Livingstone, London, pp. 171–197).

Present use of bone marrow transplantation is severely restricted, since it is extremely rare to have perfectly matched (genetically identical) donors, except in cases where an identical twin is available or where bone marrow cells of a patient in remission are stored in a viable frozen state. Even in such an autologous system, the danger due to undetectable contamination with malignant cells, and the necessity of having a patient healthy enough to undergo marrow procurement, present serious limitations. (For reviews of autologous bone marrow transplantation, see Herzig, R. H., 1983, in Bone Marrow Transplantation, Weiner, R. S., et al., eds., The Committee On Technical Workshops, American Association of Blood Banks, Arlington, Va.; Dicke, K. A., et al., 1984, Sem. Hematol. 21(2):109–122; Spitzer, G., et al., 1984, Cancer 54 (Sept. 15 Suppl.):12–16–1225). Except in such autologous cases, there is an inevitable genetic mismatch of some degree, which entails serious and sometimes lethal complications. These complications are two-fold. First, the patient is usually immunologically incapacited by drugs beforehand, in order to avoid immune rejection of the foreign bone marrow cells (host versus graft reaction). Second, when and if the donated bone marrow cells become established, they can attack the patient (graft versus host disease), who is recognized as foreign. Even with closely matched family donors, these complications of partial mismatching are the cause of substantial mortality and morbidity directly due to bone marrow transplantation from a genetically different individual.

Peripheral blood has also been investigated as a source of stem cells for hematopoietic reconstitution (Nothdurft, W., et al., 1977, Scand. J. Haematol. 19:470–481; Sarpel, S. C., et al., 1979, Exp. Hematol. 7:113–120; Ragharachar, A., et al., 1983, J. Cell. Biochem. Suppl. 7A:78; Juttner, C. A., et al., 1985, Brit. J. Haematol. 61:739–745; Abrams, R. A., et al., 1983, J. Cell. Biochem. Suppl. 7A:53; Prummer, O. et al., 1985, Exp. Hematol. 13:891–898). In some studies, promising results have been obtained for patients with various leukemias (Reiffers, J., et al., 1986, Exp. Hematol. 14:312–315 (using cryopreserved cells); Goldman, J. M., et al., 1980, Br. J. Haematol. 45:223–231; Tilly, H., et al., July 19, 1986, The Lancet, pp. 154–155; see also To, L. B. and Juttner, C. A., 1987, Brit. J. Haematol. 66: 285–288, and references cited therein); and with lymphoma (Korbling, M., et al., 1986, Blood 67:529–532). It has been implied that the ability of autologous peripheral adult blood to reconstitute the hematopoietic system, seen in some cancer patients, is associated with the far greater numbers of circulating progenitor cells in the peripheral blood produced after cytoreduction due to intensive chemotherapy and/or irradiation (the rebound phenomenon) (To, L. B. and Juttner, C. A., 1987, Annot., Brit. J. Haematol 66:285–288; see also 1987, Brit. J. Haematol. 67 252–253, and references cited therein). Other studies using peripheral blood have failed to effect reconstitution (Hershko, C., et al., 1979, The Lancet 1:945–947; Ochs, H. D., et al., 1981, Pediatr. Res. 15(4 Part 2):601).

Studies have also investigated the use of fetal liver cell transplantation (Cain, G. R., et al., 1986, Transplantation 41(1):32–25; Ochs, H.D., et al., 1981, Pediatr. Res. 15(4 part 2):601; Paige, C. J., et al., 1981, J. Exp. Med. 153:154–165; Touraine, J. L., 1980, Excerpta Med. 514:277; Touraine, J. L., 1983, Birth Defects 19:139; see also Good, R. A., et al., 1983, Cellular Immunol. 82:44–45; and references cited therein) or neonatal spleen cell transplantation (Yunis, E. J., et al., 1974, Proc. Natl. Acad. Sci. U.S.A. 72:4100) as stem cell sources for hematopoietic reconstitution. Cells of neonatal thymus have also been transplanted in immune reconstitution experiments (Vickery, A. C., et al., 1983, J. Parasitol. 69(3):478–485; Hirokawa, K., et al., 1982, Clin. Immunol. Immunopath. 22:297–304).

2.3. Cryopreservation of Cells

Freezing is destructive to most living cells. Upon cooling, as the external medium freezes, cells equilibrate by losing water, thus increasing intracellular solute concentration. Below about 10°–15° C., intracellular freezing will occur. Both intracellular freezing and solution effects are responsible for cell injury (Mazur, P., 1970, Science 168:939–949). It has been proposed that freezing destruction from extracellular ice is essentially a plasma membrane injury resulting from osmotic dehydration of the cell (Meryman, H. T., et al., 1977, Cryobiology 14:287–302).

