Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
Amanda M. Fox (State Bar No. 212939)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for PharmaStem Therapeutics, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> CURESOURCE, INC., a South Carolina corporation, MONICA ASZTERBAUM, an individual, ANDREW CASSIDENTI, an individual, EUNICE U. LEE, an individual, CARLA WELLS, an individual, ANITA YORK, an individual, ELIOT ROMERO, an individual, KATHY ANDERSON, an individual, NASRIN FARBAKHSH, an individual, BRUCE A. HAGADORN, an individual, RAJASREE T. SESHADRI, an individual, ARTHUR GOLDSTEIN, an individual, and CHARLES W. MONIAK, an individual, <br><br> Defendants. | Civil Action No.: SACV-04-921 GLT (ANX) <br><br> **PLAINTIFF PHARMASTEM'S REPLY TO DEFENDANTS MONICA ASZTERBAUM, ANDREW CASSIDENTI, EUNICE U. LEE, CARLA WELLS, ANITA YORK, BRUCE A. HAGADORN, RAJASREE T. SESHADRI, AND ARTHUR GOLDSTEIN'S COUNTERCLAIMS** |
| MONICA ASZTERBAUM, ANDREW CASSIDENTI, EUNICE U. LEE, CARLA WELLS, ANITA YORK, BRUCE A. HAGADORN, RAJASREE T. SESHADRI, and ARTHUR GOLDSTEIN, <br><br> Counterclaimants, <br><br> v. <br><br> PHARMASTEM THERAPEUTICS, INC., a Delaware corporation, <br><br> Counterdefendant. | |





Plaintiff and Counterdefendant PharmaStem Therapeutics, Inc. ("PharmaStem") replies to the counterclaims of Defendants and Counterclaimants Monica Aszterbaum ("Aszterbaum"), Andrew Cassidenti ("Cassidenti"), Eunice U. Lee ("Lee"), Carla Wells ("Wells"), Anita York ("York"), Bruce A. Hagadorn ("Hagadorn"), Rajasree T. Seshadri ("Seshadri") and Arthur Goldstein ("Goldstein") (collectively "Defendants") in accordance with the numbered paragraphs thereof, as follows:

## THE PARTIES

1. PharmaStem admits that Aszterbaum purports to be licensed to practice medicine and to practice medicine at 4050 Barranca Parkway, Irvine, California. PharmaStem lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 1 and therefore denies these allegations.

2. PharmaStem admits that Cassidenti purports to be licensed to practice medicine and to practice medicine at 4050 Barranca Parkway, Irvine, California.

3. PharmaStem admits that Lee purports to be licensed to practice medicine and to practice medicine at 1441 Avocado, Suite 608, Newport Beach, California.

4. PharmaStem admits that Wells purports to be licensed to practice medicine and to practice medicine at 4050 Barranca Parkway, Irvine, California.

5. PharmaStem admits that York purports to be licensed to practice medicine and to practice medicine at 4050 Barranca Parkway, Irvine, California.

6. PharmaStem admits that Hagadorn purports to be licensed to practice medicine and to practice medicine at 16300 Sand Canyon, #207, Irvine, California.

7. PharmaStem admits that Seshadri purports to be licensed to practice medicine and to practice medicine at 16300 Sand Canyon, #207, Irvine, California.

8.  PharmaStem admits that Goldstein purports to be licensed to practice medicine and to practice medicine at 1441 Avocado, Suite 608, Newport Beach, California.

9.  PharmaStem admits that it is a Delaware Corporation with a principal place of business at 69 Prospect Avenue, Larchmont, New York.

## JURISDICTION AND VENUE

10. PharmaStem admits that this Court has subject matter jurisdiction over Defendants' Counterclaims pursuant to 28 U.S.C. §§ 1331, 1338, 1367, 2201, and 2202. PharmaStem admits that this Court has personal jurisdiction over PharmaStem with respect to these Counterclaims by virtue of PharmaStem submitting to the jurisdiction of this Court by filing the Complaint. PharmaStem does not dispute that venue may be proper in this district. PharmaStem denies the remaining allegations contained in paragraph 10.

## FIRST COUNTERCLAIM

## INVALIDITY OF THE '427 PATENT

11. PharmaStem admits that it alleges in the Complaint that Defendants infringe U.S. Patent No. 6,569,427 (the "'427 Patent"). PharmaStem admits that the Defendants deny that they infringe the '427 Patent. PharmaStem admits that an actual and judiciable controversy exists between PharmaStem and the Defendants regarding the '427 Patent.

