IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMASTEM THERAPEUTICS, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-152-GMS |
| ) | Associated with Lead Case 05-md-1660-GMS |
| v. ) | |
| ) | |
| MONICA ASZLERBAUM, et al., ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Philip A. Rovner as counsel for plaintiff PharmaStem Therapeutics, Inc. in this action.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: _____
Philip A. Rovner (#3215)
Paul J. André
Lisa Kobialka
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025
(650) 838-4300

Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com

Dated: June 17, 2005
687089

Attorneys for Plaintiff
PharmaStem Therapeutics, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I do hereby certify that, on June 17, 2005, the within document was filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

**BY FEDERAL EXPRESS**

Chang H. Kim, Esq.
Pillsbury Winthhrop LLP
2475 Hanover Street
Palo Alto, CA 94304

_____
Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com