Cryoprotective agents and optimal cooling rates can protect against cell injury. Cryoprotection by solute addition is thought to occur by two potential mechanisms: colligatively, by penetration into the cell, reducing the amount of ice formed; or kinetically, by decreasing the rate of water flow out of the cell in response to a decreased vapor pressure of external ice (Meryman, H. T., et al., 1977, Cryobiology 14:287–302). Different optimal cooling rates have been described for different cells. Various groups have looked at the effect of cooling velocity or cryopreservatives upon the survival or transplantation efficiency of frozen bone marrow cells or red blood cells (Lovelock, J. E. and Bishop, M. W. H., 1959, Nature 183:1394–1395; Ashwood-Smith, M. J., 1961, Nature 190:1204–1205; Rowe, A. W. and Rinfret, A. P., 1962, Blood 20:636; Rowe, A. W. and Fellig, J., 1962, Fed. Proc. 21:157; Rowe, A. W., 1966, Cryobiology 3(1):12–18; Lewis, J. P., et al., 1967, Transfusion 7(1):17–32; Rapatz, G., et al., 1968, Cryobiology 5(1):18–25; Mazur, P., 1970, Science 168:939–949; Mazur, P., 1977, Cryobiology 14:251–272; Rowe, A. W. and Lenny, L. L., 1983, Cryobiology 20:717; Stiff, P. J., et al., 1983, Cryobiology 20:17–24; Gorin, N. C., 1986, Clinics in Haematology 15(1):19–48).

Exhibit 2
-63-

The successful recovery of human bone marrow cells after long-term storage in liquid nitrogen has been described (1983, American Type Culture Collection, Quarterly Newsletter 3(4) 1). In addition, stem cells in bone marrow were shown capable of withstanding cryopreservation and thawing without significant cell death, as demonstrated by the ability to form equal numbers of mixed myeloid-erythroid colonies in vitro both before and after freezing (Fabian, I., et al., 1982, Exp. Hematol 10(1):119–122). The cryopreservation and thawing of human fetal liver cells (Zuckerman, A. J., et al., 1968, J. Clin. Pathol. (London) 21(1):109–110), fetal myocardial cells (Robinson, D. M. and Simpson, J. F., 1971, In Vitro 6(5):378), neonatal rat heart cells (Alink, G. M., et al., 1976, Cryobiology 13:295–304), and fetal rat pancreases (Kemp, J. A., et al., 1978, Transplantation 26(4):260–264) have also been reported.

### 2.4. Gene Therapy

Gene therapy refers to the transfer and stable insertion of new genetic information into cells for the therapeutic treatment of diseases or disorders. The foreign gene is transferred into a cell that proliferates to spread the new gene throughout the cell population. Thus stem cells, or pluripotent progenitor cells, are usually the target of gene transfer, since they are proliferative cells that produce various progeny lineages which will potentially express the foreign gene.

Most studies in gene therapy have focused on the use of hematopoietic stem cells. High efficiency gene transfer systems for hematopoietic progenitor cell transformation have been investigated for use (Morrow, J. F., b 1976, Ann. N.Y. Acad. Sci. 265:13; Salzar, W., et al., 1981, in Organization and Expression of Globin Genes, A. R. Liss, Inc., New York, p. 313; Bernstein, A., 1985, in Genetic Engineering: Principles and Methods, Plenum Press, New York, p. 235; Dick, J. E., et al., 1986, Trends in Genetics 2:165). Reports on the development of viral vector systems indicate a higher efficiency of transformation than DNA-mediated gene transfer procedures (e.g., $CaPO_4$ precipitation and DEAE dextran) and show the capability of integrating transferred genes stably in a wide variety of cell types. Recombinant retrovirus vectors have been widely used experimentally to transduce hematopoietic stem and progenitor cells. Genes that have been successfully expressed in mice after transfer by retrovirus vectors include human hypoxanthine phosphoribosyl transferase (Miller, A., et al., 1984, Science 255:630). Bacterial genes have also been transferred into mammalian cells, in the form of bacterial drug resistance gene transfers in experimental models. The transformation of hematopoietic progenitor cells to drug resistance by eukaryotic virus vectors, has been accomplished with recombinant retrovirus-based vector systems (Hock, R. A. and Miller, A. D., 1986, Nature 320:275–277; Joyner, A., et al., 1983, Nature 305:556–558; Williams, D. A., et al., 1984, Nature 310:476–480; Dick, J. E., et al., 1985, Cell 42:71-79); Keller, G., et al., 1985, Nature 318:149–154; Eglitis, M., et al., 1985, Science 230:1395–1398). Recently, adeno-associated virus vectors have been used successfully to transduce mammalian cell lines to neomycin resistance (Hermonat, P.L. and Muzyczka, N., 1984, supra; Tratschin, J.-D., et al., 1985, Mol. Cell. Biol. 5:3251). Other viral vector systems that have been investigated for use in gene transfer include papovaviruses and vaccinia viruses (see Cline, M. J., 1985, Pharmac. Ther. 29:69–92).

Other methods of gene transfer include microinjection, electroporation, liposomes, chromosome transfer, and transfection techniques (Cline, M. J., 1985, supra). Salser et al. used a calcium-precipitation transfection technique to transfer a methotrexate-resistant dihydrofolate reductase (DHFR) or the herpes simplex virus thymidine kinase gene, and a human globin gene into murine hematopoietic stem cells. In vivo expression of the DHFR and thymidine kinase genes in stem cell progeny was demonstrated (Salser, W., et al., 1981, in Organization and Expression of Globin Genes, Alan R. Liss, Inc., New York, pp. 313–334).

Gene therapy has also been investigated in murine models with the goal of enzyme replacement therapy. Thus, normal stem cells from a donor mouse have been used to reconstitute the hematopoietic cell system of mice lacking betaglucuronidase (Yatziv, S., et al., 1982, J. Lab. Clin. Med. 90:792–797). Since a native gene was being supplied, no recombinant stem cells (or gene transfer techniques) were necessary.