12. PharmaStem denies each and every allegation contained in paragraph 12 of the Counterclaim.

13. PharmaStem denies each and every allegation contained in paragraph 13 of the Counterclaim.

## SECOND COUNTERCLAIM

## NON-INFRINGEMENT OF THE '427 PATENT

14. PharmaStem admits that an actual and judiciable controversy exists between PharmaStem and the Defendants with respect to Defendants' infringement of the '427 Patent. PharmaStem denies each and every remaining allegation contained in paragraph 14 of the Counterclaim.

15. PharmaStem denies each and every allegation contained in paragraph 15 of the Counterclaim.

16. PharmaStem admits that the Defendants seek a declaratory judgment that they do not willfully or otherwise infringe, contribute to the infringement, or actively induce infringement of any claim of the '427 Patent. PharmaStem denies that the Defendants are entitled to a declaratory judgment that they do not willfully or otherwise infringe, contribute to the infringement, or actively induce infringement of any claim of the '427 Patent.

## THIRD COUNTERCLAIM

## UNENFORCEABILITY OF THE '427 PATENT

17. PharmaStem denies each and every allegation contained in paragraph 17 of the Counterclaim.

18. PharmaStem denies each and every allegation contained in paragraph 18 of the Counterclaim.

19. PharmaStem denies each and every allegation contained in paragraph 19 of the Counterclaim.

20. PharmaStem denies each and every allegation contained in paragraph 20 of the Counterclaim.

21. PharmaStem admits that 37 U.S.C. § 1.56 requires "[disclosure] to the Office all information known to that individual to be material to patentability...." PharmaStem denies each and every remaining allegation contained in paragraph 21 of the Counterclaim.

4

PHARMASTEM'S REPLY TO COUNTERCLAIMS

22. PharmaStem admits that the Defendants seek a declaratory judgment that the '427 Patent is unenforceable. PharmaStem denies that the Defendants are entitled to a declaratory judgment that the '427 Patent is unenforceable.

## AFFIRMATIVE DEFENSES

1. The Defendants, and each purported claim in the Defendants' Answer and Counterclaims to PharmaStem's Complaint for Patent Infringement, fail to state a claim against PharmaStem upon which relief can be granted.

2. Defendants' assertions fail because PharmaStem and the applicant of the '427 Patent acted in good faith at all times.

## PRAYER FOR RELIEF

PharmaStem denies that the Defendants are entitled to any relief requested in its Answer and Counterclaims to PharmaStem's Compliant for Patent Infringement, including paragraphs 1 through 14, or any relief against PharmaStem.

PERKINS COIE LLP

Date: October 20, 2004

By: _____
Paul J. Andre
Attorneys for PharmaStem Therapeutics, Inc.

# PROOF OF SERVICE - FACSIMILE

(C.C.P. § 1013a)
(C.R.C. 2009(i))

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is c/o Perkins Coie LLP, 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On October 20, 2004, I served by facsimile transmission a true copy(ies) of the:

**PLAINTIFF PHARMASTEM'S REPLY TO DEFENDANTS MONICA ASZTERBAUM, ANDREW CASSIDENTI, EUNICE U. LEE, CARLA WELLS, ANITA YORK, BRUCE A. HAGADORN, RAJASREE T. SESHADRI, AND ARTHUR GOLDSTEIN'S COUNTERCLAIMS**

on the interested parties in this action by transmitting said document(s) by facsimile machine telephone number (310) 788-3399 to the following:

William F. Abrams, Esq.
Thomas F. Chaffin, Esq.
Pillsbury Winthrop LLP
2475 Hanover Street
Palo Alto, CA 94304-1114
Tele.: (650) 233-4500  Fax: (650) 233-4545

The document(s) was transmitted by facsimile transmission and the transmission was reported as complete and without error. The attached transmission report was properly issued by the transmitting facsimile machine.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction the service was made; and that this Proof of Service was executed on October 20, 2004, at Santa Monica, California.