### 3. Summary of the Invention

The present invention is directed to hematopoietic stem and progenitor cells of neonatal or fetal blood, that are cryopreserved, and the therapeutic uses of such stem and progenitor cells upon thawing. In particular, the present invention relates to the therapeutic use of fetal or neonatal stem cells for hematopoietic (or immune) reconstitution. Hematopoietic reconstitution with the cells of the invention can be valuable in the treatment or prevention of various diseases and disorders such as anemias, malignancies, autoimmune disorders, and other immune dysfunctions and deficiencies. In another embodiment, fetal or neonatal hematopoietic stem and progenitor cells which contain a heterologous gene sequence can be used for hematopoietic reconstitution in gene therapy.

In a preferred embodiment of the invention, neonatal or fetal blood cells that have been cryopreserved and thawed can be used for autologous (self) reconstitution.

The invention also relates to methods of collection and cryopreservation of the neonatal and fetal stem and progenitor cells of the invention.

#### 3.1. Definitions

As used herein, the following abbreviations will have the meanings indicated:

ACD=acid-citrate dextrose

BFU-E=burst-forming unit-erythroid. An hematopoietic progenitor cell which is capable of producing a colony of erythroid progeny cells in semi-solid medium.

BFU-E-1=an early erythroid progenitor cell, capable of producing a colony of erythroid progeny cells in semi-solid medium upon stimulation by erythropoietin, hemin (optional), and a burst-promoting factor.

BFU-E-2=an erythroid progenitor cell, of greater maturity than BFU-E-1, which is capable of producing a colony of erythroid progeny cells in semi-solid medium upon stimulation by erythropoietin and by hemin (optional).

CFU=colony-forming unit. A cell which is capable of producing a colony of progeny cells in semi-solid medium.

CFU-GEMM=colony-forming unit-granulocyte, erythrocyte, monocyte/macrophage, megakaryocyte. A multipotential hematopoietic progenitor cell which is capable of producing a colony composed of

Exhibit 2
-64-

5,004,681

9

granulocyte, erythrocyte, monocyte/macrophage, and megakaryocyte progeny, in semi-solid medium.

CFU-GM colony-forming unit-granulocyte, macrophage. An hematopoietic progenitor cell which is capable of producing a colony composed of granulocyte and macrophage progeny in semi-solid medium.

CFU-S=colony forming unit-spleen A multipotential stem cell with self-renewal capacity, which, upon inoculation into lethally-irradiated mice, is capable of producing a colony (nodule) on the spleen(s).

CPD=citrate-phosphate-dextrose

CSF=colony stimulating factor

DMSO=dimethyl sulfoxide

DNase=deoxyribonuclease

DPBS=phosphate buffered saline without magnesium or calcium

FCS=fetal calf serum

heterologous gene=a gene which is not present, or not functionally expressed, in the designated host cell.

IMDM=Iscove's Modified Dulbecco,s Medium

LD100/30 days=the minimum or near-minimal Lethal Dosage causing 100% mortality within a 30-day post-irradiation period

PHALCM=medium conditioned by phytohemagglutinin-stimulated leukocytes from patients with hemochromatosis

PWMSCM=pokeweed mitogen spleen cell conditioned medium

S-cell=stem cell

SLE=systemic lupus erythematosus

$^3$HTdr=tritiated thymidine

TLI=total lymphoid irradiation

## 4 DESCRIPTION OF THE FIGURES

FIG. 1 presents data for neonatal blood volumes obtained in one series of collections from individual births. The volume (ml) of blood collected is shown along the X-axis, with infant weight (kg) along the Y-axis. Open circles represent births by Caesarian section; closed circles represent vaginal births.

FIG. 2 presents the data from neonatal blood volumes obtained in a second series of collections from individual births. The volume (ml) of blood collected is shown along the X-axis, with the infant weight (kg) along the Y-axis. Closed circles represent vaginal births, with collection by gravity drainage from the umbilical cord. Open circles represent births by Caesarian section, with collection by gravity drainage from the umbilical cord. Closed triangles represent vaginal births, with collection from the delivered placenta. Open triangles represent births by Caesarian section, with collection from the delivered placenta.

FIGS. 3A and 3B are diagrammatic representations of the composition of centrifuge tubes at different steps in a Ficoll-Hypaque density separation, as described in Section 6.3.1, which can be employed to obtain low density cells that are enriched in hematopoietic stem and progenitor cells. The cord blood cell suspension is layered on Ficoll-Hypaque before centrifugation (FIG. 3A). After centrifugation, the low density cells appear as a sharp band between the Ficoll-Hypaque and the phosphate-buffered saline (FIG. 3B).

FIG. 4 is a diagrammatic representation of the apparatus described in Section 6.4, which can be used for the cryopreservation of neonatal and fetal hematopoietic stem and progenitor cells. The cryovials containing the cell suspensions are placed in a freezing rack which is in turn placed in a 4° C. methanol bath. The methanol bath

10

(in a metal or glass freezing dish) is in turn placed in a −80° C. freezer. After the cells reach the frozen state, they are transferred to a long-term storage vessel containing liquid nitrogen.