*Sergio V. Perez*

PROOF OF SERVICE

[BY04212C032]

## PROOF OF SERVICE – U.S. MAIL

1
2   STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
3
4       I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

        On October 20, 2004, I served a true copy of:

**PLAINTIFF PHARMASTEM'S REPLY TO DEFENDANTS MONICA ASZTERBAUM, ANDREW CASSIDENTI, EUNICE U. LEE, CARLA WELLS, ANITA YORK, BRUCE A. HAGADORN, RAJASREE T. SESHADRI, AND ARTHUR GOLDSTEIN'S COUNTERCLAIMS**

        on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| Nasrin Farbakhsh | William F. Abrams, Esq. |
| 801 N. Tustin | Thomas F. Chaffin, Esq. |
| Santa Ana, CA 92701 | Pillsbury Winthrop LLP |
| | 2475 Hanover Street |
| | Palo Alto, CA 94304-1114 |

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

        I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on October 20, 2004, at Santa Monica, California.

                                            _____
                                            Sergio V. Perez

# FACSIMILE COVER SHEET
## CONFIDENTIAL AND PRIVILEGED

**Perkins Coie**

1620 26th Street, Sixth Floor
Santa Monica, CA 90404-4013
PHONE: 310.788.9900
FAX: 310.788.3399
www.perkinscoie.com

If there are any problems with this transmission, please call:
☒ *Sender's name and phone number

DATE: **October 20, 2004**      COVER SHEET & __7__ PAGE(S)

CLIENT NUMBER: **40923-0007**

RETURN TO: (NAME) **Sergio V. Perez**      (EXT.) **3249**   (ROOM NO.) **600**

ORIGINAL DOCUMENT(S) WILL BE: ☒ SENT TO YOU      ☐ HELD IN OUR FILES

| SENDER: | TELEPHONE: | FACSIMILE: |
|---|---|---|
| May Chan, Esq. | (310) 788-3279 | (310) 788-3399 |

| RECIPIENT: | COMPANY: | TELEPHONE: | FACSIMILE: |
|---|---|---|---|
| William F. Abrams, Esq. | Pillsbury Winthrop LLP | 650-233-4500 | 650-233-4545 |
| Thomas F. Chaffin, Esq. | Pillsbury Winthrop LLP | 650-233-4500 | 650-233-4545 |

RE: **Pharmastem v. Curesource, Inc.**

This Fax contains confidential, privileged information intended only for the intended addressee. Do not read, copy or disseminate it unless you are the intended addressee. If you have received this Fax in error, please email it back to the sender at perkinscoie.com and delete it from your system or call us (collect) immediately at 310.788.9900, and mail the original Fax to Perkins Coie LLP, 1620 26th Street, Sixth Floor, Santa Monica, CA 90404-4013.

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · HONG KONG · LOS ANGELES
MENLO PARK · OLYMPIA · PORTLAND · SAN FRANCISCO · SEATTLE · SPOKANE · WASHINGTON, D.C.

Perkins Coie LLP (Perkins Coie LLC in Illinois)

[LA042940.033]

```
                        ***********************
                        ***    TX REPORT    ***
                        ***********************

        TRANSMISSION OK

        TX/RX NO                    0773
        CONNECTION TEL              09230007916502334545
        SUBADDRESS
        CONNECTION ID
        ST. TIME                    10/20 13:31
        USAGE T                     01'20
        PGS. SENT                   8
        RESULT                      OK
```

# Perkins Coie

## FACSIMILE COVER SHEET
**CONFIDENTIAL AND PRIVILEGED**

If there are any problems with
this transmission, please call:
☒ *Sender's name and phone number

1620 26th Street, Sixth Floor
Santa Monica, CA 90404-4013
PHONE: 310.788.9900
FAX: 310.788.3399
www.perkinscoie.com

DATE: **October 20, 2004**   COVER SHEET & **7** PAGE(S)

CLIENT NUMBER: **40923-0007**

RETURN TO: (NAME) **Sergio V. Perez**   (EXT.) **3249**   (ROOM NO.) **600**

ORIGINAL DOCUMENT(S) WILL BE: ☒ SENT TO YOU   ☐ HELD IN OUR FILES

| SENDER: | TELEPHONE: | FACSIMILE: |
|---|---|---|
| May Chan, Esq. | (310) 788-3279 | (310) 788-3399 |

| RECIPIENT: | COMPANY: | TELEPHONE: | FACSIMILE: |
|---|---|---|---|
| William F. Abrams, Esq. | Pillsbury Winthrop LLP | 650-233-4500 | 650-233-4545 |
| Thomas F. Chaffin, Esq. | Pillsbury Winthrop LLP | 650-233-4500 | 650-233-4545 |

RE: Pharmastem v. Curesource, Inc.