## 5 DETAILED DESCRIPTION OF THE INVENTION

The present invention is directed to hematopoietic stem and progenitor cells of neonatal or fetal blood, that are cryopreserved, and the therapeutic uses of such stem and progenitor cells upon thawing.

In particular, the present invention relates to the use of fetal or neonatal stem cells for hematopoietic reconstitution. In a preferred embodiment of the invention, the fetal or neonatal stem cells can be used in autologous hematopoietic reconstitution, i.e., in the reconstitution of the hematopoietic system of the same individual from which they were originally derived. In such an embodiment, the invention provides substantial advantages over the present use of bone marrow for hematopoietic reconstitution. Present use of bone marrow transplantation is severely restricted by the fact that there is virtually never a perfectly matched (genetically identical) donor, except in cases where an identical twin is available or where bone marrow cells of, for example, a cancer patient in remission are stored in the viable frozen state in the hope that they will be free of malignant cells and healthy enough to be returned to the patient for treatment of any future relapse. Except in such cases, the inevitable genetic mismatch which results can entail the serious and sometimes lethal complications of host versus graft or graft versus host disease. In order to avoid host rejection of the foreign bone marrow cells (host versus graft reaction), the patient must be immunologically incapacitated. Such immune incapacitation is itself a cause of serious complications. Furthermore, when and if the donated bone marrow cells become established, they can attack the patient (graft versus host disease), who is recognized as foreign. Even with closely matched family donors, these complications of partial mismatching are the cause of substantial mortality and morbidity directly due to bone marrow transplantation from a genetically different individual.

In an embodiment of the invention directed to the use of neonatal stem and progenitor cells for hematopoietic reconstitution, there are several main reasons for preferring the use of such neonatal cells to conventional bone marrow transplantation. First, no donor is required because the cells can be obtained from neonatal blood that would otherwise be discarded. Second, in a preferred autologous system, i.e., involving use of "self" neonatal cells, the complications arising in conventional bone marrow transplantation from the need for pretransplantation drug-induced or irradiation-induced immune incapacitation and from acute and chronic graft-versus-host disease are all eliminated because, in this embodiment, neonatal cells are returned to their original owner and are therefore totally compatible. For these reasons, present restrictions on the use of bone marrow transplantation arising from difficulties in finding even approximately matched donors, and from disease and mortality due to unavoidable genetic incompatibility, do not apply to self-reconstitution with neonatal cells. Third, regarding the preferred autologous embodiment, the efficiency of genetically identical (self) cells in bone marrow transplantation in animals is numerically many times greater than that of cells from a

Exhibit 2
-65-

5,004,681

11

genetically dissimilar donor (Balner, H., 1977, Bone Marrow Transplantation and Other Treatment after Radiation Injury, Martinus Nijhoff Medical Division, The Hague), thus far fewer self cells are required for successful reconstitution in the preferred autologous system.

Furthermore, the prospects of success in bone marrow transplantation decline with age; although it is not clear whether the age of donor or patient is more important, it is proper to infer that younger (neonatal) cells are preferable for hematopoietic reconstitution. Such neonatal or fetal cells have not been subjected to the "environmental outrage" that adult cells have undergone. Also, as an example of novel medical applications which may be feasible with neonatal cells but not with conventional bone marrow transplantation, restoration with self cells taken at birth can be valuable in the treatment of disorders such as declining immune responsiveness and autoimmunity (immune reactions against one's own tissues) which occur in increasing frequency with age.

Many of the relative disadvantages discussed supra of the use of bone marrow cells for hematopoietic reconstitution, also apply to the use of adult peripheral blood for such reconstitution, and thus, the use of neonatal cells for hematopoietic reconstitution according to the present invention provides distinct advantages over the employment of adult peripheral blood. It has been implied that the ability of autologous peripheral adult blood to reconstitute the hematopoietic system, seen in some cancer patients, is associated with the far greater numbers of circulating progenitor cells in the peripheral blood produced after cytoreduction due to intensive chemotherapy and/or irradiation (the rebound phenomenon) (To, L. B. and Juttner, C. A., 1987, Annot., Brit. J., Haematol. 66:285–288; see also 1987, Brit. J. Haematol. 67:252–253, and references cited therein). There are possible detrimental effects, known or unknown, of prior chemotherapy or irradiation, on the stem and progenitor cell populations found in these patients.

There are additional reasons for preferring the use of neonatal cells for hematopoietic reconstitution as provided by the present invention. Neonatal blood is a preferred source of cells for hematopoietic reconstitution, since it is free from viral and microbial agents, known or unknown, latent or otherwise, that may be encountered in later life, other than those transmitted from the mother or during labor and delivery. In addition, in view of the extent to which the hematopoietic stem cell may possibly share with other cells the limitation in total number of cell divisions that it may undergo before senescence, it is proper to assume that the neonatal hematopoietic stem cell has a self-renewal and reconstituting capacity that is at least as great, and perhaps greater, than that of hematopoietic stem cells obtained at any later time in life.

In adults, stem and progenitor cells are mostly confined to the bone marrow; very few circulate in the blood. In the newborn human or animal, however, stem and progenitor cells circulate in the blood in numbers similar to those found in adult bone marrow. Doubtless this reflects the great demands for blood formation of the growing infant. We calculate that the restorative capacity of neonatal blood contained in the human umbilical cord and placenta, which are customarily discarded at birth, equals or exceeds that of the average donation of an adult's bone marrow. The efficacy of human neonatal blood cells compared with adult bone

12

marrow cells is gauged by laboratory assays for stem cells and progenitor cells. Progenitor cell assays imply that the reconstituting potential of cells from 50 ml of cord blood (readily obtainable) is at least equivalent to the average number of progenitor cells from adult bone marrow that is used in autologous hematopoietic reconstitution (see Section 6.8, infra). 'S-cells', representing probably the earliest developmental form of the stem cell, are demonstrable in human (cord) blood (Nakahata, T. and Ogawa, M., 1982, J. Clin. Invest. 70:1324–1328). Thus, the cells of neonatal blood can be judged an effective clinical substitute for adult bone marrow.

In laboratory animals, the efficacy of neonatal cells can be tested directly. Accordingly we have shown that circulating neonatal cells, in numbers lower than are contained in the cord and placenta, will completely and permanently repopulate the entire blood-forming and immune tems of a lethally irradiated adult animal, promoting systems of a lethally irradiated adult animal, promoting complete recovery and return to normal health (see Section 6.11, infra).

The method of the invention may be divided into the following stages solely for the purpose of description: (a) isolation of fetal or neonatal hematopoietic stem and progenitor cells; (b) inspection and testing of fetal or neonatal blood; (c) enrichment for hematopoietic stem and progenitor cells; (d) cryopreservation; (e) recovery of stem and progenitor cells from the frozen state; (f) examination of cells recovered for clinical therapy; and (g) therapeutic uses in reconstitution of the hematopoietic system.

Since both fetal and neonatal hematopoietic cells are envisioned for use in the present invention, descriptions and embodiments of the invention herein described for neonatal cells are meant to apply equally to fetal cells, unless clearly otherwise indicated or apparent.

5.1. Isolation of Fetal or Neonatal Hematopoietic Stem and Progenitor Cells

Fetal or neonatal blood are sources of the hematopoietic stem and progenitor cells of the present invention.

Fetal blood can be obtained by any method known in the art. For example, fetal blood can be taken from the fetal circulation at the placental root with the use of a needle guided by ultrasound (Daffos, F., et al., 1985, Am. J. Obstet. Gynecol. 153:655–660; Daffos, F., et al., 1983, Am. J. Obstet. Gynecol. 146:985), by placentocentesis (Valenti, C., 1973, Am. J. Obstet. Gynecol. 115:851; Cao, A., et al., 1982, J. Med. Genet. 19:81), by fetoscopy (Rodeck, C. H., 1984, in Prenatal Diagnosis, Rodeck, C.H. and Nicolaides, K. H., eds., Royal College of Obstetricians and Gynaecologists, London), etc.

In a preferred embodiment of the invention, neonatal hematopoietic stem and progenitor cells can be obtained from umbilical cord blood and/or placental blood. The use of cord or placental blood as a source of cells to repopulate the hematopoietic system provides numerous advantages. Cord blood can be obtained easily and without trauma to the donor. In contrast, at present, the collection of bone marrow cells for transplantation is a traumatic experience which is costly in terms of time and money spent for hospitalization. Cord blood cells can be used for autologous transplantation, when and if needed, and the usual hematological and immunological problems associated with the use of allogeneic cells, matched only partially at the major histocompatibility complex or matched fully at the ma-

Exhibit 2

-66-

| 13 | 14 |

jor, but only partially at the minor complexes, are alleviated.

Collections should be made under sterile conditions. Immediately upon collection, the neonatal or fetal blood should be mixed with an anticoagulent. Such an anticoagulent can be any known in the art, including but not limited to CPD (citrate-phosphate-dextrose), ACD (acid citrate-dextrose), Alsever's solution (Alsever, J.B. and Ainslie, R. B., 1941, N. Y. St. J. Med. 41:126), De Gowin's Solution (De Gowin, E. L., et al., 1940, J. Am. Med. Ass. 114:850), Edglugate-Mg (Smith, W. W., et al., 1959, J. Thorac. Cardiovasc. Surg. 38:573), Rous-Turner Solution (Rous, P. and Turner, J. R., 1916, J. Exp. Med. 23:219), other glucose mixtures, heparin, ethyl biscoumacetate, etc. (See Hurn; B. A. L., 1968, Storage of Blood, Academic Press, New York, pp. 26–160). In a preferred embodiment, ACD can be used.

### 5.1.1. Collection of Neonatal Blood

The object of this aspect of the invention is to obtain a neonatal blood collection of adequate volume that is free of contamination. Since umbilical cord blood is a rich source of stem and progenitor cells (see Section 6.6, infra; Nakahata, T. and Ogawa, M., 1982, J. Clin. Invest, 70:1324–1328; Prindull, G., et al., 1978, Acta. Paediatr. Scand. 67:413–416; Tchernia, G., et al., 1981, J. Lab. Clin. Med. 97(3):322–331), the preferred source for neonatal blood is the umbilical cord and placenta. The neonatal blood can preferably be obtained by direct drainage from the cord and/or by needle aspiration from the delivered placenta at the root and at distended veins.

#### 5.1.1.1. Volume

In a preferred embodiment, volumes of 50 ml or more of neonatal blood are obtained (see Section 6.1, infra).

Practical experience indicates that volumes of 50 ml or more are easily collected without additional measures in 80% of term births, and that collections of more than 40 ml are obtainable more than 90% of the time. Lower volumes may also be acceptable, and indicated under some circumstances (see Sections 5.1.1.2.3.1 and 5.1.1.2.3.2, infra).

The following information suggests that as little as 50 ml of cord blood contains enough of the appropriate cells to repopulate the hematopoietic system of an adult, and it is possible that even less cord blood would have the same effect:

1. In a small sampling of cases for autologous marrow transplantation (Spitzer, G., et al., 1980, Blood 55:317–323), rapid repopulation of hematopoiesis in patients with acute leukemia was associated with as few as 0.24 million granulocyte-macrophage progenitor cells (CFU-GM).

2. In human cord blood, there are approximately 50–200 CFU-GM per 100,000 low density cells and at least 5 million low density cord blood cells per milliliter. Thus 50 milliliters of cord blood would contain in the range of 0.1 to greater than 0.5 million CFU-GM (see also Section 6.8, infra). The upper value agrees closely with estimations from the number of CFU-GM in 12.5 to 19 day old fetal blood (Lynch, D. C., et al., 1982, Blood 59:976–979).

3. Importantly, stem and progenitor cells in cord blood appear to have a greater proliferative capacity in culture dishes than those in adult bone marrow (Salahuddin, S. Z., et al., 1981, Blood 58:931–938; Cappellini, M. D., et al, 1984, Brit. J. Haematol. 57:61–70).

Significant to the use of cord blood as a source of stem cells, is that the assay for S-cells has been adapted for the growth of human cord blood (Nakahata, T. and Ogawa, M., 1982, J. Clin. Invest. 70:324–1328). All the known progenitor cells are present in cord blood in high numbers and this includes those progenitors for multilineages, granulocytes, macrophages, erythrocytes, mast cells, and basophils (id.; Fauser, A. A. and Messner, H. A., 1978, Blood 52:1243–1248; Koizumi, S., et al., 1982, Blood 60:1046–1049; Prindull, G., et al., 1978, Acta Paediatr. Scand. 67:413–416).

Furthermore, hematopoietic stem and progenitor cells can potentially be multiplied in culture, before or after cryopreservation, (see Sections 5.1.3.2, 5.3.2, infra), thus expanding the number of stem cells available for therapy.

#### 5.1.1.2. Preferred Aspects

The following subsections provide detailed descriptions of preferred particular embodiments of the invention, and are intended for descriptive purposes only, in no way limiting the scope of the invention.

##### 5.1.1.2.1. Collection Kit

In a preferred aspect, a collection kit, packaged in a sterile container, can be used. In one particular embodiment, the collection kit can consist of:

(i) a wide-mouth, graduated, collection container, with anticoagulant, into which the cut end of the cord may be placed for collection by gravity drainage. A small funnel can be provided for use if needed.

(ii) (optional) a plastic, flexible, sealed collection bag, similar to a donation bag, which has ports for injection of the collected blood, and contains anticoagulant.

(iii) an identification label, which identifies the infant source of the sample and time of collection.

For multiple births, separate collections, each performed with a separate kit, are preferred.

Sterilization of the containers can occur by any technique known in the art, including but not limited to beta-irradiation, autoclaving of suitable materials in a steam sterilizer, etc. For example, in a preferred embodiment, sterilization by beta-irradiation can be carried out by exposure to 2.5 megarads from a tungsten source (see Section 6.1, infra).

The collection kit may be placed in the surgical field in advance of a delivery, to afford ready availability.

##### 5.1.1.2.2. Vaginal Delivery of the Term Infant

Vaginal delivery of the normal infant at term, spontaneously, by forceps, or as a breech delivery, should allow an ample collection of cord blood. After clamping the cord, the volume of fetal blood remaining in the cord and attached placenta has been estimated at 45 ml/kg infant body weight, or approximately 145 ml for a 7 lb (3.2 kg) baby (Hellman, L. M., et al., 1971, Williams Obstetrics, 14th Ed., Appleton-Century-Crofts, New York, p. 216).

Following delivery of the infant, by any method, with or without anesthesia, the infant is held in the plane of the vagina, and the cord is doubly cross-clamped and cut approximately three inches (7–8 cm) from the umbilicus. The infant is removed.

Maintaining usual sterile precautions, the cord is then transected just above the crushed portion in the clamp, and the resulting flow of fetal blood from umbilical vessels is caught in the container provided. An adequate collection can usually be accomplished without milking

Exhibit 2
-67-

the cord, and is complete in approximately two minutes, before placental separation has occurred. Care should be taken to avoid contamination by maternal blood, urine, or other fluids in the delivery field. Blood in the container is then transferred to the bag provided for transport to the storage facility or, alternatively, the original container, if equipped with a tight screw cap, can itself be sent to the storage facility without transfer of its contents.

If, following infant delivery, events make collection at that time undesirable, collection can be done after delivery of the placenta (see Section 5.1.1.2.3.6, infra). If maternal infection is suspected, such a placental collection may be preferable. Collection can also be carried out by aspiration from the delivered placenta, in addition to gravity drainage.

In a most preferred embodiment, immediate cord clamping after delivery is carried out, in order to achieve collection of the greatest possible volume of cord blood. Studies have shown that the relative distribution of blood between the infant and placental circuits gradually shifts to the infant's blood circuits with increasing delay in cord clamping after delivery (Yao, A. C., et al., October 25, 1969, Lancet: 871–873).

### 5.1.1.2.3. Other Circumstances of Brith and Delivery

#### 5.1.1.2.3.1. Premature Birth

The cord blood of premature infants may contain an even greater proportion of stem and progenitor cells than full-term cord blood. Consequently, smaller volumes of cord blood from premature infant delivery may give as good a yield of stem and progenitor cells. (The use of stem and progenitor cell assays as described in Sections 5.4.2 and 6.6 can determine the yield). Thus, in general, cord blood collection should be carried out if premature infant survival is anticipated, even though the volume of blood collected may be less than usual. Collection procedures should be the same as for term births.

#### 5.1.1.2.3.2. Multiple Births

Cord blood collections undertaken at the time of multiple births involve additional procedural considerations:

(i) Multiple births are often premature, and volumes of cord blood will be correspondingly smaller. Collections should be made nevertheless, so that the decision to preserve for storage can be made later.

(ii) When births of two or more infants occur, where use of the cord collection is envisioned for later self-reconstitution, it is essential that each cord collection be identified with the proper infant. In cases of doubtful zygosity, blood typing can be done on cord blood and postnatal samples.

(iii) The timing of twin cord blood collection can be at the discretion of the obstetrician (after delivery of one twin; or after delivery of both).

(iv) A careful description of the placental relationships should be made (single or double amnions; single, double or fused chorions).

#### 5.1.1.2.3.3. Caesarian Delivery

Cord blood collections at caesarean section can be carried out with the same kit, and with the same procedure, as vaginal delivery. The cut end of the cord is lowered to promote gravity drainage.

At caesarean section, it is strongly preferred that the cord blood collection be made after delivery of the infant, and before placental separation. However, this may not be desirable in some instances, such as where there is brisk hemorrhage, the need to incise or separate an anteriorly implanted placenta, or preoccupation of personnel with other events in the operating field. Thus, in these and similar cases, the placenta can be removed, and cord blood collected from it later.

#### 5.1.1.2.3.4. Complicated Delivery

Complications of delivery arising from the condition of the mother or the infant, or both, may require the immediate and urgent attention of the obstetrician and his assistants. Under these circumstances, the delivered placenta can be placed to one side, and collection carried out as soon as feasible.

#### 5.1.1.2.3.5. Abnormal Placenta

For successful cord blood collection, it is preferred that the placenta be intact, or nearly so. Cases of marginal or partial separation can still offer an opportunity for collection, although it may have to be carried out after delivery of the placenta, if clinical circumstances indicate a need for prompt removal. Collections will be disfavored for use if a rupture of fetal circulation has occurred. Samples can be tested later for contamination by maternal blood (see Section 5.1.2, infra). Accurate description of the placental abnormality is preferred.

#### 5.1.1.2.3.6. Collection From the Delivered Placenta

When rapid delivery of the placenta occurs or becomes necessary, and cord blood collection cannot be accomplished prior to placental separation, a sample of sufficient volume can still be obtained after delivery. The placenta and attached cord, still clamped, are placed to one side, but still within the sterile field. Collection is by the same technique described supra in section 5.1.1.2.2. It is preferred, however, that collection be completed within five minutes of delivery, while maintaining sterile procedures.

Cord blood collection prior to placental separation is preferred over collection from the delivered placenta for the following reasons: In a collection from delivered placenta, (i) collection volumes are generally less; (ii) some degree of clotting in the placental circulation may restrict recovery; and (iii) the likelihood of contamination, by maternal blood or other agents, is increased. Therefore, the determination of suitability of the sample collected from a delivered placenta is especially important.

#### 5.1.1.2.3.7. Medical Conditions of the Mother

Given the general prohibition against maternal use of drugs which would adversely affect the fetus, it is unlikely that maternal therapy or medical status in the general sense would adversely affect stem cell retrieval from cord blood collection of a normal infant. In a preferred embodiment, however, specific information should be obtained in regard to drug abuse, viral diseases capable of vertical transmission, and the influence of acute maternal illness at the time of delivery, since it is possible that these may affect stem cell retrieval from cord blood.

#### 5.1.1.2.3.8. Unplanned Delivery

Despite elaborate plans, delivery may occur inopportunely, sometimes prematurely, and without the immediate services of a physician. Under these circumstances, the following procedures are preferred: (i) cord blood collection should be attempted with the standard kit, described supra; (ii) the placenta, if delivered on an unsterile field, should simply be kept as clean as possible, left with the cord clamped, and collection attempted within 5 minutes; (iii) the cord should be wiped with a cleansing agent (e.g. Betadine), and transected above the clamp, to make the collection; and (iv) cir-

Exhibit 2
-68-

cumstances of the delivery should be described with the specimen.

### 5.1.1.2.4. Recordation of Data

In a preferred embodiment, the data listed in Table I, infra, are obtained at the time of collection in order to ensure the accurate identification and evaluation of the collected blood.

TABLE I

DATA TO BE RECORDED AT THE
TIME OF NEONATAL BLOOD COLLECTION

Date and time of delivery
Full name and address of mother
Hospital identification
Sex of infant
Weight of infant
Birth order (for multiple pregnancies)
Gestational age
Pregnancy complications
Intrapartum complications
Type of delivery
Placental collection (amount of blood collected)
Placental description and weight
Condition of infant

### 5.1.2. Inspection and Testing of Neonatal Blood

In a preferred embodiment, the neonatal blood sample is inspected and tested to ensure its suitability. Appropriate inspections and tests include but are not limited to the procedures described infra.

If the blood collection sample is to be shipped to a processing plant, the blood container and its contents should be inspected for defects such as inadequate closure and leakage. As an option, the collection kit may include a suitably positioned reusable maximum-minimum mercury thermometer to register the range of temperature change during shipment. Clots, opacity of the plasma and visible hemolysis are indications of bacterial contamination or other consequences of faulty handling. Time elapsed since collection can be noted.

The following tests on the collected neonatal blood sample can be performed either routinely, or where clinically indicated:

(i) Bacterial culture: To ensure the absence of microbial contamination, established assays can be performed, such as routine hospital cultures for bacteria under aerobic and anaerobic conditions.

(ii) Diagnostic screening for pathogenic microorganisms: To ensure the absence of specific pathogenic microorganisms, various diagnostic tests can be employed. Diagnostic screening for any of the numerous pathogens transmissible through blood can be done by standard procedures. As one example, the collected blood sample can be subjected to diagnostic screening for the presence of Human Immunodeficiency Virus (HIV), the causative agent of Acquired Immune Deficiency Syndrome (AIDS) (Gallo et al., 1984, Science 224:500-503; Barre-Sinoussi, F., et al., 1983, Science 220:868; Levy, J. A., et al., 1984, Science 225:840). Any of numerous assay systems can be used, based on the detection of virions, viral-encoded proteins, HIV-specific nucleic acids, antibodies to HIV proteins, etc.

(iii) Confirmation of neonatal origin of the blood: Contamination with maternal blood, not necessarily a contraindication to storage and clinical utility, may be suspected from the obstetrical history. Presence of maternal cells, and of adult blood generally, can be revealed by various tests, including but not limited to I typing (Wiener, A. S., et al., 1965, Am. J. Phys. Anthropol. 23(4): 389-396); analysis on a Coulter Channelyzer, which detects size differences between neonatal and maternal blood cells (Daffos, F., et al., 1985, Am. J. Obstet. Gynecol. 153:655-60); staining procedures for hemoglobin such as the Kleinhauer-Betke technique (Betke, K., 1968, Bibl. Haematologica 29:1085) and others (Clayton, E. M., et al., 1970, Obstetrics and Gynecology 35(4):642-645), which detect differences in the types of hemoglobin contained in red blood cells before birth versus in later life; etc.

In a preferred embodiment, I typing can be done by established methods, such as agglutination with anti-i and anti-I antibodies. Erythrocytes of neonates are i strong, I weak; by 18 months of age, erythrocytes are I strong; i weak (Marsh, W. L., 1961, Brit. J. Haemat. 7:200). Thus, the degree of reaction with anti-i or anti-I antibodies is a measure of the proportion of neonatal blood and red cells in a mixture of neonatal and adult blood. The corresponding contamination with maternal stem and progenitor cells would be far less than the total maternal cell contamination since the stem and progenitor cells are rare in adult blood. (Scarcity of stem and progenitor cells in colony assays (see Sections 5.4.2 and 6.6, infra) is another distinction between neonatal and adult blood.)

### 5.1.3. Optional Procedures

In a preferred embodiment of the invention, whole neonatal blood, as collected, can be cryogenically frozen, thus minimizing cell losses which can be incurred during cell processing protocols. However, cell separation procedures and expansion of stem and progenitor cells in in vitro cultures remain options. Such procedures may be useful, e.g., in reducing the volume of sample to be frozen, and increasing cell count, respectively. The procedures described infra in Sections 5.1.3.1 and 5.1.3.2 should be carefully screened before use, in order to ensure that hematopoietic stem and progenitor cell loss in processing does not endanger the therapeutic efficacy of a collected blood sample in hematopoietic reconstitution.

#### 5.1.3.1. Enrichment for Hematopoietic Stem and Progenitor Cells: Cell Separation Procedures

After receiving cord blood or bone marrow samples in anticoagulant (e.g., ACD), the cells can be subjected to physical and/or immunological cell separation procedures. Such procedures enrich for the hematopoietic stem and progenitor cells so that fewer total cells have to be stored and transplanted. However, if cell separation is desired, care should be taken to ensure sufficient recovery of the hematopoietic stem and progenitor cells.

Various procedures are known in the art and can be used to enrich for the stem and progenitor cells of the present invention. These include but are not limited to equilibrium density centrifugation, velocity sedimentation at unit gravity, immune rosetting and immune adherence, counterflow centrifugal elutriation, T lymphocyte depletion, and fluorescence-activated cell sorting, alone or in combination. Recently, procedures have been reported for the isolation of very highly enriched populations of stem/progenitor cells. Murine CFU-S have been purified by several groups using slightly different procedures (Visser, J. W. M., et al., 1984, J. Exp. Med. 59:1576; Nijhof, W., et al., 1984, Exp. Cell Res. 155:583; Bauman, J. G. J., et al., 1986, J. Cell. Physiol. 128:133; Lord, B. I. and Spooncer, E., 1986,

Exhibit 2
-69-